2. Article Number

7160 3901 9841 3112 3634

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

Kenneth Breland
10210 Country Lane
Philadelphia, Mississippi 39350-5589

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X *Caleb Breland*    ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below    ☐ No

*Caleb Breland*

PS Form 3811, September 2002    Domestic Return Receipt

05cv1183 S or C