IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR.<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BRELAND and GEICO CASUALTY COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:05cv1183-F |

RECEIVED 2006 JAN -3 P 3:20 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION FOR EXTENSION OF TIME TO OPT OUT

**COMES NOW**, the Defendant, Geico Casualty Company, and would show unto the Court the following:

1. The Defendant has been named as the underinsured motorist carrier for the Plaintiffs.

2. The Defendant is entitled to participate in the Discovery portion of this action pending its decision as to whether it will participate as named party Defendants or opt out.

3. The Defendant would show by allowing it to participate in Discovery will cause no prejudice to any party.

**WHEREFORE THESE PREMISES CONSIDERED**, the Defendant requests this Court for entry of an Order allowing it to extend the time for it to opt out of the above-referenced litigation until the date of final pretrial hearing.

_____
GERALD C. SWANN, JR.   SWA005

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing document on the following by placing a copy in the United States mail, postage prepaid and properly addressed to them on this the 28 day of Dec, 2005.

Michael J. Crow
Beasley, Allen, Crow, Methvin
  Portis & Miles
P O Box 4160
Montgomery, AL 36103

_____
OF COUNSEL