IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv1183-F ) |
| KENNETH BRELAND, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of defendant Geico Casualty Company's motion for extension (Doc. # 8), filed January 3, 2006, and for good cause, it is

ORDERED that the parties file a response to the motion on or before January 19, 2006.

DONE, this 5th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE