IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of TERRY BASSETT, SR., | * * * * * |
| Plaintiffs, | * CASE NO.: 2:05cv1183-F * |
| Vs. | * * |
| KENNETH BRELAND; and GEICO CASUALTY COMPANY, | * * * |
| Defendants. | * * |

### PLAINTIFF'S RESPONSE TO GEICO'S MOTION FOR EXTENSION

Plaintiff, Rosalyn Bassett, hereby responds to the Court's Order dated January 5, 2006 and states that she has no objection to Defendant Geico's Motion for Extension.

/s/Michael J. Crow
MICHAEL J. CROW (CRO039)

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 6th day of January, 2006

/s/Michael J. Crow
OF COUNSEL

Gerald Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128