IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN -3 P 3: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BRELAND and GEICO CASUALTY COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:05cv1183-F<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO OPT OUT

COMES NOW, the Defendant, Geico Casualty Company, and would show unto the Court the following:

1. The Defendant has been named as the underinsured motorist carrier for the Plaintiffs.

2. The Defendant is entitled to participate in the Discovery portion of this action pending its decision as to whether it will participate as named party Defendants or opt out.

3. The Defendant would show by allowing it to participate in Discovery will cause no prejudice to any party.

WHEREFORE THESE PREMISES CONSIDERED, the Defendant requests this Court for entry of an Order allowing it to extend the time for it to opt out of the above-referenced litigation until the date of final pretrial hearing.

**MOTION GRANTED**

THIS 9th DAY OF January, 20 05

_____
UNITED STATES MAGISTRATE JUDGE