IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Rosalyn Bassett, Etc., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05cv1183-MEF |
| ) | |
| Kenneth Breland, et al., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated December 16, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE