IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of TERRY BASSETT, SR., | *<br>*<br>*<br>* |
| Plaintiffs, | * CASE NO.: 2:05cv1183-MEF<br>*<br>* |
| Vs. | *<br>* |
| KENNETH BRELAND; and GEICO CASUALTY COMPANY, | *<br>*<br>* |
| Defendants. | *<br>* |

## NOTICE OF APPEARANCE

COMES NOW, D. Michael Andrews of the law firm, of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and enters his appearance as counsel for Plaintiffs in the above-styled case and requests the Court and all parties place him on their certificate of service and cause all court notices to be forwarded thereto.

    /s/D. Michael Andrews
D. MICHAEL ANDREWS (AND076)
MICHAEL J. CROW (CRO039)

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below.

      /s/D. Michael Andrews
      OF COUNSEL

Gerald Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128