**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2006 APR 12 P 1: 05

|  |  |  |
|---|---|---|
| ROSALYN BASSETT, as the | ) | |
| Administratrix and Personal | ) | |
| Representative of the Estate of | ) | |
| TERRY BASSETT, SR. | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Case No.: 2:05cv1183-WKW |
|  | ) | |
| KENNETH BRELAND and | ) | |
| GEICO CASUALTY COMPANY | ) | |
|  | ) | |
| Defendants. | ) | |

## NOTICE OF OPTING OUT

COMES NOW, GEICO Casualty Company, and hereby gives notice to the Court

and all parties of its intent to opt out as a named party defendant and to not participate at

the trial of the above-styled action.

_____

**GERALD C. SWANN, JR.    SWA005**

OF COUNSEL:

**Ball, Ball, Matthews & Novak, P.A.**
2000 Interstate Park Dr., Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid, this the _____ 12 ___ day of _____ April _____, 2006.

Michael J. Crow
Beasley, Allen, Crow, Methvin
   Portis & Miles
P O Box 4160
Montgomery, AL 36103

Anthony S. Higgins
Nix, Holtsford, Gilliland,
   Higgins & Hitson
P O Box 4128
Montgomery, AL 36103-4128

                                                         _____
                                         OF COUNSEL