IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of TERRY BASSETT, SR., <br><br> Plaintiff, <br><br> Vs. <br><br> KENNETH BRELAND; and GEICO CASUALTY COMPANY, <br><br> Defendants. | CASE NO.: 2:05cv1183-MEF |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff moves the Court for permission to amend the complaint to add as party Defendants, Outlaw Conversions, LP, Hart Manufacturing, Inc. d/b/a Hart Trailers, and Dometic Corporation. Plaintiff has attached the Amendment to the motion.

                                                    /s/D. Michael Andrews
                                                    D. MICHAEL ANDREWS (AND076)
                                                    MICHAEL J. CROW (CRO039)

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below.

                                                     /s/D. Michael Andrews
                                                   OF COUNSEL

Gerald Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128