IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05-cv-1183-MEF |
| | ) |
| KENNETH BRELAND, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to Amend Complaint (Doc. # 21). Upon consideration, it is hereby ORDERED that the motion is GRANTED. In filing the amended complaint, Plaintiff is reminded that Local Rule 15.1 requires that "[a]ny amendment to a pleading . . . must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." M.D. Ala. LR 15.1.

DONE this the 20th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE