⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

ROSALYN BASSETT, as the Administratrix and Personal Represntative of the Estate of TERRY BASSETT, SR., deceased, Plaintiff,

V.

KENNETH BRELAND; and GEICO CASUALTY COMPANY, Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:05cv1183-MEF

TO: (Name and address of Defendant)

Mr. John Water
Dometic Corporation
P.O. Box 490
Elkhart, Indiana 46515

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. D. Michael Andrews
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(By) DEPUTY CLERK

◥AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:



☐ Other (specify):


| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____   _____
                           Date                           *Signature of Server*


                                          _____
                                          *Address of Server*





(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure