2. Article Number

7160 3901 9844 4936 0394

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? *(Extra Fee)*  ☒ Yes

1. Article Addressed to:

Hart Manufacturing Inc., d/b/a Hart Trailers
c/o Anthony Hart
P.O. Box C
Chickasha, OK  73023

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV1183-MEF

PS Form 3811, July 2001    Domestic Return Receipt