| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9844 4936 0387 | A. Received by (Please Print Clearly) *Ray Bean* | B. Date of Delivery 5/8/06 |
| | C. Signature X *RAY BEAN* | ☒ Agent ☐ Addressee |
| 3. Service Type   CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)   ☑ Yes | | |
| 1. Article Addressed to: | | |

2:05CV1183-MEF

c/o Mr. John Water
Dometic Corporation
P.O. Box 490
Elkhart, Indiana 46515

PS Form 3811, July 2001        Domestic Return Receipt