7160 3901 9844 4936 0370

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☒ Yes

1. Article Addressed to:

> Mr. John Walker
> Outlaw Conversions, LP
> P.O. Box 154
> Stephenville, Texas 76401

PS Form 3811, July 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Joyce Medford
B. Date of Delivery: 1-09-06
C. Signature: X Joyce Medford
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

2:05CV1183-MEF