IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., §§§§§§§ | |
| Plaintiff, § | |
| vs. § | Case Number:  2:05-CV-1183-MEF |
| KENNETH BRELAND, et al., §§§ | |
| Defendants. § | |

## UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

**COMES NOW** Defendant Outlaw Conversions ("Outlaw") and hereby moves for an enlargement of time until June 12, 2006 to answer or otherwise respond to the First Amended Complaint, and as grounds therefore states as follows:

1. This Defendant was served with the First Amended Complaint on May 9, 2006, thereby making its answer due on or by May 30, 2006.

2. The undersigned counsel has corresponded with counsel for the Plaintiff, who granted an extension until June 12, 2006 to respond to the First Amended Complaint.

3. No prejudice will lie to any party by extending until June 12, 2006 the date by which this Defendant must respond to the First Amended Complaint.

WHEREFORE, Defendant Outlaw Conversions respectfully requests the entry of an order granting it until June 12, 2006 to answer or otherwise respond to the First Amended

Complaint.

    Respectfully submitted this the 23rd day of May, 2006.

                                                /s/ Austin Huffaker\_
                                                ROBERT A. HUFFAKER (HUF003)
                                                R. AUSTIN HUFFAKER, JR. (HUF006)
                                                Attorneys for Outlaw Conversions

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 262-6277 Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    D. Michael Andrews
    Michael J. Crow
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
    218 Commerce Street
    Post Office Box 4160
    Montgomery, AL 36103-4160

    Gerald Swann, Jr.
    BALL, BALL, MATTEWS & NOVAK, P.A.
    Post Office Box 2148
    Montgomery, AL 36102-2148

    S. Anthony Higgins
    NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
    Post Office Box 4128
    Montgomery, AL 36103-4128


    Dennis McKenna

J. Ritchie M. Prince
PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
Post Office Box 2866
Mobile, AL 36652

Brian Mosholder
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

             /s/ Austin Huffaker  _
             OF COUNSEL