IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05-cv-1183-MEF |
| | ) |
| KENNETH BRELAND, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Defendant Outlaw Conversions' Unopposed Motion to Enlarge Time to Respond to the First Amended Complaint (Doc. # 31). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Defendant must answer or otherwise respond to the First Amended Complaint on or before June 12, 2006.

DONE this 25th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE