IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the Estate of TERRY BASSETT, SR., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BRELAND; and GEICO CASUALTY COMPANY, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * CASE NO.  2:05cv1183F <br> * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT'S MOTION FOR ENTRY OF HIPAA ORDER

COMES NOW the Defendant, by and through counsel, and respectfully requests this Honorable Court to sign and enter the attached HIPAA Order in this case.  Said Order is necessary so that the Defendant may obtain medical records which are relevant and material to the personal injury claim asserted against the Defendant by the Plaintiff in this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to sign and enter the attached HIPAA Order so that the Defendant may utilize said order to begin discovery of relevant and material medical information with respect to the Plaintiff.

Respectfully submitted this the 30th day of May, 2006.

/s/ S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Kenneth Breland

OF COUNSEL:
*Nix Holtsford Gilliland Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
tel: (334) 215-8585
fax: (334) 215-7101

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
D. Michael Andrews, Esq.
*Beasley, Allen, Crow, Methvin, Portis & Miles*
P. O. Box 4160
Montgomery, AL 36103

Brian Mosholder, Esq.
Carpenter, Ingram & Mosholder
4121 Carmichael Road, Suite 303
Montgomery, AL 36106

Gerald C. Swann, Jr., Esq.
*Ball, Ball, Matthews & Novak*
2000 Interstate Park, Suite 204
Montgomery, AL 36109

Austin Huffaker, Esq.
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
Montgomery, AL 36101

Dennis McKenna, Esq.
Prince, McKean, McKenna & Broughton
P. O. Box 2866
Mobile, AL  36652

_____
OF COUNSEL

265-921