# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., § § § § § | |
| Plaintiff, § § | |
| vs. § | Case Number: 2:05-CV-1183-MEF |
| § | |
| KENNETH BRELAND, et al., § § § | |
| Defendants. § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Outlaw Conversions LP certify that Outlaw Conversions LP is a limited partnership (General Partner is J.B. Garrett Industries, Inc.) and has no parent companies.

Respectfully submitted this the 12th day of June, 2006.

/s/ Austin Huffaker  
ROBERT A. HUFFAKER (HUF003)  
R. AUSTIN HUFFAKER, JR. (HUF006)  
Attorneys for Outlaw Conversions LP

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 262-6277 Facsimile

## CERTIFICATE OF SERVICE

  I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  D. Michael Andrews
  Michael J. Crow
  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
  218 Commerce Street
  Post Office Box 4160
  Montgomery, AL 36103-4160

  Gerald Swann, Jr.
  BALL, BALL, MATTEWS & NOVAK, P.A.
  Post Office Box 2148
  Montgomery, AL 36102-2148

  S. Anthony Higgins
  NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
  Post Office Box 4128
  Montgomery, AL 36103-4128

  Dennis McKenna
  J. Ritchie M. Prince
  PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
  Post Office Box 2866
  Mobile, AL 36652

  Brian Mosholder

CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

/s/ Austin Huffaker
OF COUNSEL