**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., | * * * * * | |
| Plaintiff, | * * | CASE NUMBER: 2:05cv1183-MEF |
| v. | * * | |
| KENNETH BRELAND, et al., | * * | |
| Defendants. | * | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Hart Manufacturing, Inc. certify that Hart Manufacturing, Inc. is a corporation with its principal place of business in Oklahoma and has no parent companies.

Respectfully submitted this the 13th day of June, 2006.

/s/ Dennis McKenna
DENNIS McKENNA (MCKED3744)


/s/ J. Ritchie M. Prince
J. RITCHIE M. PRINCE (PRINJ1903)
Attorneys for Hart Manufacturing, Inc.
Prince, McKean, McKenna & Broughton, L.L.C.
P.O. Box 2866
Mobile, AL 36652

        Phone: 251-433-5441
        Fax:    251-431-0159
        E-Mail: dm@princemckean.com
        rp@princemckean.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of June, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Michael Andrews, Esq.
Michael J. Crow, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

Gerald Swann, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, AL 36102

S. Anthony Higgins, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P. O. Box 4128
Montgomery, AL 36103

Robert A. Huffaker, Esq.
R. Austin Huffaker, Jr., Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101

Brian Mosholder, Esq.
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

        /s/ Dennis McKenna
        DENNIS McKENNA

2.