## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., )<br><br>Plaintiff, )<br><br>vs. )<br><br>KENNETH BERLAND, et al., )<br><br>Defendants. ) | Case No.: 2:05cv1183-MEF |

### DEFENDANT DOMETIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant Dometic Corporation, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files it Corporate Disclosure Statement, stating as follows:

Dometic Corporation is owned by DometicAB in Sweden who is owned by BC Partners. The company is not publically traded.

Respectfully submitted this the 17th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/Brian Mosholder
　　　　　　　　　　　　　　　　　　　　　BRIAN MOSHOLDER (MOS-018)
　　　　　　　　　　　　　　　　　　　　　Attorney for Dometic Corporation


OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600
Fax: (334) 213-5650

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above and foregoing was served upon the below listed counsels of record by electronic filing on this 17th day of July, 2006.

D. Michael Andrews, Esq.
Michael J. Crow, Esq.
Bealey, Allen, Crow
  Methvin, Portis & Miles, P. C.
218 Commerce Street
Montgomery, AL 36106

Gerald Swann, Jr., Esq.
Ball, Ball, Matthews & Novack
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36102

S. Anthony Higgins, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P. O. Box 4128
Montgomery, AL 36103


                                              s/Brian Mosholder
                                              Attorney for Dometic Corporation