IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BRELAND, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br><br> 2:05-cv-1183-MEF |

**NOTICE OF APPEARANCE**

Please take notice that Harlan I. Prater, IV, Kevin E. Clark, and Mitchell D. Greggs of the firm of Lightfoot, Franklin & White, L.L.C., hereby appear as additional counsel of record for defendant Dometic Corporation. Please serve future correspondence and pleadings accordingly.

                                                        s/Mitchell D. Greggs
                                        One of the Attorneys for Defendant
                                                   Dometic Corporation

| | |
|---|---|
| OF COUNSEL: <br> Harlan I. Prater, IV (PRA004) <br> Kevin E. Clark (CLA072) <br> Mitchell D. Greggs (GRE112) <br> LIGHTFOOT, FRANKLIN & WHITE, L.L.C. <br> The Clark Building <br> 400 North 20th Street <br> Birmingham, Alabama  35203-3200 <br> (205) 581-0700 <br> (205) 581-0799 (fax) | Brian Taggart Mosholder <br> Carpenter Prater Ingram & Mosholder LLP <br> 4121 Carmichael Road <br> 303 Sterling Centre <br> Montgomery, AL  36106 |

## CERTIFICATE OF SERVICE

    I hereby certify that on this **24** day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow
David Michael Andrews
Beasley Allen Crow Methvin
  Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Alex L. Holtsford, Jr.
Steven Anthony Higgins
Nix Holtsford Gilliland Higgins &
  Hitson PC
P. O. Box 4128
Montgomery, AL 36103-4128

Gerald C. Swann, Jr.
Ball Ball Matthews & Novak PA
P. O. Box 2148
Montgomery, AL 36102-2148

Dennis Patrick McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna &
  Broughton, LLC
P. O. Box 2866
Mobile, AL 36652

R. Austin Huffaker, Jr.
Robert A. Huffaker
Rushton Stakely Johnston & Garrett PC
P. O. Box 270
Montgomery, AL 36101-0270

                                            s/Mitchell D. Greggs
                                                   Of Counsel