## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

ROSALYN BASSETT, As the       *
Administratrix and Personal       *
Representative of the Estate of       *
TERRY BASSETT, SR.,       *
      *
    Plaintiff,       *
      *
v.       *      CASE NUMBER: 2:05cv1183-MEF
      *
KENNETH BRELAND, et al.,       *
      *
    Defendants.       *

## NOTICE OF FILING EVIDENTIARY MATERIALS
## AS ATTACHMENT TO DEFENDANT'S BRIEF
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW, Hart Manufacturing, Inc., d/b/a Hart Trailers, and hereby files, as an attachment to its brief, the following documents in support of its motion for summary judgment:

1.    Outlaw Conversions initial disclosures;

2.    Excerpts from the deposition of Kenneth Caleb Breland;

3.    Excerpts from the deposition of Don Nowell; and

4.    Affidavit of Mary Hart.

/s/ Dennis McKenna
DENNIS McKENNA (MCKED3744)

/s/ J. Ritchie M. Prince
J. RITCHIE M. PRINCE (PRINJ1903)
Attorneys for Hart Manufacturing, Inc.

Prince, McKean, McKenna & Broughton, L.L.C.
P.O. Box 2866
Mobile, AL 36652
Phone: 251-433-5441
Fax:    251-431-0159
E-Mail: dm@princemckean.com
        rp@princemckean.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of _____, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Michael Andrews, Esq.
Michael J. Crow, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

Gerald Swann, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, AL 36102

S. Anthony Higgins, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P. O. Box 4128
Montgomery, AL 36103

Robert A. Huffaker, Esq.
R. Austin Huffaker, Jr., Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101

Brian Taggart Mosholder, Esq.
Carpenter, Prater, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

Harlan I. Prater, IV, Esq.
Kevin E. Clark, Esq.
Mitchell D. Greggs, Esq.

2.

Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203

/s/ Dennis McKenna
DENNIS McKENNA

DPM\LM\BASSETT\PLEADINGS\NOTICE.FILING.EVIDENTIARY.
TO.BRIEF.MO.SUM.JUDG.8.9.06

1

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5

6   ROSALYN BASSETT, as the

7   Administratrix and Personal

8   Representative of the Estate

9   of TERRY BASSETT, SR.,

10

11         Plaintiffs,

12

13   v.                          CASE NO:

14                          2:05cv1183-MEF

15   KENNETH BRELAND and

16   GEICO CASUALTY COMPANY,

17

18         Defendants.

19

20

21

22         DEPOSITION OF:

23

24         CALEB BRELAND

25

COPY

7

1    is Skip Warren, both on behalf of Esquire

2    Deposition Services.

3         Would counsel and all present please

4    introduce yourself, after which the court

5    reporter will swear in the witness.

6         MR. CROW:  Mike Crow for the plaintiff

7    Bassett.

8         MR. HIGGINS:  Tony Higgins for Caleb

9    Breland.

10        MR. MAIN:  Saxon Main on behalf of Geico

11   Casualty.

12

13             CALEB BRELAND,

14        being first duly sworn, was examined and

15   testified as follows:

16

17   EXAMINATION BY MR. CROW:

18     Q. Good morning, Mr. Breland.  How are

19   you doing?

20     A. Fine.

21     Q. I know your lawyer introduced himself

22   and said he represented Caleb Breland.  But

23   on this accident report, it indicates your

24   name is Kenneth Caleb Breland.

25     A. Yes, sir.

8

1    Q. Do you go by Kenneth or Caleb?

2    A. Caleb.

3    Q. And do you still live at 10210 County

4    Lane or Country Lane, Philadelphia,

5    Mississippi?

6    A. Yes, sir.

7    Q. And I'm sure you met with your lawyer

8    prior to today, and he told you what this

9    deposition was about. I just want to go

10   over a few ground rules with you. If I ask

11   you a question and you don't understand the

12   question, please, let me know and I'll

13   rephrase it. I want to make sure you

14   understand the question and give me the

15   proper response. And if you will give us a

16   verbal response to your answer, either "yes"

17   or "no" or "I don't know" instead of a head

18   nod or a "uh-huh" or "uh-uh," that will help

19   the court reporter there this morning.

20   At the Country Lane residence, who

21   else lives at that residence with you?

22   A. My mother and father and sister and

23   brother.

24   Q. Okay. And how old are you, Mr.

25   Breland?

9

1     A. 22.

2     Q. And as I understand it, was your

3   brother in this pickup truck with you the

4   day that this incident occurred?

5     A. Yes, sir.

6     Q. What's his name?

7     A. Jacob.

8     Q. Jacob.

9        VIDEOGRAPHER:  Sir, I need to go off

10   the record.  We are not getting sound on the

11   witness.

12        MR. CROW:  Okay.

13        VIDEOGRAPHER:  We are off the record

14   at nine o'clock.

15

16            (Break taken.)

17

18        VIDEOGRAPHER:  We are on the record at

19   9:06.

20

21     (Court Reporter read back testimony.)

22

23     Q. (By Mr. Crow) This incident occurred

24   about 2:30 in the afternoon on March the

25   11th, 2005.  Where had you and your brother

10

1    left from before you -- before this incident

2    occurred?

3        A. Our house.

4        Q. Okay.  Over in Philadelphia?

5        A. Yeah.

6        Q. And where were you going?

7        A. To Phil Robison's house.

8        Q. Phil Robison?

9        A. I think it's Robison.

10       Q. Do you know how to spell it?

11       A. R-O-B-I-S-O-N, I believe.

12       Q. Okay.  And what was the purpose of the

13   trip to go to Mr. Robison's house?

14       A. We were going to the rodeo at

15   Montgomery the next day.

16       Q. Okay.  From the time that you left

17   your house in Philadelphia until the time

18   that the incident occurred over near Union

19   Town, had you and your brother stopped

20   anywhere along the way?

21       A. No, sir.

22       Q. The horse trailer that you were

23   pulling with the truck, who hooked that

24   trailer up to the pickup truck?

25       A. I did.

11

1    Q. You did.  And was the horse trailer at

2  your -- I'm going to call it your parent's

3  house, where you live.

4    A. Yes, sir.

5    Q. Is that where you picked it up?

6    A. Yes, sir.

7    Q. Does Phil Robison -- where does he

8  live?

9    A. I'm not sure what road number it is,

10  but on that road that the incident happened.

11    Q. On Highway 183?

12    A. Yes.

13    Q. He lives on that road?

14    A. Yes, sir.

15    Q. Just north of Union Town?

16    A. Yes, sir.

17    Q. And how do you know Mr. Robison?

18    A. Just from roping and going to rodeos

19  and stuff.

20    Q. Did you have some horses in your

21  trailer that morning or that afternoon?

22    A. Yes, sir.

23    Q. How many horses were in the trailer?

24    A. Two.

25    Q. Let's get a little background

12

1    information on you, Mr. Breland.  Were you

2    born and raised in the Philadelphia,

3    Mississippi, area?

4        A. Yes, sir.

5        Q. Where did you attend high school?

6        A. Philadelphia High School.

7        Q. What year did you graduate?

8        A. 2001.

9        Q. And after you graduated in 2001, did

10   you attend any other school, trade school,

11   colleges or anything?

12       A. Yes, sir.

13       Q. Where did you go to school, or what

14   did you do after you graduated from high

15   school?

16       A. I went to East Central Community

17   College for two years.

18       Q. Where is East Central Community

19   College located?

20       A. Decatur, Mississippi.

21       Q. Where is Decatur, Mississippi, from

22   Philadelphia?

23       A. South of here, probably 30 miles.

24       Q. Okay.  And that's a junior college?

25       A. Yes, sir.

13

1      Q. Did you graduate there with an

2   associate's degree?

3      A. No, sir.

4      Q. How long did you go to East Central

5   Community College?

6      A. Two years.

7      Q. Two years.  Were you playing any

8   sports over there at East Central Community

9   College?

10      A. I played baseball for a little while,

11   and then I was on the rodeo team for a year.

12      Q. What do you do on -- what is your I

13   guess specialty in the rodeo field?

14      A. Heeling.

15      Q. Heeling?

16      A. Yes, sir.

17      Q. Tell me what heeling is.

18      A. In the team roping, the guy that

19   ropes the two back feet.

20      COURT REPORTER:  I'm sorry.  Could you

21   speak up just a little bit?  Could you

22   repeat your answer?

23      THE WITNESS:  Which part do you have?

24      Q. Describe what heeling is.

25      A. In teaming roping, it's the guy that

14

1    ropes the two back feet.

2       Q. And what does the other guy do, rope

3    the two front feet?

4       A. He ropes the head.

5       Q. The head.  Okay.  And then you stretch

6    him out on the ground, and you've got to

7    hold him there for a certain period of time?

8       A. No, just when everything comes tight.

9       Q. Do you do any other events in the

10   rodeo?

11      A. No, sir.

12      Q. Have you ever been arrested?

13      A. Yes, sir.

14      Q. Tell me what you got arrested for.

15      A. Public drunk.

16      Q. Where did you get arrested for public

17   intoxication?

18      A. In Decatur, Mississippi.

19      Q. Was that when you were going to junior

20   college?

21      A. Yes, sir.

22      Q. And tell me what happened when you

23   went to court.

24      A. I didn't go to court.

25      Q. Okay.  Did you have to pay a fine?

15

1      A. I just paid the fine.

2      Q. That's the only time you've been

3   arrested?

4      A. Yes, sir.

5      Q. I know you've got a Mississippi

6   driver's license.  Have you ever had a

7   Mississippi -- a license, a driver's license

8   issued to you from any other states other

9   than the State of Mississippi?

10      A. No, sir.

11      Q. Have you ever had your Mississippi

12   driver's license either revoked or

13   suspended?

14      A. Not that I can remember.

15      Q. Okay.  Do you have any restrictions on

16   your Mississippi driver's license?

17      A. No, sir.  Just a standard driver's

18   license, whatever that is.

19      Q. All right.  You don't have a CDL --

20      A. No, sir.

21      Q. -- a commercial driver's license?  And

22   do you understand -- when I say restrictions

23   on your license, do you understand what that

24   means?

25      A. No.

16

1    Q. Like you don't have to wear glasses

2    when you drive, do you?

3    A. No, sir.

4    Q. Do you have to have any kind of

5    special mirrors on your vehicle when you

6    drive?

7    A. No, sir.

8    Q. You're not impaired -- your hearing is

9    not impaired in any way, is it?

10    A. No, sir.

11    Q. When you took your Mississippi

12    driver's license test when you were I assume

13    when you were 16 or 15 years old, did you

14    pass the written part on the first time?

15    A. Yes, sir.

16    Q. Did you pass the driving part of that

17    test on the first time?

18    A. Yes, sir.

19    Q. And I think I asked you about your

20    eyes.  Do you have any other physical

21    impairments that hinder your driving

22    ability?

23    A. No, sir.

24    Q. Who would be your regular family

25    physician or your doctor that you would go

17

1    to the most for any kind of illnesses or

2    sicknesses?

3        A. Dr. Walt Willis.

4        Q. Dr. Willis?

5        A. Yes, sir.

6        Q. Where is Dr. Willis' office located?

7        A. Philadelphia.

8        Q. Has he been the doctor you've gone to

9    for most of your life?

10       A. Yes, sir.

11       Q. Is he just a general practitioner?

12       A. I'm not -- I'm not sure.

13       Q. You go to him when you have a cold or

14   flu or --

15       A. Yes.

16       Q. -- any other kind of ailments?

17       A. Yes, sir.

18       Q. He doesn't do any kind of surgery or

19   anything like that?

20       A. No, sir.

21       Q. Have you ever been to a doctor and

22   been treated for any kind of conditions like

23   dyslexia?  Are you dyslexic?

24       A. No, sir.

25       Q. Okay.  Have you ever had any kind of

18

1    epileptic seizures before?

2        A. No, sir.

3        Q. Any kind of seizures?  All right.

4    Have you ever been told by a doctor,

5    diagnosed with a condition called sleep

6    apnea?

7        A. No, sir.

8        Q. Do you know what sleep apnea is?

9        A. (Witness shaking head.)

10       Q. It's basically when you snore all

11   night when you sleep and don't get enough

12   sleep.

13       A. I have never been told that.

14       Q. Okay.  You don't have any kind of

15   nervous condition that you take medications

16   for, do you?

17       A. No, sir.

18       Q. Were you under the care of a doctor

19   back when this incident occurred on March

20   the 11th, 2005?

21       A. No, sir.

22       Q. Did you take -- were you taking any

23   kind of medication whether it be prescribed

24   by a doctor or just over-the-counter

25   medication?

19

1     A. No, sir.

2     Q. The 2001 Ford pickup that you were

3     driving, was that a dually?

4     A. Yes, sir.

5     Q. Was that an F250 or F350?

6     A. F350.

7     Q. A diesel or a gas?

8     A. Diesel.

9     Q. And did you buy that -- well, it lists

10    the owner on the accident report as Steve

11    Breland.  Is that your father?

12    A. Yes, sir.

13    Q. Did your father buy this truck brand

14    new?

15    A. No, sir.

16    Q. How long had you had the 2001 Ford or

17    your father had the 2001 Ford truck before

18    this incident occurred in March of 2005?

19    A. A year and a half, two years.

20    Q. Do you remember where your father

21    purchased the truck?

22    A. Yes, sir.

23    Q. Where did he purchase it?

24    A. Marshall Ford.

25    Q. Where is Marshall Ford located?

20

1    A. In Union, Mississippi.

2    Q. So he bought this truck sometime in

3  late 2003 or early 2004?

4    A. I think he bought it in like the

5  spring of 2003.

6    Q. Okay. And was it an automatic or

7  manual transmission?

8    A. Automatic.

9    Q. Do you recall how many miles the Ford

10  truck had on it when this occurred

11  approximately?

12    A. Somewhere in between 75,000 and

13  100,000.

14    Q. Was that a truck that you drove on a

15  daily basis, or did you just drive it when

16  you were pulling a trailer?

17    A. I drove it on a daily basis.

18    Q. Was it your truck to drive?

19    A. Yes, sir.

20    Q. Had you been driving it generally

21  every day since the day your father bought

22  it in the spring of 2003?

23    A. Yes, sir.

24    Q. Prior to the time the incident

25  occurred, let's say within 30 to 60 days

21

1    within the incident, had you had any kind of

2    mechanical problems with the truck?

3        A. No, sir.

4        Q. On the day the incident occurred, was

5    the steering mechanism on the truck

6    operating correctly?

7        A. Yes, sir.

8        Q. Were the brakes operating correctly?

9        A. Yes, sir.

10       Q. On this Ford truck, the side mirrors,

11   were they the -- were they the type that

12   were stationary, or could you push some kind

13   of button within the cab and make them

14   extend out?

15       A. They would push out, but it wasn't in

16   a button.  You did it yourself.

17       Q. Okay.  The mirrors had extenders and

18   you could do it manually?

19       A. Yes.

20       Q. And were the mirrors extended far

21   enough out that you could see down both the

22   driver's side and the passenger's side of

23   the truck and the trailer?

24       A. Yes, sir.

25       Q. Did you have any other kind of mirror

22

1    attached to the standard mirror to assist

2    you in looking either down the passenger's

3    side or the driver's side of the truck and

4    trailer?

5        A. No, sir.

6        Q. Do you know what I'm talking about?

7    Those little --

8        A. Yes, sir.  You can get them little

9    add-on things.

10       Q. Yeah.  Did you have those on?

11       A. No, sir.

12       Q. Do you recall about what time you and

13   your brother left Philadelphia, Mississippi,

14   that afternoon or morning going to Mr.

15   Robison's house?

16       A. Around noon.

17       Q. Okay.

18       A. A little after.

19       Q. All right.  And tell me what route you

20   and your brother would have taken from

21   Philadelphia, Mississippi, to get to Mr.

22   Robison's house.

23       A. Took Highway 16 East to Dekalb and

24   then to Scooba and then I think it's Highway

25   17, take a right on Highway 17.  I'm not

23

1    sure.   When you come out at Boligee, you go

2    across the interstate and go through -- I'm

3    not sure what any of the road numbers are --

4    come through Demopolis and get on Highway 80

5    and then --

6        Q. Okay.

7        A. And then go to Union Town.

8        Q. So when you left here, you didn't get

9    on the Interstate 59/20 at all?

10       A. No, sir.

11       Q. You took either state or county roads?

12       A. Yes, sir.

13       Q. Until you got to Highway 80 in

14   Demopolis?

15       A. Yes, sir.

16       Q. And I think you told me that you and

17   your brother did not make any stops between

18   Philadelphia, Mississippi, and the time the

19   incident occurred?

20       A. No, sir.

21       Q. Was it a Hart trailer that you were

22   pulling?

23       A. Yes, sir.

24       Q. Did you or your -- who owns that

25   trailer?

33

1    A. No, sir.

2    Q. Okay.  Let me see that, please.  Thank

3    you.  Tell me a little bit -- well, tell me

4    what you recall happening on the day the

5    incident occurred.  Let's just say from the

6    time that you got to Union Town and made a

7    left-hand turn going north on Highway 183.

8    A. Just a regular sunny day, the wind was

9    blowing extremely hard.  And I had slowed

10   down because the wind -- it was enough to

11   move the truck and trailer, you know, kind

12   of blowing it and just kind of rocking it

13   some.

14   Q. Right.  Had you noticed -- had you

15   slowed your trailer or your driving down on

16   the truck and trailer prior to that time

17   because of the wind?

18   A. Yes, sir.

19   Q. And when you say windy, do you recall

20   what the weather conditions were like that

21   day?  What kind of winds, five or ten,

22   fifteen?

23   A. Probably -- I mean, I really couldn't

24   -- I really don't know.

25   Q. Okay.  Had you had any problems

34

1    keeping your truck and your trailer on the

2    highway prior to the time that the incident

3    occurred?

4        A. No, sir.  It just kind of wasn't

5    necessarily having trouble keeping it on the

6    highway.  It was just kind of rocking the

7    truck a little bit with the trailer more

8    than anything.

9        Q. All right.  As I understand it, you

10   slowed your speed down?

11       A. Yes, sir.

12       Q. To try to keep your truck and trailer

13   under control?

14       A. Yes, sir.  I mean, I wasn't in any

15   hurry.  And it was about two miles from

16   where I was going, so.

17       Q. Okay.  And were you keeping a lookout

18   to the rear of your truck and your trailer

19   by using your outside mirrors?

20       A. Yes, sir.

21       Q. And when was the first time that you

22   realized something had gone wrong with the

23   trailer?

24       A. When the wind was blowing and I turned

25   and looked in my rearview mirror and I saw

35

1    it come off.  The awning come off, the front

2    part come off.

3        Q. Okay.  And from the time that you saw

4    that awning come off until the time that the

5    awning made contact with Mr. Bassett's

6    vehicle, how much time had elapsed?

7        A. I'm not sure how much time, but it was

8    pretty quick.

9        Q. Okay.  Tell me what you did at the

10   time that you saw that the awning had come

11   off the trailer.  What did you do?

12       A. I turned back around and hit my

13   brakes, put on my brakes, you know.  And

14   that's when I saw Mr. Bassett.

15       Q. Okay.  Did you -- when you put your

16   brakes on, did you try to pull your truck

17   and your trailer off to the side of the

18   road?

19       A. I tried to get over as much as I

20   could.

21       Q. Okay.  When was the first time that

22   you saw Mr. Bassett's van prior to the time

23   it made contact with the awning?

24       A. When he was probably about at my front

25   bumper.

36

1      Q. Okay.  Had you seen any other vehicles

2    go by your truck and trailer prior to the

3    time Mr. Bassett's van was approaching?

4      A. What do you mean?

5      Q. Well, that wasn't a very good

6    question.  Let's say within five or ten

7    seconds prior to the time the awning made

8    contact with Mr. Bassett's van, did you

9    notice any other vehicles in front of Mr.

10   Bassett's van?

11     A. No, sir.

12     Q. Did you notice any vehicles behind Mr.

13   Bassett's van prior to the time the awning

14   made contact with his van?

15     A. No, sir.

16     Q. In the five weeks that you owned the

17   trailer, was that the first time that you

18   noticed anything was wrong with the awning?

19     A. Yes, sir.

20     Q. And as I understand it, neither you

21   nor anyone in your family or anyone else had

22   unfurled and extended the awning out when

23   you bought it?

24     A. No, it had not been undone.

25     Q. And do you know whether or not either

37

1    you or your brother or anyone in your family

2    or anyone that you know of had ever checked

3    the awning to make sure that the latches and

4    locks were properly secured?

5       A. I'm not sure if anyone else had or

6    not.

7       Q. But you know you had not?

8       A. I know I had not.  I was just telling

9    you, the awning was up there.

10      Q. Okay.  What about your brother?

11      A. I'm not sure if he had or not.

12      Q. When you said you noticed in the

13   mirror that the awning had come off the

14   trailer, are you talking about the part of

15   the awning that's closest to the truck had

16   come from -- detached from the trailer and

17   was hanging out?

18      A. Yes, sir.

19      Q. How far from the trailer was the

20   awning extending out when you first saw it?

21      A. I'm not sure.  It was enough to be

22   hanging over in the other lane.

23      Q. Okay.  Was the awning, when you saw it

24   at all times that you saw it prior to the

25   time it made contact with Mr. Bassett's van,

38

1    was it constantly staying extended out from

2    the trailer or was it moving back and forth

3    banging against the trailer, I guess would

4    be the way to put it?

5        A. I'm not sure.  As soon as I saw it, it

6    came out and I turned around, and Mr.

7    Bassett was right there.

8        Q. When the awning made contact with Mr.

9    Bassett's van, did the awning come

10   completely disengaged from the trailer?

11       A. The cylinder part did.

12       Q. The cylinder part, that's the roll --

13   the part that's rolled up in the awning?

14       A. It's got the tarp, yes, sir, the tarp.

15       Q. That part became disengaged, but the

16   extension arms still --

17       A. Yes, sir.  They were still on there.

18       Q. When you noticed that the awning had

19   become detached from the trailer, was it

20   just the cylinder that was -- had become

21   detached, or was it still attached to one of

22   the arms?

23       A. It was still attached to the arm at

24   the front cylinder and the front arm.

25       Q. We are looking at page 2 of Exhibit 2,

39

1    which has a Bates stamp on there, Breland

2    0002.  And down in the bottom left-hand

3    corner, it shows the diagram of the awning

4    that's extended.  Just so I understand, was

5    the awning -- had it become unfurled and was

6    hanging out like this?

7        A. Yes, sir.  You know, this is -- on the

8    diagram, yeah, that's the back.

9        Q. The front --

10       A. This part was the front, yeah.  It

11   came out and the back was still --

12       Q. Still attached?

13       A. -- still attached.  All of -- you

14   know, all of this, it kind of -- I guess it

15   looked like it would if it was locked, the

16   back did.  And the front was out like this.

17       Q. All right.  And up on the top -- it

18   says -- of this diagram, Bates stamp number

19   two, it shows the awning completely extended

20   out.  Now, the part that became detached,

21   was it unfurled, or just was it still

22   wrapped under the spool and the spool was

23   hanging out?

24       A. Yeah, the spool, it came away from the

25   trailer itself.  You know, it didn't roll

40

1    out like it is showing right here.

2        Q. Okay.  All right.

3        A. No.  It was all still rolled up.

4        Q. All right.  So the awning was still

5    wrapped around the spindle, and it became

6    detached from the trailer and was actually

7    hanging out from the trailer?

8        A. Yes, sir.

9        Q. All right.  And did not unfurl or

10    extend out like this diagram?

11        A. No, sir.

12        Q. All right.  And as I understand it,

13    when it made contact with Mr. Bassett's

14    vehicle, the awning on the spool got --

15    became disengaged from the awning mechanism

16    of the unit itself?

17        A. Yes, sir.

18        Q. And it was I think laying on the

19    ground somewhere?

20        A. Yes, sir.

21        Q. Now, once you realized that the awning

22    had made contact with Mr. Bassett's vehicle,

23    as I understand it, you were already slowing

24    your truck and trailer down at that point?

25        A. Yes, sir.

41

1    Q. Do you have an estimate or an opinion

2    about how fast your truck and trailer were

3    traveling at the time that the awning made

4    contact with Mr. Bassett's van?

5    A. It was under the speed limit.

6    Q. Okay.  Do you know what the speed

7    limit was on Highway 183 that day?

8    A. I'm not sure.

9    Q. Had you ever traveled that road

10   before?

11   A. Yes, sir.

12   Q. You'd been to Mr. Robison's house

13   several times --

14   A. Yes.

15   Q. -- before this day?

16   A. Yes, sir.

17   Q. Prior to the time that the awning made

18   contact with Mr. Bassett's van, had your

19   brother said anything to you about he

20   noticed that the awning was hanging off the

21   trailer?

22   A. No, sir.

23   Q. Had any cars either approaching you

24   from the front or any cars that maybe had

25   passed you prior to the time the incident

42

1    occurred, did they ever flash their lights

2    at you or blow the horn at you to indicate

3    there might be something wrong with the

4    trailer?

5        A. No, sir.

6        Q. Once you got your truck and trailer

7    stopped, tell me what you did then.

8        A. My buddy's truck was there, and he was

9    in his truck.

10       Q. Your buddy?

11       A. Phil.  The awning was hanging off, and

12   there is no shoulder right there.

13       Q. Right.

14       A. So I just pulled right up on top of

15   the other hill, the next hill over.  And I

16   thought it hit -- and I knew we hit him.

17   And I said, "We've got to go back down

18   there.  You know, we had a wreck."  And I

19   had my insurance information, you know, and

20   all of that.  We went back down there and

21   saw the van.

22       Q. Okay.  So as I understand it, when you

23   knew the awning made contact with Mr.

24   Bassett's van, are you telling me there was

25   nowhere to pull off on the shoulder of the

43

1    road?

2        A. Yes, sir.

3        Q. Okay.  So you kept driving down the

4    highway until you got to a place where you

5    could pull off the road?

6        A. Yes, sir.

7        Q. Was that at Mr. Robison's house?

8        A. It was at their barn.

9        Q. At their barn.  Okay.  And did you

10   pull your truck and trailer off the highway

11   into his barn or the area around the barn?

12       A. Yes, sir.

13       Q. Okay.  And as I understand it, you got

14   your insurance information out of --

15       A. Yes, sir.

16       Q. -- the glove box, I assume?

17       A. Yes, sir.

18       Q. Did you get into another truck and go

19   back down the highway?

20       A. Yes, sir.

21       Q. Whose truck did you get in?

22       A. Phil's.

23       Q. Okay.  What kind of truck was he

24   driving?

25       A. Ford F250.

63

1    Mr. Robison's barn?

2        A. Right after the wreck happened?

3        Q. Yes, sir.  Or --

4        A. Did I look at it?

5        Q. Yes, sir.

6        A. No, sir.  I was just trying to get

7    back.

8        Q. All right.  Did you look at it the

9    following day?

10       A. Yes, sir.

11       Q. Did you look at that end of that

12   spindle to determine if any of that device

13   malfunctioned or didn't operate properly?

14       A. The only thing -- I didn't look at it

15   closely.  But, you know, I'm sure half of it

16   was gone, you know, when it broke off.

17       Q. Okay.  Now, as I understand this, on

18   diagram what I'll call 2-A on the Exhibit

19   No. 2, it shows some kind of locking device

20   on the part that's mounted that goes

21   vertically up and down the trailer, and it

22   has some kind of locking device.  Did you

23   look at that part of the awning to determine

24   whether or not that locking device operated

25   properly or was broken?

64

1       A. I believe it was broken.

2       Q. Okay.   The one on the rail closest to

3    the driver's door, was that the one that was

4    broken?

5       A. Yes, sir.

6       Q. What about the rail on the other end

7    of the trailer at the far end of the

8    trailer?  Was it still in the lock position

9    when you examined it after the incident?

10      A. I don't really remember.  I just

11   remember looking at the front one and

12   noticing it was broke, because it was the

13   one that was hanging out.

14      Q. Okay.  Do you still have that trailer?

15      A. Yes, sir.

16      Q. Have you replaced the awning?

17      A. No, sir.

18      Q. Is it still in the condition that it

19   was in back in March of last year after the

20   incident occurred?

21      A. Yes, sir.

22      Q. Or have you taken it off?

23      A. The only thing -- they said not to

24   take it off.  The only thing it's got on

25   it --

1767805

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1H93H232221051035 | HART | 2001 | ARH | TL | 9601795-03 |

TITLE DATE     DATE OF FIRST SALE FOR USE NOT ONLY    NO. CYL.    NEW/USED    TYPE OF VEHICLE    PASS. OR GVW     **ORIGINAL**

03312005         00    X    TLR    000

ODOMETER - TENTHS NOT INCLUDED

OWNER
BRELAND JACOB OR CALEB        000000
10210 COUNTRY LANE
PHILADELPHIA    MS 39350

MO | DATE DAY | YR
02/01/2005

1ST LIENHOLDER (OR OWNER IF NO LIEN)
MERCHANTS & FARMERS BANK
P O BOX 426
PHILADELPHIA    MS 39350

MO | DATE DAY | YR

2nd LIENHOLDER

LIEN SATISFACTION —
THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
          (LIENHOLDER)               (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
          (LIENHOLDER)               (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 31 DAY OF MARCH 20 2005

05089648035       00788
STATE TAX COMMISSION

The Mississippi State Tax Commission hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests herein set forth and such liens or security interests as may subsequently be filed with the State Tax Commission. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-4, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
63396682

*Joseph L. Blount*

**VOID IF ALTERED**

PLAINTIFF'S
EXHIBIT
1
NO.
PENGAD 800-631-6989

Breland
00010

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5

6    ROSALYN BASSETT, as the

7    Administratrix and Personal

8    Representative of the Estate

9    of TERRY BASSETT, SR.,

10

11        Plaintiffs,

12

13    v.                          CASE NO:

14                          2:05cv1183-MEF

15    KENNETH BRELAND and

16    GEICO CASUALTY COMPANY,

17

18        Defendants.

19

20

21

22            DEPOSITION OF:

23

24            DON NOWELL

25

COPY

7

1    introduce yourself, after which the court

2    reporter will swear in the witness.

3        MR. CROW:  Mike Crow for plaintiff

4    Bassett.

5        MR. HIGGINS:  Tony Higgins for Caleb

6    Breland.

7        MR. MAIN:  Saxon Main for Geico.

8

9                DON NOWELL,

10    being first duly sworn, was examined and

11    testified as follows:

12

13    EXAMINATION BY MR. CROW:

14      Q. If you will, state your name for us,

15    please.

16      A. I'm sorry?

17      Q. If you will, state your name for us.

18      A. Donald Joe Nowell.

19      Q. Mr. Nowell, I'm going to be asking you

20    some questions about this 2001 Hart trailer

21    that you sold to the Brelands.  If I ask you

22    a question you don't understand, please let

23    me know.  I want to make sure that you

24    understand my question and give me the

25    appropriate response to it.  If you will,

9

1      A. I've been in business for myself for

2   two years.  I worked three years before that

3   for another -- my uncle, Dan Commer.

4      Q. Okay.

5      COURT REPORTER:  What was that name?

6   I'm sorry.

7      A. Dan Commer.

8      Q. Commer?

9      A. Commer, C-O-M-M-E-R.

10      Q. Okay.  And I understand that at one

11   time you owned a 2001 Hart trailer?

12      A. Yes, sir.

13      Q. And this is a Hart trailer that you

14   sold to Mr. Breland?

15      A. Right.

16      Q. And I understand you sold that trailer

17   to him sometime in February of 2005?

18      A. I'm not sure when it was.  I didn't go

19   back and look before I came.

20      Q. Okay.  Well, I've got the title from

21   the State of Mississippi, and it indicates

22   that it was around February the 1st of 2005.

23   Did you purchase that trailer brand new?

24      A. Yes, sir.

25      Q. And who did you purchase that trailer

10

1    from?

2        A. From Dr. Stokes in Philadelphia.  I

3    don't know his first name.  He's a

4    veterinarian.  Northside Animal Hospital is

5    where he's located.

6        Q. And is he a distributor for Hart?

7        A. He was at the time.  He's not no more.

8        Q. When did you -- did you buy this

9    trailer brand new in 2001?

10       A. Or around -- seemed like I bought it

11   in 2002.  I'm not for sure.  But I did buy

12   it brand new.  It was a later model trailer

13   that hadn't been sold.  He still had it

14   there, so that's the one I wanted.

15       Q. Okay.

16       A. But I think -- I think it was in 2002

17   when I purchased it.

18       Q. All right.  And you told me you are in

19   the logging business.  But do you have a

20   side hobby that required you to buy a horse

21   trailer?

22       A. At the time I was team roping, so I

23   was going to rodeos a lot.  But I recently

24   quit.  Logging has put a hold on that so

25   far.

12

1  already on there?

2      A. Yes, sir.

3      Q. Okay.  Was the awning, was that

4  standard equipment?  Or was that kind of

5  like an option or --

6      A. I think that it is standard equipment.

7  Most of them usually have them on there.

8      Q. All right.  And let's just assume you

9  bought that trailer in 2002 and you sold it

10  in 2005.  I want to ask you about the three

11  year time period that you owned it.  During

12  the three years that you owned it, did you

13  ever have an occasion to use the awning?

14      A. No, sir, I never used it.

15      Q. Did you ever unroll it, let it out to

16  inspect it?

17      A. No, sir.

18      Q. Did you ever have any maintenance done

19  to it?

20      A. It doesn't require maintenance I

21  wouldn't think.  So, no, sir, I never done

22  anything to it.

23      Q. Well, okay.  Did you -- during the

24  three years you had it, did you ever have it

25  repaired or modified or altered in any way?

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR.,** | § § § § § | |
| **Plaintiff,** | § § § | |
| **vs.** | § § § | **Case Number:  2:05-CV-1183-MEF** |
| **KENNETH BRELAND, et al.,** | § § | |
| **Defendants.** | § § | |

## INITIAL DISCLOSURES OF DEFENDANT
## OUTLAW CONVERSIONS LP

Defendant, Outlaw Conversions LP ("Outlaw"), hereby makes its initial disclosures required by Rule 26(a) of the Fed. R. Civ. P.:

### Initial Disclosures

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response:** The following persons are likely to have discoverable information that may be used to support Outlaw's claims and defenses:

| **Name** | **Subject Matter** |
| --- | --- |
| Russ Walker<br>Outlaw Conversions LP<br>c/o R. Austin Huffaker, Jr.<br>184 Commerce Street<br>Montgomery, AL 36104 | Assembly of the trailer for DCL Trailers LLC. |
| Kenneth Breland<br>Defendant<br>c/o S. Anthony Higgins<br>P.O. Box 4128<br>Montgomery, AL 36103 | Owner of the trailer. |
| Jacob Breland<br>c/o S. Anthony Higgins<br>P.O. Box 4128<br>Montgomery, AL 36103 | Owner of the trailer. |
| George Pullom<br>Perry County Coroner<br>Rt. 1, Box 51<br>Uniontown, AL 36786 | Photographed and investigated matter. |
| Albert Turner, Jr.<br>106 Davis Street<br>Marion, AL | Witness to incident. |
| Albert Holmes<br>27 Cedar Hill Estates<br>Uniontown, AL | Information concerning accident. |
| Representative of Hart Mfg., Inc.<br>Defendant<br>c/o Dennis P. McKenna<br>P.O. Box 2866<br>Mobile, AL 36652 | Manufactured the trailer. |
| Representative of Dometic Corp.<br>Defendant<br>c/o Brian T. Mosholder<br>4121 Carmichael Road<br>303 Sterling Centre<br>Montgomery, AL 36101 | Manufactured the awning and provided instructions for the installation of the awning. |

| Donald J. Nowell<br>12960 Road 397<br>Philadelphia, MS | Prior owner of the trailer. |
| --- | --- |
| DCL Trailers LLC<br>12130 Pecan Avenue<br>Philadelphia, MS 39350-5232 | Prior owner of the trailer and ordered the conversions to the trailer. |
| Lorrie Stokes<br>12130 Pecan Avenue<br>Philadelphia, MS 39350-5232 | Member of DCL Trailers LLC and ordered the conversions to the trailer. |
| H. Duane Stokes<br>12130 Pecan Avenue<br>Philadelphia, MS 39350-5232 | Member of DCL Trailers LLC and ordered the conversions to the trailer. |

B.    A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response:**    See attached.

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:**    Not applicable at this time.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments

made to satisfy the judgment.

**Response:**   A copy of the policy is available for review at the undersigned counsel's

office.

Respectfully submitted this the ___ day of July, 2006.


ROBERT A. HUFFAKER (HUF003)
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorneys for Outlaw Conversions LP

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office  Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 262-6277 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following individuals by placing a copy of same in the United States mail, postage prepaid, this the _6_ day of July, 2006.

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36103-4160

Gerald Swann, Jr.
BALL, BALL, MATTEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, AL 36103-4128

Dennis McKenna
J. Ritchie M. Prince
PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
Post Office Box 2866
Mobile, AL 36652

Brian Mosholder
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

_____
OF COUNSEL

Case 2:05-cv-01183-MEF-SRW    Document 40-7    Filed 08/10/2006    Page 16 of 84

Outlaw Conversions
Stephenville TX 76401
PH 254.968.5733 Fax 254.968.4580

**COPY**



Quote Date: 10/31/01
Dealer: DCL
Sales Person: LORI
Short Wall: 6

_2nd Jun_

| Packages | Price | Appliances | Price |
|---|---|---|---|
| X First Class- Insulated, Panel Walls w/Allante Ceiling, Vinyl Flooring, Oak Cabinetry, Panel Doors | 4200 | 2.0 Refrigerator | |
| Upgrade to Allantee Walls - Per Short Wall | | X 3.0 Refrigerator | 975 |
| **Shower/Sink - Accessories** | | 6.0 Refrigerator | |
| Vanity, Sink and Faucet w/Safety Mirror | | 6.0 Refrigerator w/Icemaker | |
| X Toilet | 185 | 8.0 Refrigerator | |
| Single Holding Tank | | 8.0 Refrigerator w/Icemaker | |
| X Black & Gray Holding Tanks | 625 | X Microwave w/Vent Kit & Receptacle | 375 |
| Auto Dumps F/Dual Holding Tanks | | Two Burner Cook Top w/Cover | |
| X Shower 24 x 32 | 650 | Three Burner Cook Top w/Cover | |
| Glass Shower Door | | Three Burner Cook Top w/Oven | |
| X Folding Shower Door- 24x32 | 200 | Power Vent hood w/12V Light | |
| Neo Angle Shower w/Glass | | Washer/Dryer Combination | |
| Exterior Shower | | Coffee Maker | |
| X 12v Water Pump | 155 | **Heat and Cool Systems** | |
| Bathroom Power Vent | | X 13,500 BTU A/C | 900 |
| Bathroom Power Vent w/Lights | | 15,000 BTU A/C | |
| X 14x14 Roof Vent | 60 | X Heat Strip for A/C | 50 |
| X 6 Gallon Electric Start Water Heater | 690 | Ducted A/C W/Heat Strip/Thermostat F/13,500 | |
| 10 Gallon Electric Start Water Heater | | Ducted A/C W/Heat Strip/Thermostat F/15,000 | |
| Single LP System W/20 lb. Tanks | | Forced Air Furnace-Ducted Heat Unit | |
| X Double LP System W/20 lb. Tanks | 375 | Single - Direct Discharge heat Unit | |
| Double LP System W/30 lb. Tanks | | **Lighting and Electrical** | |
| Double LP System W/40 lb. Tanks | | X 45 amp Power Converter w/Power Cord | 510 |
| X 30 Gallon Fresh Water Holding Tank | 175 | X 110 Volt Rec.(up to 6), GFI Included | 175 |
| 40 Gallon Fresh Water Holding Tank | | X 110 Volt Exterior Outlet | 70 |
| X Sewer Hose and Carrier | 75 | Vanity - Three Bulb Light | |
| X Water Monitor System | 250 | X 2 -12v Spot Lights in Nose | 60 |
| X Exterior Water Faucet | 115 | 2 -12v Spot Lights Under Overhead Cabinets | |
| X Kitchen Sink - Single - White/Stainless | 165 | Courtesy Light  per each | 0 |
| Kitchen Sink - Double - White/Stainless | | Track Lighting         per track light foot | 0 |
| **Furniture/Livability Features** | | X Standard 12v Light (up to 7) | 325 |
| Sofa Sleeper w/ Table | | Fluorescent 12v Light (up to 5) | |
| Upgrade to Leather Sofa | | X Wall Switches for 12v Lighting | 60 |
| Dinette Sleeper w/ Table | | X 12v Exterior Light | 55 |
| Upgrade to Leather Cushions | | X Single Battery w/Box Wired Vehicle Recharge | 325 |
| X Bench Seat w/ Cushion | 525 | Dual Battery w/Box Wired Vehicle Recharge | |
| Swivel Rocker  per each | 0 | **TV/Stereo Equipment** | |
| Upgrade to Leather Rocker  per each | 0 | 13" TV/VCR | |
| 1 ~~Queen~~ Mattress _Full_ | +200 | 19" TV/VCR | |
| **Awnings** | | AM/FM Cassette Player | |
| X 10 to 15ft Awning w/ Hardware & Alum. Guard | | X AM/FM CD Player | 550 |
| 16 to 20ft Awning w/Hardware & Alum. Guard | +995 | TV Cabinet w/Swivel & Tambor Door | |
| X 12 to 21ft Two Step Awning _21'5/20 2-STEP_ | 1195 | Surround Sound Speakers | |
| **Safety Features** | | 6 Disc CD Changer W/Remote | |
| X CO, LP, Fire and Smoke Detectors | 255 | CB Radio | |
| | | X TV Antenna w/12v Outlet & Shelf | 195 |
| | | Crank-up TV Antenna | |
| | | X Exterior Speakers (2) | 125 |

OUTLAW00001

Outlaw Conversions
Outlaw Custom Interiors
Stephenville TX 76401
PH 254.968.5733 Fax 254.968.4580

# COPY

*PAGE 2*
*TRAILER 1035*

| Generators | | Pre-wire for A/C | |
|---|---|---|---|
| Pre-wire for Generator w/Switch | | 2-12v Wall Lamps(sofa Area) | |
| Onan 4.0 Gas Generator | | X Single Aluminum Battery Box | 198 |
| Onan 3.6 LP Generator | | Dual Aluminum Battery Box | |
| Gas Tank w/Hookup - Installed | | Additional 110v Receptacles per each | 0 |
| **Additional Options** | | Additional 12v Single Light w/Switch per each | 0 |
| X Full Length Mirror | 90 | Additional 12v Double Light w/Switch per each | 0 |
| Corian Counter Tops | | X Lighted Grab Handle | 100 |
| Finish Mid Tack | | Rustic Custom Cabinet Pulls | 0 |
| Automatic Satellite System | | Coat Racks | |
| Manual satellite System | | Mirrors in Kitchen Area | |
| Solar Battery Charger | | Mirrors in Living Area | |
| Max Vent Cover | | Barbecue Grill w/Slide Out | |
| Cellular Phone Jack | | Shower Sky Light - 24x32 or Neo Angle | |
| X Oak Wood Box Covers | 300 | Lift Lid Cabinets in Bed Area | |
| Oak Hard Wood Floor - Per Shortwall | | Nose - Cabinet Across Front | |
| Knotty Pine Upgrade (Natural) - Per Shortwall | | Nose - Cabinet Down Both Sides of Nose | |
| Carpet Floor - Per Shortwall | | Countertop Extensions | |
| Raised Oak Panel Doors - Per Shortwall | | Extra Drawers (where available) per each | 0 |
| Privacy Curtain | | Mirror in Wardrobe Cabinet in Nose | |
| Mini Blinds          per each | 0 | Microwave Cabinet w/ 110 Plug | |
| Day Time Cloth Shades    per each | 0 | Pocket Door | |
| 3 Day/Night Cloth Shades  per each | 264 | Pocket Doors for Bed Area | |
| Accent Pillows        per each | 0 | On/Off Switch for Dual Marine Batteries | |
| Hand Towels         per each | 0 | Add Shelf, Vent/Close Compartment for Gen. | |
| Magazine Rack | | Bunk Beds W/Privacy Curtains | |
| X Bath Set | N/C | Clothes Hamper | |
| Custom Tailored Comforter | | Cabinets in Midtack | |
| Comforter | | Special Valance Covers | |
| Porcelyn toilet | | Convection Oven | |
| X Aluminum LP Brackets | 225 | Hooks in Mid Tack | |
| 60 Gallon Fresh Water Holding Tank (a 72" Sofa Size Required) | | Electric Jack Conversion | |
| | | Single Leg Hydraulic Jack Conversion | |
| Additional Bathroom Divider Wall w/Oak Door | | Dual Leg Hydraulic Jack Conversion | |
| A/C with Heat Pump | | Outlaw Start-up Kit | |

Quote Total: | 14,627 |

ADD AWNING & MATTRESS   +95/395 ✓
15,822 RETAIL ✓
16,022 ✓

*Prices & Options Are Subject To Change Without Notice*

# COPY



WARDROBE

K.O. WINDOW

20 X 30 WINDOW

OUTLAW CONVERSIONS
BLM 31-OCT-2001

FULL MATTRESS

TV SHELF

BENCH SEAT W/CUSHION

SINK

6 FT.

AC

3.0 REF.

MICROWAVE

24 X 36 WINDOW

DCL/HART TRAILER
No. 1035

LINEN SHELVES

TOILET

CLOSET DOUBLE ROD

VENT

SHOWER

OUTLAW00003

# COPY

HH GLQ

## COLOR SHEET

IH93H3 3222105 1055
**Trailer V.I.N. #:**          **Customer:** Murray          **Dealer:** DCL Trailers
                                                                    Larie Stokes

**Wood Type:** Oak

**Wood Stain:** ~~Walnut~~    (Dark Oak)

**Walls:** ~~Alliance~~    (Panelling)
Border Seat
~~Fabric~~    Canyon Copper · SWT 2050

~~Sleeper:~~

~~Valance:~~

~~Curtains:~~

**Valances:** Oll wood Bak Cairro (Solid Oak)

~~Comforter:~~

~~Pillows:~~

**Day/Night Shades:**    **Day**    **Night** Your choice (Best mached)

~~Day/Night Shades:~~

~~Mini Blinds:~~

**Formica Color:** Heather Legacy 4662-60

~~Corian:~~

**Color of Carpet in Nose:** Maroon

**Flooring:** (Vinyl) Durango Goldenstone 4602
                    ~~Carpet~~
          **Hardwood:** ~~laminate~~    ~~Hardwood~~

**Special Instructions/Comments**

OUTLAW00004

# COPY



**Outlaw Conversions**
1000 Airport Rd.
Stephenville, TX 76401
(254) 968-5733 phone
(254) 968-4580 fax



**MFG. Date Plate**

**-Listed RV-**

Model _____ Hart

Manufacturer's Serial # 1H93H23221051035

Date Manufactured ____ 3-4-02

**-RV TEST-**

| | | |
|---|---|---|
| Water Pressure | 100 | psi |
| LP Pressure | 10"-14" w/c | psi |
| **-DiElectric-** | | |
| High Voltage Test | 1080 sec. | |
| Low Voltage Test | OTC | |
| Electric Test | OTC | |

*This recreational vehicle has been constructed in compliance with all sections of the current ANSI standards for all recreational vehicles.*

Living Quarter (RVIA Seal #) 7362592

Date Inspected ____ 3-4-02

**-FACTORY INSTALLED EQUIPMENT-**

| Equipment | MFG. | Serial # | Model # |
|---|---|---|---|
| Refrigerator | Norcold | 1006349F | N300 |
| Oven | NA | NA | NA |
| Stovetop | NA | NA | NA |
| Heating | NA | NA | NA |
| Power Converter | MagneTek | GT035599 | 6345 |
| Microwave | Dometic | 112TA00099 | CDMW10MB |
| Stereo | Kenwood | 10202766 | KDC-416S |
| Generator | NA | NA | NA |
| Water Heater | Suburban | 02020218J | SW6D |

OUTLAW00005

**Outlaw Conversions**
1000 Airport Road
P.O. Box 154
Stephenville, TX 76401

# PAID

CK. NO. _1017_
DATE _~~$~~ 3-7-02_

## Invoice

| BILL TO |
|---|
| DCL Trailers |
| 12130 Pecan Ave. |
| Philadelphia, MS 39350-5232 |

| DATE | INVOICE # |
|---|---|
| 3/6/2002 | 21001 |


FAXED
3-6-02

| P.O. NUMB... | TERMS |
|---|---|
| 1035 | Due on receipt |

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | Custom Interior | 16,022.00 | 16,022.00 |
|  | Dealer Discount | -4,806.60 | -4,806.60 |

| | Total | $11,215.40 |
|---|---|---|

OUTLAW00006

**DCL TRAILERS LLC**
**H. DUANE OR LORRIE P. STOKES**
PHN. 601-656-1571
12130 PECAN AVENUE
PHILADELPHIA, MS 39350

11-2001

1017

85-215/653
101-0401

DATE _3 7 02_

PAY
TO THE
ORDER OF _Outlaw Conv._                                    $ _11,215 40_

_Eleven thousand two hundred Fifteen + 40/100_ ———— DOLLARS

The Citizens Bank
Philadelphia, MS 39350

FOR _#1035_                              _H. Duane Stokes_                MP

⑈⑈001017⑈⑈ ⑆065302154⑆ ⑈01 1013 0⑈

OUTLAW00007

# OUTLAW CONVERSIONS
## Pre-Delivery checklist

*1035*

## OUTSIDE CHECKS

1. _____ Recharge System
2. _____ Vent Holes in Btt Comp-Top & Bottom & Enclosed Comp must have Vent
3. _____ Power in Battery Compartment
4. _____ Clearance LTS/Right and Left Turn Signals
5. _____ Silicone Outside
6. _____ Silicone under Trailer
7. _____ Silicone on Top of Trailer
8. _____ Stickers Outside
9. _____ Power Cord
10. _____ Ground Clamp on Pipe
11. _____ Awning
12. _____ LP Bottles/Turn ON
13. _____ Vacuum Compartments/Attach Outside Covers
14. _____ Generator
    A. Tank
    B. Fuel Lane
    C. Fuel Filter
    D. Unit
    E. Starter Switch
    F. Wires
    G. Protective Covers
15. _____ Vacuum Gen. Compartment
16. _____ Record VIN # and RVIA #

## HORSE COMPARTMENT

1. _____ Check for Screws
2. _____ Vacuum Compartment
3. _____ No Loose Wires

## INSIDE TRAILER
## PLUMING

1. _____ Hot Water Heater ON
2. _____ Tanks OK
3. _____ Pump Turned ON — B+O
4. _____ NO Leaks Under Sink
5. _____ Hot & Cold Water
6. _____ Shower Door

7. _____ Shower Hose and Showerhead
8. _____ Switch Hot & Cold Water
9. _____ Toilet (Color & Type)
10. _____ All LP Lines for Connections

OUTLAW00008

## ELECTRICAL

1. _____ Test for Shorts
2. _____ GFCI-Proper Operation
3. _____ Switches-Proper Operation
4. _____ Fuses ALL

   A. Electrical Vent      15 Amp
   B. Refrigerator         15 Amp
   C. LP & CO               5 Amp
   D. Both Lights          15 Amp
   E. Outside Lights       15 Amp
   F. 1 Light              15 Amp
   G. Stereo               15 Amp
   H. Water Pump           15 Amp
   I. TV                   15 Amp

5. _____ Breakers 110 V

   A. Main                 30 Amp
   B. A/C                  20 Amp
   C. Refrigerator         20 Amp
   D. Plugs & Sink         20 Amp
   E. TV                   20 Amp
   F. Both Plugs           20 Amp

6. _____ Converter Grounded Properly
7. _____ Fire Alarm
8. _____ ALL Lights
9. _____ CO Detector
10. _____ LP Detector
11. _____ A/C with Heat
12. _____ Vent Hood

    A. 2 Volt Lights
    B. Fan

13. _____ TV Booster Cable with Light ON
14. _____ TV Cable
15. _____ Adapter for TV/VCR
16. _____ TV
17. _____ VCR
18. _____ 12 Volt TV Plug
19. _____ CD Player/Radio
20. _____ Speaker Inside/Outside
21. _____ Furnace (Run Cycle)
22. _____ Microwave (Run 5 Sec.)
23. _____ Convention Oven (Run 5 Sec.)
24. _____ Refrigerator (Run)   3.0
25. _____ Ice Maker (Run)
26. _____ Power Vent

OUTLAW00009

## GENERAL OVERLOOK INSIDE

1. _____ Fire Extinguisher
2. _____ Cooktop 2 or 3 burner
3. _____ Burner Cover
4. _____ Table with Legs
5. _____ Carpet (Color)
6. _____ Vinyl
7. _____ Flooring (Hardwood & Vinyl)
8. _____ Blinds    Day & Night Shades
9. _____ Valances
10. _____ Doors/Knobs
11. _____ Trim
12. _____ Cabinets
13. _____ Drawers (Straight/Holes)
14. _____ Cabinet Doors Raised or Plain (Straight)
15. _____ Door Knobs or Just Holes (Single/Double)
16. _____ Plugs or Buttons
17. _____ Bulldog Catches
18. _____ Hinges
19. _____ Bathroom Vents
20. _____ Stickers & Tags
21. _____ All Vents CLOSED
22. _____ Windows CLOSED & Latched
23. _____ Window Screens
24. _____ Mattress (Full) or Queen)
25. _____ Full Length Mirror
26. _____ Bath Accessories
27. _____ CK Central Vacuum System

## FINAL CHECK

1. _____ Drain Tanks
2. _____ Power Cord Adapter Installed
3. _____ Check for Mushroom on Refrigerator
4. _____ Turn OFF LP Gas

## TO CLOSE AWNING:

### ① Return Awning to Travel Position



**⚠ CAUTION**

When awning is closed, bottom arm assembly will fold down and against back channel. To avoid personal injury and/or property damage, keep space beneath bottom arm assembly clear of objects and people.

A

DO NOT
Close awning
Without Pull
Strap In Hand

B

Remove tie downs and sun screen if installed. In one hand gently pull on the pull strap while using the pull rod to flip the Safe-T-Lock™ Lever down into the UNLOCK-CLOSE position.

**⚠ CAUTION**

Have a firm grip on the pull strap before moving the Safe-T-Lock™ Lever to the UNLOCK-CLOSE position. Do not allow the awning to close uncontrolled. Damage to the awning and/or RV may occur.

Before the awning begins to roll up, insert end of pull rod into the pull strap loop and let the awning roll up, controlling the speed with the rod in hand.

## TO CLOSE AWNING (Continued):

### ② Lock Awning for Traveling

A



Unlock

Secure each arm assembly by locking the Travel Lock. Push down on the travel lock assembly to secure. The awning is now completely closed and ready for travel.

## A&E TWO STEP HELPFUL HINTS:

• Whenever the awning is wet while rolled up, as soon as conditions allow, roll it out and let it dry before rolling it up again. This will help prevent the formation of mildew and add greatly to the life of the awning.

• Mildew does not form on the fabric itself, but on the accumulated dust, dirt and grime. Periodically clean vinyl or woven acrylic fabric using a mixture of 1/4 cup of dish soap and 1/4 cup of bleach mixed with 5 gallons of warm water. Liberally slosh the mixture on the top of the fabric and roll the awning up for 5 minutes. This will apply the mixture to the bottom as well. Roll it back out and hose it off with fresh water. Repeat if necessary. Allow to dry before rolling up.

• Always make sure the awning is fully extended before opening the entry door.

**WHEN TO GET MORE HELP:**

This User's Guide is intended to provide practical instruction for the sequential operation of the A&E Two Step Patio Awning. If malfunctions occur that cannot be corrected by reviewing this Guide, they should be directed to a qualified Dometic service technician.

Form No. 3109948.004 4/01
(French 3109949.002)
©2001 The Dometic Corporation
LaGrange, IN 46761



# User's Guide
## by The Dometic Corporation

### A&E Two Step
### Patio Awnings

UNLOCK

Unlock

# TO OPEN AWNING:

## ① Unlock Awning



Unlock the travel lock located mid-way up on each arm assembly. Lift up on the travel lock assembly to unlock.

Use the pull rod provided to rotate the Safe-T-Lock™ Lever up to the UNLOCK OPEN position.




## ② Extend Awning

Hook the pull rod into the loop of the pull strap and pull the awning out. Slide the pull strap to the right end of the roller tube.

### Rear Arm

Your A & E awning is designed to shed water if let out in the rain. The rear arm will automatically decrease the awning height approximately 9 inches when it is raining. When there is no longer the need to shed water it will return to the normal height. See FIG.2A.

### Tie down straps

Your A & E awning comes with two (2) tie down straps, two (2) springs and two (2) stakes. A & E tie down straps secure your awning through the utility slot in the roller tube. This method eliminates the risk of damaging the torsion rods. We recommend you use this method instead of former methods you may have used on your previous awning.
After awning is extended, slide straps in open groove in awning roller tube on left end. Position one at each end. Screw stakes into ground at desired position. Place strap through spring and attach spring to stake. Draw both straps tight by pulling on loose end of strap at buckle.



### Optional Sunscreen

Your A & E awning also comes with a sunscreen. You will find it very helpful when awning side of RV is facing west in the late afternoon. It will provide great enjoyment when the sun is setting.
Slide sunscreen in open groove in roller tube on left end. Place in desired position.

### ⚠ CAUTION

THE A&E TWO STEP AWNING IS EXTREMELY DURABLE AND CAN BE OPERATED DURING MODERATE RAIN AND WIND CONDITIONS. HOWEVER, WHEN PERIODS OF HEAVY RAIN AND/OR WIND IS EXPECTED THE AWNING SHOULD BE CLOSED AND IN THE LOCKED POSITION. DAMAGE CAUSED BY WIND AND RAIN IS NOT COVERED BY WARRANTY.


A&E Systems®
by Dometic


**TWO Step**™
by Dometic

## Two Step

**760000(X).400  Standard Hardware**
**760011(X).400  Basement Hardware**
For
**700(XX)(XX).(XXX)  and  710(XX)(XX).(XXX)**
**Fabric Roller Tube Assembly**

**USA**
SERVICE OFFICE
The Dometic Corp.
509 So. Poplar St.
LaGrange, IN 46761
219-463-4858

**CANADA**
Dometic Dist.
866 Langs Dr.
Cambridge, Ontario
CANADA N3H 2N7
519-653-4390

**For Service Center
Assistance Call:**
800-544-4881

| ⚠ WARNING |
|---|
| This manual must be read and understood before installation, adjustment, service, or maintenance is performed. This unit must be installed by a qualified service technician. Modification of this product can be extremely hazardous and could result in personal injury or property damage. |

| ⚠ AVERTISSEMENT |
|---|
| Lire et comprendre ce manuel avant de procéder à l'installation, à des réglages, de l'entretien ou des réparations. L'installation de cet appareil doit être effectuée par un réparateur qualifié. Toute modification de cet appareil peut être extrêmement dangereuse et entraîner des blessures ou dommages matériels. |

# INSTALLATION INSTRUCTIONS

**MODEL**

760000(X).400 Hardware

760011(X).400 Hardware

Form No. 3109942.007 4/01
(French 3109943.005)
©2001 The Dometic Corporation
LaGrange, IN 46761

| **Important:** These instructions must stay with unit. Owner read carefully. |
|---|

OUTLAW00013

## SAFETY INSTRUCTIONS

This manual has safety information and instructions to help users eliminate or reduce the risk of accidents and injuries.

## RECOGNIZE SAFETY INFORMATION



This is the safety-alert symbol. When you see this symbol in this manual, be alert to the potential for personal injury.

Follow recommended precautions and safe operating instructions.

## UNDERSTAND SIGNAL WORDS

A signal word, **WARNING** OR **CAUTION** is used with the safety-alert symbol. They give the level of risk for potential injury.

**WARNING:** means if the safety information is not followed someone could be injured or killed and/or damage to equipment could occur.

**CAUTION:** means if the safety information is not followed someone might be injured and/or damage to equipment might occur.

Read and follow all safety information and instructions.

# General Information

COVERED BY PATENTS 5566918, 5383346
OTHER PATENTS PENDING

REQUIRED PARTS (Packed with each Hardware Assembly)

(4) #14 x 2-3/4" Hex Head Screws    (4)    #6 x 1/2" Tek Screws
(4) 3/16" x 1" Oscar Rivets

**Important:** Read and understand ALL of the following steps before beginning installation.

### Application

The A&E Awning is designed and intended for use on Motorhomes, Travel Trailers, and Fifth Wheels with straight sides.

**Important:** Structural backing is required where mounting screws/oscar rivets will be installed through sidewall for securing top mounting bracket and back channel.

**Installation Height:**

This is the distance between the top mounting bracket and lower mounting bracket, center to center on mounting screws.
760000(X).400-Min: 66", Max: 81"
760011(X).400-Min: 65-3/8", Max: 65-5/8"

**Important:** Minimum distance from awning rail to door is 7"; if awning has a metal shield, the minimum distance should be increased to 7-1/2" from awning rail to door. When the door falls in the center of the awning, add 1-1/2" to these distances. Mounting height depends on awning type and length. Insure sufficient room is available before starting installation. If questions arise, contact your Dometic Sales Representative.

The Dometic Corporation reserves the right to modify appearances and specifications without notice.

Installation of A&E Awnings will briefly require three people. Use the following procedures to assure a properly installed, and properly functioning awning.

## Installation Instructions

**Important:** Awning FRTA is shipped with a protective collar around rotor on right side torsion assembly. To prevent accidental damage to rotor while handling do not remove protective collar until fabric is installed in awning rail in Step 4.

### ⚠ WARNING

Do not remove the cotter pin from right side or 5/16" bolt from left side at this time and Do not rotate the Safe-T-Lock™ Lever until installation is complete. Lever has been preset in the ROLL-OUT position.



FIG. 1

OUTLAW00014

OUTLAW00015

## 1. Secure FRTA to Hardware

A. Carefully lay the fabric roller tube assembly on a clean, well padded "V" trough to prevent fabric and/or roller cover damage. Remove the hardware from the packaging and place by either end of the FRTA.

> ⚠️ **WARNING**
>
> The arm assemblies are spring loaded. Do not remove the nylon ties or open travel lock until the unit is installed securely to the application. Failure to do this may result in personal injury or property damage.

B. Secure each front channel to top casting mounted at the end of the FRTA. See FIG. 2B.

**Important:** One front channel assembly has a spring loaded bottom arm. It should be installed on non cam lock end of awning. See FIG. 2A.



FIG. 2A
Back Channel
Spring Loaded Bottom Arm
Pin & Snap Ring

C. Use one (1) 1/4-20 x 1/2" hex bolt and one (1) lock washer to secure top casting to front channel. See FIG. 2B.



FIG. 2B
Do Not Remove Right Side Cotter Pin or Left Side 5/16" x 5 bolt, Nylon Ties or Open Travel Lock at This Time
Bolt & Lock Washer
Front Channel
Top Casting
Nylon Ties
Back Channel
Travel Lock

D. Remove the left side 5/16 x 5 bolt at this time.



FIG. 3
Remove 5/16 x 5" bolt from hole in left end of cap.

3

> ⚠️ **WARNING**
>
> Do not remove the right side cotter pin at this time. Awning tension is pre-set and will spin which could cause personal injury or property damage.

## 2. Install Fabric In Awning Rail

A. Prepare the Awning Rail to accept the Awning Fabric. Select the end from which the awning shall be fed, then widen that end with a flat screwdriver and file off any sharp edges. See FIG. 4A.



FIG. 4A BEFORE    FIG. 4B AWNING RAIL    FABRIC ROLLER TUBE ASSEMBLY    ARM ASSEM.
NYLON TIES
NYLON TIES
AFTER

B. With one person grasping each Arm Assembly, carefully lift the entire assembly to an upright position.

**Important:** Keep the two Arm Assemblies parallel to each other to avoid excessive twisting and possible damage to the assembly.

Walk the awning to the end where the Awning Rail was prepared. See FIG. 4B

A third person is now required to feed the Fabric into the Awning Rail. The other two will walk the entire Awning Assembly forward and into the desired position.

## 3. Top Mounting Bracket Installation

**Note:** Remove protective collar around rotor on right side torsion assembly before installing right side top mounting bracket.

A. **Secure Top Mounting Bracket**

  1. After the complete awning assembly has been threaded into the Awning Rail, check that its position allows for solid mounting of the Top Mounting Bracket and Back Channel. Also insure that the back channels are in the desired location (not restricting use of doors, access doors, windows, etc.).

**Important:** Structural backing is required where mounting screws will be installed through sidewall for securing top mounting brackets.

**For 760000(X).400 Standard Hardware**



FIG. 5A    FIG. 5B
Top Bracket
Center on Bracket
Nylon Tie
Front Channel
Bolt and Lock Washer
Travel Lock

For 760011(X).400 Basement Hardware



FIG. 5A    FIG. 5B

Top Bracket

Center on Bracket

Bolt and Lock Washer

Nylon Tie

Front Channel

Travel Lock

Note: Awning rails with rain gutters may require an extension kit to prevent the FRTA from closing against the rain gutter, causing fabric damage and/or improper operation. These can be obtained through Dometic.

2. On one arm assembly, place the top bracket in position over or directly under the Awning Rail as shown in FIG. 5A & 5B. Top mounting bracket must be installed level with awning rail. Mark the hole position for the Top Bracket and slide the assembly out of the way.  Pre-drill the two holes using a 3/16" drill bit (use a 7/32" drill bit if in steel).  Install Top Bracket with two #14 x 2-3/4" hex head screws. Seal where the screws enter the coach with clear silicon sealant.

3. At this point the Arm Assembly can support itself. Repeat the same procedure on the opposite arm at the same height. When doing the opposite arm, make sure the hardware is completely closed before tightening the screws. This will help in the overall alignment of the awning.

4. Before doing the next step, remove the cotter pin from the right side of FRTA.  To easily remove cotter pin follow these steps:
   a. Make sure the Safe-T-Lock™ Lever is in the **ROLL-OUT** position.

FIG. 6



**ROLL-OUT**

Lever

Pull Strap

Pull Rod

   b. Grasp the FRTA from underneath and rotate it slightly toward yourself to relieve some of the tension.
   c. Remove cotter pin and allow awning to retract slowly.

---

> ⚠ **WARNING**
>
> When cotter pin is removed, springs are under tension and cylinders on arms are under pressure.

4. **Bottom Mounting Bracket and Back Channel Installation**
A. **760000(X).000 Standard Hardware Bottom Mounting Bracket Installation**
   1. Locate the floor line of the application.  This is the area needed to mount the bottom brackets for maximum strength. Usually this is located just at or above the lower trim line.  Place the extension inside arm assembly and adjust as needed so the mounting holes in the bracket are in line with the middle of the floor line.  When the vertical location is established, the arms should be squared with the vehicle and each other.  A door or window frame can be used to measure.  When squared, mark the hole locations and pre-drill the holes using a 3/16" drill bit. Move the bracket into place and secure with two #14 x 2" hex head screws.

**Important:** Structural backing is required where mounting screws will be installed through sidewall for securing bottom mounting brackets.

   2. Seal where the screws enter the coach with clear silicon sealant. Repeat the procedure for the opposite end.
   3. Securing Extensions
      To secure the extension, first locate the two holes on the sides of the back channel, one per side. Use these holes as a guide and use a #10 x 1/2" self drilling screw to secure the extension to the back channel. Repeat this procedure on the opposite end. See FIG. 7A.



FIG. 7A

Top Mounting Bracket Screw Cover

Align Square

Screw Cover Bottom Mounting Bracket

Extension

Extension screw

Bottom Mounting Bracket

Floor Line

Bottom Mounting Bracket Screws

OUTLAW00016

B. **760011(X).400 Hardware Back Channel Installation**
1. Open awning approximately 1-1/2 feet. Follow Step 5, *Initial Adjustment of Awning* Instructions (A-F). This will expose the two (2) holes in the bottom of the Back Channel. See FIG. 7B. Align the Back Channel so that it is square with the vehicle and the FRTA. A door or window frame can be used to measure. Once it is square, drill two (2) 3/16" holes through the outside wall using the holes in the Back Channel as a guide. Secure Back Channel to wall with two (2) oscar rivets provided.

**Important:** Structural backing is required where oscar rivets will be installed through side wall for securing back channel.

2. Seal where rivets enter coach with clear silicon sealant. Repeat this procedure for the opposite side.
3. Place bottom mounting bracket in position. While holding bottom mounting bracket in position drive two (2) #10 x 1/2" self drilling screws through hole in back channel and into bracket.



FIG. 7B

Top Mounting Bracket Screw Cover

Align Square

Back Channel

Bottom Mounting Bracket Screw

Bottom Mounting Bracket Screw Cover

Oscar Rivet

Bottom Mounting Bracket

Floor Line

5. **Initial Adjustment of Awning**
A. Make sure 5/16" bolt was removed in Step 1D.
B. Make sure cotter pin was removed in Step 3A4.
C. Remove nylon ties wrapped around front and back channels. See FIG. 5B
D. Open travel lock.
E. Rotate the Safe-T-Lock™ Lever to the **ROLL-OUT** position.

FIG. 8



ROLL-OUT

Lever

Pull Strap

Pull Rod

F. Use the pull rod provided to pull the awning to its full out position.
G. Cycle the awning four or five times to check fabric alignment and to make sure the hardware is nesting properly. If there is a misalignment, close the awning and lock one arm properly in place. Adjust the other arm by loosening the upper mounting bolts and moving the bracket accordingly. Cycle the awning again to check the alignment.
H. When satisfied with the alignment, secure fabric or fabric roller cover by driving a #6 x 1/2" Tek screw through the rail and into the fabric rope. Repeat at opposite end. See FIG. 9A & 9B for screw location.



| FIG. 9A | FIG. 9B |
|---|---|
| Two Step w/ Metal Shield | Two Step w/ Vinyl Shield |

FIG. 9A: #6 x 1/2" TEK SCREW — AWNING RAIL

FIG. 9B: 2" — AWNING RAIL — #6 x 1/2" TEK SCREW — FABRIC

6. **Close and Secure Awning**
A. If awning will not be used after installation, close and secure.
1. Make sure Safe-T-Lock™ Lever is in the **ROLL-IN** position.
2. Secure each arm assembly by closing each travel lock. See FIG. 10. See user's guide for closing and securing instructions.



FIG. 10

Lever

Pull Strap

**ROLL-IN** Position

Pull Rod

Travel Lock

OUTLAW00017

5



**A&E Systems®**
by Dometic



## Two Step

**760000(X).400 Standard Hardware**
**760011(X).400 Basement Hardware**
For
**700(XX)(XX).(XXX) and 710(XX)(XX).(XXX)**
**Fabric Roller Tube Assembly**

**USA**
SERVICE OFFICE
The Dometic Corp.
509 So. Poplar St.
LaGrange, IN 46761
219-463-4858

**CANADA**
Dometic Dist.
866 Langs Dr.
Cambridge, Ontario
CANADA N3H 2N7
519-653-4390

**For Service Center
Assistance Call:**
800-544-4881

| ⚠ WARNING | ⚠ AVERTISSEMENT |
|---|---|
| This manual must be read and understood before installation, adjustment, service, or maintenance is performed. This unit must be installed by a qualified service technician. Modification of this product can be extremely hazardous and could result in personal injury or property damage. | Lire et comprendre ce manuel avant de procéder à l'installation, à des réglages, de l'entretien ou des réparations. L'installation de cet appareil doit être effectuée par un réparateur qualifié. Toute modification de cet appareil peut être extrêmement dangereuse et entraîner des blessures ou dommages matériels. |

## INSTALLATION INSTRUCTIONS

### MODEL
**760000(X).400 Hardware**
**760011(X).400 Hardware**

Form No. 3109942.007 5/01
(French 3109943.005)
©2001 The Dometic Corporation
LaGrange, IN 46761

**Important:** These instructions must stay with unit.
Owner read carefully.

OUTLAW00018

# SAFETY INSTRUCTIONS

This manual has safety information and instructions to help users eliminate or reduce the risk of accidents and injuries.

# RECOGNIZE SAFETY INFORMATION



This is the safety-alert symbol. When you see this symbol in this manual, be alert to the potential for personal injury.

Follow recommended precautions and safe operating instructions.

## UNDERSTAND  SIGNAL WORDS

A signal word , **WARNING** OR **CAUTION** is used with the safety-alert symbol. They give the level of risk for potential injury.

**WARNING**: means if the safety information is not followed someone could be injured or killed and/or damage to equipment could occur.

**CAUTION**: means if the safety information is not followed someone might be injured and/or damage to equipment might occur.

Read and follow all safety information and instructions.

# General Information

COVERED BY PATENTS 5566918, 5383346
OTHER PATENTS PENDING
**REQUIRED PARTS (Packed with each Hardware Assembly)**
(4)  #14 x 2-3/4" Hex Head Screws    (4)  #6 x 1/2" Tek Screws
(4)  #14 x 2" Hex Head Screws    (2)  1/4 - 20 x .50" Bolt
(2)  #10 Lock Washer
(4)  3/16" x 1" Oscar Rivets (760011(X).400 only)

**Important:  Read and understand ALL of the following steps before beginning installation.**

## Application

The A&E Awning is designed and intended for use on Motorhomes, Travel Trailers, and Fifth Wheels with straight sides.
The Dometic Corporation reserves the right to modify appearances and specifications without notice.

**Important:  Structural backing is required where mounting screws/oscar rivets will be installed through sidewall for securing top mounting bracket and back channel.**
**Installation Height:**
This is the distance between the top mounting bracket and lower mounting bracket, center to center on mounting screws.
**760000(X).400-Min: 67-1/8", Max: 81"**
**760011(X).400-Min: 67-1/8", Max: 67-3/8"**

**Important:  Minimum distance from awning rail to door is 7"; if awning has a metal shield, the minimum distance should be increased to 7-1/2" from awning rail to door. When the door falls in the center of the awning, add 1-1/2" to these distances. Mounting height depends on awning type and length. Insure sufficient room is available before starting installation. If questions arise, contact your Dometic Sales Representative.**
Installation of A&E Awnings will briefly require three people. Use the following procedures to assure a properly installed, and properly functioning awning.

# Installation Instructions

**Important:  Awning FRTA is shipped with a protective collar around rotor on right side torsion assembly.  To prevent accidental damage to rotor while handling do not remove protective collar until fabric is installed in awning rail in Step 4.**

> ⚠️**WARNING**
> Do not remove the cotter pin from right side or 5/16" bolt from left side at this time and Do not rotate the Safe-T-Lock™ Lever until installation is complete. Lever has been preset in the ROLL-OUT position.

FIG. 1



ROLL-OUT

Lever

OUTLAW00019

## 1. Secure FRTA to Hardware

A. Carefully lay the fabric roller tube assembly on a clean, well padded "V" trough to prevent fabric and/or roller cover damage. Remove the hardware from the packaging and place by either end of the FRTA.

> **⚠ WARNING**
>
> **The arm assemblies are spring loaded. Do not remove the nylon ties or open travel lock until the unit is installed securely to the application. Failure to do this may result in personal injury or property damage.**

B. Secure each front channel to top casting mounted at the end of the FRTA. See FIG. 2B.

**Important: One front channel assembly has a spring loaded bottom arm. It should be installed on non cam lock end of awning. See FIG. 2A.**



FIG. 2A

Back Channel

Pin & Snap Ring

Spring Loaded Bottom Arm

C. Use one (1) 1/4-20 x 1/2" hex bolt and one (1) lock washer to secure top casting to front channel. See FIG. 2B.



FIG. 2B

Do Not Remove Right Side Cotter Pin or Left Side 5/16" x 5 bolt, Nylon Ties or Open Travel Lock at This Time

Bolt & Lock Washer

Top Casting

Front Channel

Nylon Ties

Back Channel

Travel Lock

D. Once hardware is attached, remove the left side 5/16 x 5 bolt.



FIG. 3

Remove 5/16 x 5" bolt from hole in left end of cap.

> **⚠ WARNING**
>
> **Do not remove the right side cotter pin at this time. Awning tension is pre-set and will spin which could cause personal injury or property damage.**

## 2. Install Fabric In Awning Rail

A. Prepare the Awning Rail to accept the Awning Fabric. Select the end from which the awning shall be fed, then widen that end with a flat screwdriver and file off any sharp edges. See FIG. 4A



FIG. 4A   BEFORE

FIG. 4B

AWNING RAIL

FABRIC ROLLER TUBE ASSEMBLY

ARM ASSEM.

NYLON TIES

NYLON TIES

AFTER

B. With one person grasping each Arm Assembly, carefully lift the entire assembly to an upright position.

**Important: Keep the two Arm Assemblies parallel to each other to avoid excessive twisting and possible damage to the assembly.**

Walk the awning to the end where the Awning Rail was prepared. See FIG. 4B

A third person is now required to feed the Fabric into the Awning Rail. The other two will walk the entire Awning Assembly forward and into the desired position.

## 3. Top Mounting Bracket Installation

**Note:** Remove protective collar around rotor on right side torsion assembly before installing right side top mounting bracket.

A. **Secure Top Mounting Bracket**

1. After the complete awning assembly has been threaded into the Awning Rail, check that its position allows for solid mounting of the Top Mounting Bracket and Back Channel. Also insure that the back dimensions are in the desired location (not restricting use of doors, access doors, windows, etc.).

**Important: Structural backing is required where mounting screws will be installed through sidewall for securing top mounting brackets.**



FIG. 5A

FIG. 5B

Top Bracket

Center on Bracket

Nylon Tie

Front Channel

Bolt and Lock Washer

Travel Lock

OUTLAW00020



FIG. 5A   FIG. 5B

Top Bracket
Center on Bracket
Bolt and Lock Washer
Nylon Tie
Front Channel
Travel Lock

**Note:** Awning rails with rain gutters may require an extension kit to prevent the FRTA from closing against the rain gutter, causing fabric damage and/or improper operation. These can be obtained through Dometic.

2. On one arm assembly, place the top bracket in position over or directly under the Awning Rail as shown in FIG. 5A & 5B.

**Important:** When installing top mounting bracket under the Awning Rail structural backing is required.

Top mounting bracket must be installed level with awning rail. Mark the hole position for the Top Bracket and slide the assembly out of the way. Pre-drill the two holes using a 3/16" drill bit (use a 7/32" drill bit if in steel). Install Top Bracket with two #14 x 2-3/4" hex head screws. Seal where the screws enter the coach with clear silicon sealant.

3. At this point the Arm Assembly can support itself. Repeat the same procedure on the opposite arm at the same height. When doing the opposite arm, make sure the hardware is completely closed before tightening the screws. This will help in the overall alignment of the awning.

4. Before doing the next step, remove the cotter pin from the right side of FRTA. To easily remove cotter pin follow these steps:
   a. Make sure the Safe-T-Lock™ Lever is in the **ROLL-OUT** position.



FIG. 6   ROLL-OUT
Lever
Pull Strap
Pull Rod

   b. Grasp the FRTA from underneath and rotate it slightly toward yourself to relieve some of the tension.
   c. Remove cotter pin and allow awning to retract slowly.

---

⚠ **WARNING**

**When cotter pin is removed, springs are under tension and cylinders on arms are under pressure.**

**4. Bottom Mounting Bracket and Back Channel Installation**

**A. 760000(X).000 Standard Hardware Bottom Mounting Bracket Installation**

1. Locate the floor line of the application. This is the area needed to mount the bottom brackets for maximum strength. Usually this is located just at or above the lower trim line. Place the extension inside arm assembly and adjust as needed so the mounting holes in the bracket are in line with the middle of the floor line. When the vertical location is established, the arms should be squared with the vehicle and each other. A door or window frame can be used to measure. When squared, mark the hole locations and pre-drill the holes using a 3/16" drill bit. Move the bracket into place and secure with two #14 x 2" hex head screws.

**Important:** Structural backing is required where mounting screws will be installed through sidewall for securing bottom mounting brackets.

2. Seal where the screws enter the coach with clear silicon sealant. Repeat the procedure for the opposite end.

3. Securing Extensions
   To secure the extension, first locate the two holes on the sides of the back channel, one per side. Use these holes as a guide and use a #10 x 1/2" self drilling screw to secure the extension to the back channel. Repeat this procedure on the opposite end. See FIG. 7A.



FIG. 7A
Top Mounting Bracket Screw Cover
Align Square
Screw Cover Bottom Mounting Bracket
Extension
Extension screw
Bottom Mounting Bracket
Floor Line
Bottom Mounting Bracket Screws

4

**B. 760011(X).400 Hardware Back Channel Installation**
1. Open awning approximately 1-1/2 feet. Follow Step 5, *Initial Adjustment of Awning* Instructions (A-F). This will expose the two (2) holes in the bottom of the Back Channel. See FIG. 7B. Align the Back Channel so that it is square with the vehicle and the FRTA. A door or window frame can be used to measure. Once it is square, drill two (2) 3/16" holes through the outside wall using the holes in the Back Channel as a guide. Secure Back Channel to wall with two (2) oscar rivets provided.

**Important:** **Structural backing is required where oscar rivets will be installed through side wall for securing back channel.**

2. Seal where rivets enter coach with clear silicon sealant.Repeat this procedure for the opposite side.
3. Place bottom mounting bracket in position. While holding bottom mounting bracket in position drive two (2) #10 x 1/2" self drilling screws through hole in back channel and into bracket.



FIG. 7B

**5. Initial Adjustment of Awning**
A. Make sure 5/16" bolt was removed in Step 1D.
B. Make sure cotter pin was removed in Step 3A4.
C. Remove nylon ties wrapped around front and back channels. See FIG. 5B
D. Open travel locks.
E. Rotate the Safe-T-Lock™ Lever to the **ROLL-OUT** position.



FIG. 8

F. Use the pull rod provided to pull the awning to its full out position.
G. Cycle the awning four or five times to check fabric alignment and to make sure the hardware is nesting properly. If there is a misalignment, close the awning and lock one arm properly in place. Adjust the other arm by loosening the upper mounting bolts and moving the bracket accordingly. Cycle the awning again to check the alignment.
H. When satisfied with the alignment, secure fabric or fabric roller cover by driving a #6 x 1/2" Tek screw through the rail and into the fabric rope. Repeat at opposite end. See FIG. 9A & 9B for screw location.



| FIG. 9A | FIG. 9B |
| Two Step w/ Metal Shield | Two Step w/ Vinyl Shield |

**6. Close and Secure Awning**
A. If awning will not be used after installation, close and secure.
1. Make sure Safe-T-Lock™ Lever is in the **ROLL-IN** position.
2. Secure each arm assembly by closing each travel lock. See FIG. 10. See user's guide for closing and securing instructions.



FIG. 10

OUTLAW00022

 **A&E Systems**



**USA**
SERVICE OFFICE
The Dometic Corp.
509 So. Poplar St.
LaGrange, IN 46761
219-463-4858

**CANADA**
Dometic Dist.
866 Langs Dr.
Cambridge, Ontario
CANADA N3H 2N7
519-653-4390

**For Service Center
Assistance Call:**
800-544-4881

# 700 & 710 Series
# Two Step
# Fabric Roller Tube Assembly
# Monocromatic
# for
# 760000(X).400 Hardware
# 760011(X).400 Hardware
# See Page 2 for Model Numbers

# PARTS LIST

| MODEL |
|---|
| 700 |
| 710 |
| FRTA |

Form No. 3307657.001 7/01
©2001 The Dometic Corporation
LaGrange, IN 46761

OUTLAW00023

## TWO STEP FABRIC ROLLER TUBE AWSEMBLY

### ALPHABETICAL INDEX

|  | Index # | Page |
|---|---|---|
| FRTA | 1-10 | 3 |
| MODEL CHART |  | 2 |
| TORSION   12' - 21' | A1 - A16 | 4 |

### SPECIFICATIONS

| TORSION ASSEMBLY TORQUE SPECIFICATIONS | | |
|---|---|---|
| Awning Length | Number of Turns | |
|  | Rolled Up | Extended |
| 12' | 5 | 13 |
| 13' | 5 | 13 |
| 14' | 5 | 13 |
| 15' | 5 | 13 |
| 16' | 6 | 14 |
| 17' | 6 | 14 |
| 18' | 6 | 14 |
| 19' | 6 | 14 |
| 20' | 6 | 14 |
| 21' | 6 | 14 |

---

**MODEL NUMBER DESCRIPTION FOR FABRIC ROLLER TUBE ASSEMBLIES (FRTA)**

**TWO STEP AWNING**

#### 700 Series

700(XX)(XX).(X)00(X)

*Monocromatic Color

*Monocromatic parts include:
Torsion asm., Top Casting, Stator Asm.
Rotor and End Cap Asm.

Weather Shield Color
4 = Polar

Awning Length in Feet
12-21

Fabric Color Code

#### 710 Series

710(XX)(XX).000(X)

*Monocromatic Color

*Monocromatic parts include:
Torsion asm., Top Casting, Stator Asm.,
Rotor, End Cap Asm. Cover Asm., Top
Slat and Slat Cover.

Awning Length in Feet
12-21

Fabric Color Code

---

### MODEL NUMBER CHART

| 700 Series | 710 Series |
|---|---|
| 700(XX)12.400(X) | 710(XX)12.000(X) |
| 700(XX)13.400(X) | 710(XX)13.000(X) |
| 700(XX)14.400(X) | 710(XX)14.000(X) |
| 700(XX)15.400(X) | 710(XX)15.000(X) |
| 700(XX)16.400(X) | 710(XX)16.000(X) |
| 700(XX)17.400(X) | 710(XX)17.000(X) |
| 700(XX)18.400(X) | 710(XX)18.000(X) |
| 700(XX)19.400(X) | 710(XX)19.000(X) |
| 700(XX)20.400(X) | 710(XX)20.000(X) |
| 700(XX)21.400(X) | 710(XX)21.000(X) |

**Monocromatic Colors**
B Suffix = Polar White
H Suffix = Mende Polar White
R Suffix = Champagne
S Suffix = Satin

### Fabric Color Chart

| Color Code | Color | Letter Code | Color |
|---|---|---|---|
| AB | Polar Emerald Frost | CS | Polar Aloe |
| AV | Polar Blue | CX | Amethyst |
| AW | Polar Burgundy | CZ | Ocean |
| AX | Polar Periwinkle | DF | Hemlock Tweed |
| BE | Polar Coffee | DX | Gulf Blue |
| BU | Polar Navy | DY | Alpine Green |
| BV | Polar Blue Lavendar | DZ | Burgundy Rose |
| BX | Polar Mauve | EA | Fawn |
| BY | Polar Black & Gray | EB | Orchid |
| CQ | Polar White | EH | Polar Pewter |

OUTLAW00024



| Item No. | Description | | 700(XX)(XX).400(X) | 710(XX)(XX).000(X) |
|---|---|---|---|---|
| 1 | Torsion Asm., RH | | *3108709.811(X) | *3108709.811(X) |
| 2 | Torsion Asm., LH | | *3108709.712(X) | *3108709.712(X) |

*When ordering Torsion Asm. replace (X) with:
  B for Polar White
  H for Mende Polar White
  R for Champagne
  S for Satin

**(See Page 4 for Torsion parts Breakdown)**

| 3 | Roller Tube | 12' | 3108346.012 | 3108346.012 |
|---|---|---|---|---|
| | | 13' | 3108346.013 | 3108346.013 |
| | | 14' | 3108346.014 | 3108346.014 |
| | | 15' | 3108346.015 | 3108346.015 |
| | | 16' | 3108346.016 | 3108346.016 |
| | | 17' | 3108346.017 | 3108346.017 |
| | | 18' | 3108346.018 | 3108346.018 |
| | | 19' | 3108346.019 | 3108346.019 |
| | | 20' | 3108346.020 | 3108346.020 |
| | | 21' | 3108346.021 | 3108346.021 |

| 4 | Fabric | **R3108049(XX).4(XX) | **R3108056(YY).4(XX) |
|---|---|---|---|

** When ordering Fabric replace (XX) with Color Code from Color Chart on page 2.
**Replace (YY) with length. See Model Chart on page 2.

| 5 | Pull Strap | 3108708.359 | 3108708.359 |
|---|---|---|---|

| 6 | Cover Assembly | — — — — — | ***830316B0(XX)(X) |
|---|---|---|---|
| | A1 Slat Top | — — — — — | ***730354A0(XX)(X) |
| | A2 Slat Cover (4 req.) | — — — — — | ***730405A0(XX)(X) |
| | A3 Screw (8 req.) | — — — — — | 113636 |

*** When ordering Roller Cover, Top Slat and Slat Cover replace (XX) with length. See Model chart on page 2.
Replace (X) with:
  B for Polar White
  H for Mende Polar White
  R for Champagne
  S for Satin

OUTLAW00025

# Torsion Assembly - RH
## *3108709.811(X)

*When ordering Torsion Asm. replace (X) with:
B for Polar White
H for Mende Polar White
R for Champagne
S for Satin



| Item No. | Description | Part Number |
|---|---|---|
| 1 | Rod Torsion | 730297.006 |
| 2 | Drive Lock Pin | 3104384.031 |
| 3 | Casting, Top RH | **3108654.009(X) |
| 4 | Decal | 3108526.009 |
| 5 | Pin Drive Lock | 3104384.023 |
| 6 | Assembly Stator | **3108580.006(X) |
| 9 | Rotor | **3108437.009(X) |
| 11 | Sleeve, Collar | 730298.002 |
| 12 | Screw, M8-32X | 312110.039 |
| 13 | Washer | 309513.038 |
| 14 | Nut, Lock | 317534.009 |
| 16 | Flanged Bearing (2 req.) | 143321 |

**When ordering Top Casting, Stator Asm. and Rotor replace (X) with:
    B for Polar White
    H for Mende Polar White
    R for Champagne
    S for Satin

# Torsion Assembly - LH
## *3108709.712(X)



| Item No. | Description | Part Number |
|---|---|---|
| 1 | End Cap Assembly | ***3108017.017(X) |
| 3 | Pin Drive Lock 1/8 x 3/4 | 3104384.031 |
| 4 | Casting, Top LH | ***3108655.006(X) |
| 5 | Pin, Drive 5/32 x 1-1/4 | 3104384.023 |
| 6 | Decal, Spring Loaded | 3108526.009 |
| 7 | Bushing Flange (2 req.) | 143365 |
| 8 | Bushing Torsion | 730298.007 |
| 9 | Washer SS .455 x 1.12 x .062 (2 req.) | 309513.058 |

***When ordering End Cap Asm. and Top Casting replace (X) with:
    B for Polar White
    H for Mende Polar White
    R for Champagne
    S for Satin

OUTLAW00026

 **A&E Systems**

# Installation Instructions
## Kit, Top Adapter 4.88 Radius Two Step Awning
## Part No.  3108907.027

**For 76000XX.400 Hardware**
**This Kit Contains:**

| | | |
|---|---|---|
| 2 - | 3108907.035 | Adapter, Top 4.88" Radius |
| 4 - | 3108708.094 | 1/2" Foam Spacer |
| 2 - | 3109506.109 | Spacer, Bottom Bracket |
| 4 - | 3104499.045 | Screw, S14-10 x 1" HHW |
| 4 - | 3104176.072 | Screw, Hexcap 1/4-20 x 2.5" SS |
| 4 - | 317534.006 | Nut, Lock w/Insert 1/4-20 SS |
| 1 - | 3109951.008 | Installation Instructions |

**Important:** Read and understand all of the following steps before beginning installation.

This kit is designed to fit a 4.88" side wall radius for the top mounting bracket and will space the hardware 1/2" from side wall. Follow the installation instructions provided with the hardware and add the following steps:

1. Before installing hardware, mount the 4.88" radius top adapter to the top mounting bracket using the 2" x 1/4-20 screws and 1/4-20 lock nut provided with this kit.

2. Place two foam spacers on each back channel at positions shown in FIG. 1. Bottom spacer will be located at bottom of back channel. Middle spacer will be located directly behind strut bracket pin.

3. With the top radius adapter secured on the top mounting bracket, hold the arm assembly at desired position and mark location of holes in top adapter. Secure top adapter to side wall using two (2) 1" x S14-10 screws provided with this kit.

**Important:** Structural backing is required where mounting screws will be installed through side wall for securing top adapter.

4. Before securing the bottom mounting bracket to side wall, place one bottom bracket stand off in position as shown in FIG. 1. Use the 2-3/4" upper bracket screws supplied with hardware.

5. Place cover plate supplied with hardware on bottom mounting bracket. Repeat on opposite side .

**FIG. 1**



Form No. 3109951.008 8/01
(French 3307678.007)
© 2001 Dometic Corporation
LaGrange, IN 46761

OUTLAW00027



## A&E Systems



**by Dometic**

**USA**
SERVICE OFFICE
Dometic Corp.
509 So. Poplar St.
LaGrange, IN 46761
219-463-4858

**CANADA**
Dometic Dist.
866 Langs Dr.
Cambridge, Ontario
CANADA N3H 2N7
519-653-4390

**For Service Center
Assistance Call:**
800-544-4881

# 804 & 814 Series
# Two Step
# Fabric Roller Tube Assembly
# Monocromatic
# for
# 854100(X).400(X)  Hardware
# See Page 2 for Model Numbers

# PARTS LIST

| MODEL |
| --- |
| 804 |
| 814 |
| FRTA |

Form No. 3308139.009 11/02
©2002 Dometic Corporation
LaGrange, IN 46761

OUTLAW00028

# TWO STEP FABRIC ROLLER TUBE AWSEMBLY

## ALPHABETICAL INDEX

| | Index # | Page |
|---|---|---|
| FRTA | 1-10 | 3 |
| MODEL CHART | | 2 |
| TORSION     12' - 21' | 1 & 2 | 3 |

## SPECIFICATIONS

| TORSION ASSEMBLY TORQUE SPECIFICATIONS | | |
|---|---|---|
| Awning Length | Number of Turns | |
| | Rolled Up | Extended |
| 12' | 10 | 18 |
| 13' | 11 | 19 |
| 14' | 11 | 19 |
| 15' | 11 | 19 |
| 16' | 12 | 20 |
| 17' | 12 | 20 |
| 18' | 12 | 20 |
| 19' | 13 | 21 |
| 20' | 13 | 21 |
| 21' | 13 | 21 |



**MODEL NUMBER DESCRIPTION FOR FABRIC ROLLER TUBE ASSEMBLIES (FRTA)**

**TWO STEP AWNING**

### 804 Series

804(XX)(XX).000(X)

*Monocromatic Color

*Monocromatic parts include:
Torsion assembly

Awning Length in Feet 12-21

Fabric Color Code

### 814 Series

814(XX)(XX).000(X)

*Monocromatic Color

*Monocromatic parts include:
Torsion asm., Cover Asm., Top Slat
and Slat Cover.

Awning Length in Feet 12-21

Fabric Color Code

## MODEL NUMBER CHART

| 804 Series | 814 Series |
|---|---|
| 804(XX)12.000(X) | 814(XX)12.000(X) |
| 804(XX)13.000(X) | 814(XX)13.000(X) |
| 804(XX)14.000(X) | 814(XX)14.000(X) |
| 804(XX)15.000(X) | 814(XX)15.000(X) |
| 804(XX)16.000(X) | 814(XX)16.000(X) |
| 804(XX)17.000(X) | 814(XX)17.000(X) |
| 804(XX)18.000(X) | 814(XX)18.000(X) |
| 804(XX)19.000(X) | 814(XX)19.000(X) |
| 804(XX)20.000(X) | 814(XX)20.000(X) |
| 804(XX)21.000(X) | 814(XX)21.000(X) |

### Monocromatic Colors

B Suffix = Polar White
H Suffix = Mende Polar White
R Suffix = Champagne
S Suffix = Satin
U Suffix = Black

### Fabric Color Chart

| Color Code | Color |
|---|---|
| DX | Gulf Blue |
| DY | Alpine Green |
| DZ | Burgundy Rose |
| EA | Fawn |
| EB | Orchid |
| EH | Polar Pewter |
| FG | Racing Flag |

OUTLAW00029



| Item No. | Description | | 804(XX)(XX).000(X) | 814(XX)(XX).000(X) |
|---|---|---|---|---|
| 1 | Torsion Asm., RH | | *3308175.003(X) | *3308175.003(X) |
| 2 | Torsion Asm., LH | | *3308175.011(X) | *3308175.011(X) |

*When ordering Torsion Asm. replace (X) with:
  B for Polar White
  H for Mende Polar White
  R for Champagne
  S for Satin
  U for Black

| 3 | Roller Tube | 12' | 3108346.012 | 3108346.012 |
|---|---|---|---|---|
| | | 13' | 3108346.013 | 3108346.013 |
| | | 14' | 3108346.014 | 3108346.014 |
| | | 15' | 3108346.015 | 3108346.015 |
| | | 16' | 3108346.016 | 3108346.016 |
| | | 17' | 3108346.017 | 3108346.017 |
| | | 18' | 3108346.018 | 3108346.018 |
| | | 19' | 3108346.019 | 3108346.019 |
| | | 20' | 3108346.020 | 3108346.020 |
| | | 21' | 3108346.021 | 3108346.021 |

| 4 | Fabric | **R3108049(XX).4(XX) | **R3108056(YY).4(XX) |
|---|---|---|---|

** When ordering Fabric replace (XX) with Color Code from Fabric Color Chart on page 2.
**Replace (YY) with length. See Model Number Chart on page 2.

| 5 | Pull Strap | 3108708.359 | 3108708.359 |
|---|---|---|---|

| 6 | Cover Assembly | — — — — — | ***830316B0(XX)(X) |
|---|---|---|---|
| | A1 Slat Top | — — — — — | ***730354A0(XX)(X) |
| | A2 Slat Cover (4 req.) | — — — — — | ***730405A0(XX)(X) |
| | A3 Screw (8 req.) | — — — — — | 113636 |

*** When ordering Roller Cover, Top Slat and Slat Cover replace (XX) with length. See Model Number Chart on page 2.
Replace (X) with:
  B for Polar White
  H for Mende Polar White
  R for Champagne
  S for Satin
  U for Black

OUTLAW00030

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NUMBER: 2:05cv1183-MEF |
| KENNETH BRELAND, et al., | * * | |
| Defendants. | * | |

**AFFIDAVIT OF KAY HART**

The undersigned, after having been duly sworn under oath, states and deposes as follows:

1.    My name is Kay Hart. I am a resident of the State of Oklahoma. I make this affidavit based upon my own personal knowledge of the matters set forth herein.

2.    I am currently employed as the Vice President of Hart Manufacturing, Inc., (hereafter Hart) one of the Defendants in the above-styled lawsuit currently pending in the United States District Court for the Middle District of Alabama, Northern Division.

3.    Hart is a company with its principal place of business in Chickasha, Oklahoma. Hart is engaged in the business of manufacturing trailers, including aluminum horse trailers. Upon information and belief, the Plaintiff in the above-referenced lawsuit alleges that a trailer manufactured by Hart bearing Serial Number 1H93H232221051035 was involved in an automobile collision on March 11, 2005, which occurred in or near Uniontown, Alabama, and which resulted in the death of the Plaintiff's decedent,

Terry Bassett. Based on information available to me, Hart manufactured the shell of the horse trailer which was being towed by Co-Defendant, Caleb Breland, at the time of the accident.

4.      Hart sells trailers through a network of dealers operating in several states located in the United States. In 2001, one of its dealers was DCL Trailers of 12130 Pecan Avenue, Philadelphia, Mississippi. In October of 2001, DCL Trailers, was an authorized dealer for Hart Trailers manufactured by Hart  The dealer principal of DCL Trailers was, in 2001 and 2002, Dr. Duane Stokes,  Dr. Stokes is a doctor of veterinary medicine who practices in Philadelphia, Mississippi.

4.      The aluminum horse trailer involved in the Bassett accident was sold by Hart to DCL Trailers on October 16, 2001. Attached hereto as **Exhibit A** is a true and correct copy of the invoice issued by Hart to DCL Trailers in the amount of $19,217.80, representing the purchase price of the four-horse aluminum trailer purchased by DCL Trailers.  In addition, Exhibit A contains true and correct copies of all documentation maintained by Hart relating to the sale of the horse trailer involved in the Bassett accident to DCL Trailers. DCL Trailers paid the invoice in full after the trailer was picked up by representatives of DCL Trailers on or about October 16, 2001. Included in the documents set forth as Exhibit A to this affidavit is the delivery acknowledgment dated October 16, 2001, in which DCL Trailers took possession of the trailer.  After DCL Trailers took possession of the trailer involved in the Bassett accident, Hart did not have any further involvement with nor did it hold any ownership interest in the trailer sold to DCL Trailers on October 16, 2001.

5.      At the time the trailer was sold by Hart DCL Trailers it did not have an awning or any part of an awning assembly system installed on it.  Hart does not manufacture trailer units with awnings, nor does it enter into contracts or agreements with third-party vendors to install awnings on trailer shells manufactured by Hart.  Hart trailer shells are not in any way specially designed or manufactured to accommodate the addition of an awning by the purchaser or any third party.

6.      Hart did not have any involvement whatsoever in the selection or installation of an awning on the trailer it sold to DCL Trailers in October of 2001.  Hart did not have any communications of any kind with representatives of DCL Trailers, Outlaw Conversions, or Dometic concerning the use or installation of an awning on the trailer sold to DCL Trailers in October of 2001.  Hart did not enter into any agreements or contracts with DCL Trailers, Outlaw Conversions, or Dometic Corporation for the purchase or installation of an awning or awning assembly system on the trailer shell sold to DCL Trailers in October of 2001.

7.      Hart was not involved in the following activities:

a.      Making the modifications to the trailer or the manufacture of the trailer in any way to accommodate the installation of an awning or awning assembly system, including awnings manufactured by Dometic Corporation.

b.      The decision to install an awning on the trailer involved in the Bassett accident.

c.      The selection of a person or entity to install an awning or awning assembly on the subject horse trailer.

3.

d.   The selection of an awning manufacturer, awning product, or awning assembly system to be installed on the trailer involved in the Bassett accident.

e.   The recommendation that an awning be purchased, installed, or used on the trailer involved in the Bassett accident.

f.   The design, manufacture, assembly, inspection, sale, or distribution of any awning product or awning assembly system, including that installed or attached to the trailer involved in the Bassett accident.

g.   The manner of or method used to installed the awning and awning assembly system on the trailer involved in the Bassett accident.

h.   Any inspections of the awning or awning assembly system after it was installed on the trailer involved in the Bassett accident.

8.     At no time was Hart made aware that the trailer sold to DCL Trailers in October of 2001 was thereafter modified by the addition of an awning or awning assembly system.

9.     The awning and awning assembly system, including locking devices and latches, were added to the trailer shell after it left the control, possession, and custody of this Defendant and were installed by persons other than employees of Hart.

10.    Hart had no knowledge of nor involvement in the modification or additions made to the trailer shell, including the making of recommendations relating to awnings or awning assembly systems, the modification of the subject trailer, the decision to install and add an awning or awning assembly system to the trailer, including locking devices and latches or the manner or method in which the awning was attached.

4.

**KAY HART**

Sworn to and subscribed before me
this ____ day of AUGUST_____, 2006.

_____
Notary Public        EXPIRES: 01-20-2010
                     Comm No.: 02000633

5.

# INVOICE

PAGE: 1

**HART MFG. INC.**
P.O. DRAWER C
2 MILES SOUTH ON HIGHWAY 81
CHICKASHA, OK 73023-0757
(405) 224-3634
FAX: (405) 224-3637
WWW.HARTTRAILER.COM

**INVOICE NUMBER:** 0035889-IN

**INVOICE DATE:** 10/16/01

**SALESPERSON:**

**SALES TAX CODE:** MS

DCL TRAILERS, L.L.C.
12130 PECAN AVENUE
PHILADELPHIA          MS 39350-5232

**CONTACT:** LORRIE STOKES

**CUSTOMER NO.:** DCL
**CUSTOMER P.O.:** 2035:INVENTORY
8-30-02  Nowell, Donald
**SHIP VIA:**
**TERMS:**
DUE DATE OF INVOICE

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | ALUM.4HORSE LE SLANT STALL G/N | | 1.00 | 19,217.80 | 19,217.80 |
| | SERIAL NUMBER: 1H93H232221051035 | | | | |
| | MSO NUMBER: HM0006266 | | | | |



EXHIBIT
A
(HART AFFIDAVIT)

THE OFFICIAL TRAILER OF THE
AMERICAN PAINT HORSE ASSOCIATION

**NET INVOICE** 19,217.80
.00
**SALES TAX:** .00

**INVOICE TOTAL** 19,217.80

# HART MFG INC.

Highway 81 South ♥ P.O. Drawer C ♥ Chickasha, OK 73023 ♥ 405-224-3634 ♥ Fax: 405-224-3637
www.harttrailer.com

| CHANGE ORDER | REPAIR ORDER | PARTS ORDER | WARRANTY CONSID. | TRAILER PICKUP X | OTHER |
|---|---|---|---|---|---|

DCL TRAILERS

12130 PECAN AVENUE

PHILADELPHIA MS 39350

606-656-4310

DATE: PICK UP DATE: 10-16-01

PICKED UP BY: MCCARTY

MODEL: A4HLESG          D.O.M.10-16-01     SERIAL # 1H93H232221051035

| W/O # 2035 | CUST. ORDER # INVENTORY | HART ORDER # DCL TRAILERS | SHIP P/U DATE 10-16-01 | SHIP VIA MCCARTY | TERMS | PREP BY DH | ACCPT BY D H |
|---|---|---|---|---|---|---|---|
| **ITEM** | **QTY.** | **DESCRIPTION** | | | | **PRICE** | **AMOUNT** |
| | | ALUMINUM FOUR HORSE LE SLANT STALL GOOSENECK TRAILER | | | | | |
| | | UNIT PICKED UP BY:) *Doyle McCarty*  INTL. | | | | | |
| | | SPARE IS ON TRAILER:) | | | | | |
| | | KEYS ARE ON TRAILER:)  *DM*  INTL. | | | | | |
| | | DRIVER ALERTED TO TIGHTEN LUG NUTS:)  *DM*  INTL. | | | | | |

WHITE - OFFICE/FILE     YELLOW - SHOP/PACK SLIP     PINK - PURCH/INVOICE     **TOTAL $**

## The 🎗HART Beat of Horse Transportation

Interest will be charged at 2% per month/24% per annum on all past due accounts.

Case 5:10-cv-04686-JW   Document 03   Filed 01/03/20   Page 1 of 1

# Quality Inspection
# Certificate



**Model Number:** A4HLESG

**Serial Number:** 1H93H23222105 1035

**Tires:** **LF** MKOR HTOV 1901   **RF** MKOR HTOV 2001
        **LR** MKOR HTOV 2001   **RR** MKOR HTOV 2001
        **SPARE** MKOR HTOV 1901

**Keys:** TR1010   TM211

**Inspected By:** Harold Gourley   **Date:** 7-10-01

**HART MFG INC. – PO DRAWER C – CHICKASHA OK 73023 - 405-224-3634 - www.harttrailer.com**

DEALER:
DCL TRAILERS ATTN: LORRIE STOKES
12130 PECAN AV
PHILADELPHIA MS 39350-5232
(601) 656-4310

CUSTOMER INVENTORY

ORDER FORM
DATE: 6/13/01
APPROX. COMPLETION
DATE: QUOTE
6/8 WEEKS

HART MFG. INC
P.O. DRAWER "C"
CHICKASHA, OKLAHOMA
73023
P-405/224-3634
FAX-405/224-3637
SALESMAN: BEN JANSSEN

MODEL  ALUMINUM FOUR HORSE LE SLANT STALL MODEL GOOSENECK TRAILER
BASE MODEL  #44HLESS WITH ALL STANDARD EQUIPMENT, PLUS CHANGES LISTED BELOW:
SERIAL #  1 H 9 3 H 2 3 2 2 1 0 5 1 0 3 5

| OVERALL EQUIPMENT -- BASE MODEL PRICE | OPTIONS | $20,752 |
|---|---|---|
| SIZE, NOMINAL: BOX LENGTH 23' - 0" 4'-0" EX. | | $1,300.00 |
| BOX WIDTH 7' - 0" | | STD |
| BOX HEIGHT 7' - 1" | | STD |
| GOOSENECK 7' - 4" | | STD |
| | | |
| UNDERCARRIAGE | | |
| AXLES (2)6000 #EACH 12,000 #GAWR 77X92 | | $381.00 |
| BRAKES (ELECTRIC) 4 WHL 12" X 2" | | STD |
| HUBS 8 BOLTS 6.5" CIRCLE | | N/C |
| SUSPENSION RUBBER RIDE TORSION | | STD |
| TIRES - SIZE LT235/85 R 16" LR-E | | N/C |
| WHEELS - SIZE 16" X 6" X 8 HOLE SILVER MOD WHEELS | | STD |
| 102" OVER ALL WIDTH @ FENDERS | | STD |
| TOTAL CAPACITY (GAWR) 12000# | | STD |
| EMPTY WEIGHT (APPROX) 5850# | | STD |
| CONSPICUITY TAPE | | STD |
| ROCKER PANEL AROUND GN NOSE | | $250.00 |
| RUNNING BOARDS ON BOTH SIDES | | STD |
| | | |
| COUPLER: SZ. 2 5/16" TYP POSITIVE LOCK | | STD |
| ADJ. HEIGHT GN STEM | | STD |
| DESIGN: NOSE: 5' TAPERED STAINLESS STEEL | | $250.00 |
| REAR: 6"RADIUS | | STD |
| SIDES: EXTRUDED SMOOTH .050 WHITE W/VHB | | $155.00 |
| EXT. ALUM. | | |
| FLOORING: | | STD |
| HARDWARE DOOR HOLD BACKS ON ALL FULL HEIGHT DOORS | | STD |
| RUBBER BUMPERS ON FEED DOORS | | STD |
| TIE RINGS-INT. 8 EXT 8 | | STD |
| FENDERS-ALUMINUM 9" X 75" @ 18 1/4" HIGH | | STD |
| SAFETY CHAINS & BRAKE-A-WAY UNIT W/BATTERY COMPLETE | | STD |
| JACK: PARKING TYPE DROP SHOE | | STD |
| LIGHTS: ALL D.O.T. REQ.-STD | | STD |
| DOUBLE TAIL LIGHTS | | $60.00 |
| EXTERIOR FLOOD 2- 1 @ REAR, 1 LH SIDE | | $120.00 |
| | | |
| SPARE: | | |
| TIRE, WHEEL, & RACK COMPLETE | | $258.00 |
| WALLS: PARTITION SOLID BTWN. STALLS & DRESS. ROOM | | STD |
| SOLID BTWN STALLS & REAR TACK -- FLOOR TO ROOF-- | | $75.00 |
| | | |
| STALL AREA EQUIPMENT / LOAD SPACE | OPTIONS | |
| SIZE: 4 EACH 33" WIDE X 10'-0" LG. | | STD |
| CENTER POST(S): FIXED- 1 @ REAR | | N/C |
| DIVIDERS: STALL (REMOV.-) | | |
| PARTIAL- 2 | | N/C |
| FULL- 1 @ #1 STALL | | $156.00 |
| DOORS: | | |
| ESCAPE/ACCESS: FULL HEIGHT @ #1 STALL LH SIDE | | $475.00 |
| FEED- 3 FOLD DOWN TYPE | | N/C |
| REAR: | | |
| ONE PIECE- FULL HEIGHT W/ SLIDING WINDOW | | STD |
| | | |
| GRILLS: HEAD- SOLID | | STD |
| SHOULDER- SOLID | | STD |
| WINDOW-BAR TYPE (2PER WND) | | STD |
| KICK PLATES: RUBBER | | |
| 53"HIGH- ON RH & 30" ON OTHER WALLS | | STD |

| STALL AREA EQUIPMENT (CONT) | OPTIONS | |
|---|---|---|
| LIGHTS: DOME TYPE- 2 FLUSH MOUNT W/REMOTE SWITCH | | STD |
| MANGER ASSEMBLY: 18" FIXED @ 3 W/ 2 DOORS & 2 LIGHTS | | $1,275.00 |
| MATS: FLOOR- VET MAT | | STD |
| | | |
| RESTRT: | | |
| CHEST BAR- 1 @ ESCAPE DOOR | | N/C |
| BUTT BAR- 1 @ REAR DOOR | | N/C |
| VENTS: POP UP SCOOP TYPE 4 | | STD |
| WINDOWS: SLIDING SIDE TYPE 8 (4 EACH SIDE) | | STD |
| LINING: (SINGLE WALL) EXTRUDED ALUMINUM | | STD |
| | | |
| DRESSING ROOM EQUIPMENT | | |
| SIZE: 6'-0" TO 10'-0" LONG 7'-0" WIDE | | N/C |
| DOOR: 30" WIDE CAMPER DOOR W/ SCREEN & WINDOW LH SIDE | | $325.00 |
| FLOOR: CARPET; FLOOR, GN WALL, & NOSE | | STD |
| HARDWARE CLOTHES BAR 1 | | STD |
| DOME LIGHT 1 | | STD |
| BRIDLE HOOKS 6 ON REAR WALL FIXED | | STD |
| BRUSH TRAY NONE | | N/C |
| WINDOW: EMERGENCY ESCAPE: 1-19" X 29" ON LH OF GN | | $100.00 |
| SLIDING SIDE TYPE W/SCREEN 1-19" X 29" ON RH OF GN | | $57.00 |
| SLIDING SIDE TYPE W/SCREEN 1-24" X 36" ON RH SIDE | | $175.00 |
| | | |
| TACK AREA EQUIPMENT | | |
| SIZE: 4'-0" LONG 3'-0" WIDE | | STD |
| DOORS: FULL HEIGHT ON REAR | | STD |
| HARDWAR BLANKET POLES 2 ABOVE SADDLE RACKS | | STD |
| BRIDLE HOOK 6 ON DOOR FIXED | | STD |
| BRUSH TRAY 1 ON REAR DOOR FIXED | | STD |
| LIGHT ONE | | STD |
| | | |
| SADDLE RACK(S): 4 STATIONARY TYPE,MOVABLE TO DR.RM. | | STD |
| | | |
| SPECIAL REQUIREMENTS | | |
| BRUSH TRAY- 1 ON #1 MANGER DOOR | | N/C |
| FRAME ROOF FOR A/C | | STD |
| FRAME FLOOR FOR HOLDING TANKS | | $240.00 |
| SAFETY BAR GRILLS ON LH FEED DOORS (3) | | $375.00 |
| 24" ACCESS DOOR IN PARTITION WALL | | $475.00 |
| MANGERS OPEN TO REAR TACK | | N/C |

| LIST PRICE: | | $27,454.00 |
|---|---|---|
| DISCOUNT: LESS DEALER DISCOUNT -30% | | ($8,236.20) |
| TOTAL PRICE F.O.B. CHICKASHA, OKLAHOMA | | $19,217.80 |
| TAX: | | |
| FREIGHT: | | |
| DEPOSIT: | | |
| BALANCE DUE: | | $19,217.80 |