IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr.,  )<br>)<br>)<br>)<br>Plaintiff,                                 )<br>v.                                                )        CASE NO. 2:05-cv-1183-MEF<br>)<br>KENNETH BRELAND, *et al.,*            )<br>)<br>Defendants.                               ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #40) filed on August 10, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 1, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before August 25, 2006. The defendant may file a reply brief on or before September 1, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 11th day of August, 2006.

                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE