## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of TERRY BASSETT, SR., <br><br> Plaintiff, <br><br> Vs. <br><br> KENNETH BRELAND; and GEICO CASUALTY COMPANY, <br><br> Defendants. | CASE NO.: 2:05cv1183-MEF |

### RULE 56(F) MOTION TO CONTINUE DEFENDANT HART MANUFACTURING, INC.'S MOTION FOR SUMMARYJUDGMENT

COMES NOW, Plaintiff Rosalyn Bassett, as the Administratrix and Personal Representative of the Estate of Terry Bassett, Sr., and, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, hereby respectfully requests this Court to enter an Order continuing the current deadline for Plaintiff's response to Defendant Hart Manufacturing, Inc.'s Motion for Summary Judgment until such time as appropriate depositions and discovery can be had to respond to the issues raised in Defendant's Motion. As grounds therefore, Plaintiff avers that this case is in its infancy and discovery has not been had from Defendants that may prove or disprove Hart's contentions. (See attached Affidavit Ex. "A") Further, Plaintiff's counsel has conferred with counsel for Hart and has been advised that Defendant Hart consents to a continuance until depositions and discovery can be conducted. Consequently, Plaintiff requests this Court continue the current deadline from August 25, 2006 until the parties can conduct discovery to respond to Hart's Motion.

        /s/ D. Michael Andrews
D. MICHAEL ANDREWS (AND076)
MICHAEL J. CROW (CRO039)

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of August, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below.

                         /s/ D. Michael Andrews
                         OF COUNSEL

Mr. Gerald Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128

Mr. Robert A. Huffaker
Mr. R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101

Mr. Brian Taggart Mosholder
Carpenter, Prater, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

Mr. Dennis McKenna
Mr. J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton, LLC
Post Office Box 2866
Mobile, Alabama 36652