

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of TERRY BASSETT, SR.,<br><br>Plaintiff,<br><br>Vs.<br><br>KENNETH BRELAND; and GEICO CASUALTY COMPANY,<br><br>Defendants. | CASE NO.: 2:05cv1183-MEF |

### AFFIDAVIT OF D. MICHAEL ANDREWS IN SUPPORT OF RULE 56(F) MOTION TO CONTINUE DEFENDANT HART MANUFACTURING, INC.'S <u>MOTION FOR SUMMARYJUDGMENT</u>

Before me, the undersigned, a Notary Public in and for the State of Alabama at Large, personally appeared D. Michael Andrews, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

"My name is D. Michael Andrews. I am over the age of nineteen (19) years of age and have personal knowledge of the facts stated herein:

I am one of the attorneys of record for Plaintiff, Carolyn Bassett. Because the product liability portion of this case is in its infancy, Plaintiff lacks discovery to respond to the contentions raised in Defendant Hart Manufacturing, Inc.'s Motion for Summary Judgment. I have conferred with counsel for Defendant Hart who has advised me that Hart consents to a continuance of its Motion until such time as appropriate depositions and discovery can be conducted to allow Plaintiff to respond to Hart's Motion. I aver that this Motion and Affidavit is not asserted for

the purposes of delay, but rather in order to appropriately discover the facts regarding Hart Manufacturing, Inc.'s role in the manufacture and sale of the subject trailer and attached awning.

    Further, affiant sayeth not."

                                                D. MICHAEL ANDREWS

STATE OF ALABAMA

COUNTY OF MONTGOMERY

    I, the Undersigned, a Notary Public in and for said County in said State, hereby certify that **D. MICHAEL ANDREWS**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand this 24th day of August, 2006.

_____
Notary Public

NOTARIAL SEAL
My Commission expires: 10/28/07