IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-1183-MEF |
| ) | |
| KENNETH BRELAND, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Rule 56(f) Motion to Continue Defendant Hart Manufacturing, Inc.'s Motion for Summary Judgment (Doc. # 42). It is hereby ORDERED that the motion is GRANTED. Plaintiff shall file a response to the motion for summary judgment on or before October 27, 2006. Defendants may file a reply to Plaintiff's response on or before November 3, 2006.

DONE this the 24th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE