IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:05-cv-1183-MEF |
| KENNETH BRELAND, et al., | ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, defendant Dometic Corporation ("Dometic") hereby moves for leave to file an Amended Answer in this action. A copy of the Amended Answer to be filed is attached hereto as Exhibit A. In support of this motion, Dometic states as follows:

1. Dometic was added as a defendant to this action by the plaintiff's First Amended Complaint filed on April 21, 2006. As accurately stated in plaintiff's Rule 56(f) Motion to Continue Defendant Hart Manufacturing, Inc.'s Motion for Summary Judgment, filed by the plaintiff on August 24, 2006, "this case is in its infancy." (Doc. No. 42-1). For example, while some fact discovery has been undertaken, that discovery is not complete; expert witnesses have not been disclosed, and no expert witness depositions have been taken; no pretrial conference has been held; and this case is not set for trial until June 4, 2007. In fact, in anticipation of the June 2007 trial date, the Court's Uniform Scheduling Order, entered on

2

February 8, 2006, provides that the discovery period continues until April 12, 2007, the first expert witness disclosures are not due until January 26, 2007, and the pretrial conference will be held on April 26, 2007. (Doc. No. 18).

2. Dometic recently has undergone a change in representation. (Doc. No 39-1).

3. The proposed Amended Answer is necessary to protect Dometic's interests, and the Court's allowing Dometic to file the Amended Answer will not prejudice any other party. Accordingly, allowing this amendment will promote the just, speedy and inexpensive determination of this action, and "leave [should] be freely given" for Dometic to file it. *See* Fed.R.Civ.P. 15(a).

WHEREFORE, PREMISES CONSIDERED, Dometic respectfully requests that the Court allow Dometic leave to file the Amended Answer attached as Exhibit A.

s/ Harlan I. Prater, IV
Harlan I. Prater, IV

s/ Kevin E. Clark
Kevin E. Clark

s/ Mitchell D. Greggs
Mitchell D. Greggs

Attorneys for Defendant
Dometic Corporation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
David Michael Andrews, Esq.
Beasley Allen Crow Methvin
  Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Alex L. Holtsford, Jr., Esq.
Steven Anthony Higgins, Esq.
Nix Holtsford Gilliland Higgins &
  Hitson PC
P. O. Box 4128
Montgomery, AL 36103-4128

Gerald C. Swann, Jr., Esq.
Ball Ball Matthews & Novak PA
P. O. Box 2148
Montgomery, AL 36102-2148

Dennis Patrick McKenna, Esq.
J. Ritchie M. Prince, Esq.
Prince, McKean, McKenna &
  Broughton, LLC
P. O. Box 2866
Mobile, AL 36652

R. Austin Huffaker, Jr., Esq.
Robert A. Huffaker, Esq.
Rushton Stakely Johnston & Garrett PC
P. O. Box 270
Montgomery, AL 36101-0270

Respectfully submitted,


s/ Harlan I. Prater, IV