## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., )<br><br>Plaintiff, )<br><br>vs. )<br><br>KENNETH BERLAND, et al., )<br><br>Defendants. ) | Case No.: 2:05cv1183-MEF |

### MOTION TO WITHDRAW

COMES now the undersigned counsel of record for defendant Dometic Corporation and moves the Court to allow him to withdraw as counsel for Dometic Corporation in this litigation. As grounds therefore, the undersigned states to the Court that Dometic Corporation has retained the services of Harland Prater and Kevin Clark with the law firm of Lightfoot, Franklin and White, L. L. C., for defense in this matter.

WHEREFORE, based on the foregoing, the undersigned respectfully requests that this Court grant this motion to withdraw.

Respectfully submitted this 26th day of September, 2006.000

                                        /s/ Brian Mosholder
                                        BRIAN MOSHOLDER (MOS-018)
                                        Attorney for Dometic Corporation

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLC
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600
Fax: (334) 213-5650

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above and foregoing was served on the below listed counsel by electronically filing on 26th day of September, 2006.

D. Michael Andrews, Esq.
Michael J. Crow, Esq.
Bealey, Allen, Crow
  Methvin, Portis & Miles, P. C.
218 Commerce Street
Montgomery, AL 36106

Gerald Swann, Jr., Esq.
Ball, Ball, Matthews & Novack
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36102

S. Anthony Higgins, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P. O. Box 4128
Montgomery, AL 36103

                                            /s/ Brian Mosholder_____
                                            BRIAN MOSHOLDER (MOS-018)
                                            Attorney for Dometic Corporation