IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1183-MEF |
| ) | |
| KENNETH BRELAND, *et al.*, ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #45) filed on September 26, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE