IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| v. ) | 2:05-cv-1183-MEF |
| ) | |
| KENNETH BRELAND, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF MOTION

Defendant Dometic Corporation ("Dometic") hereby withdraws its Motion for Leave to File Amended Complaint, filed on September, 25, 2006 (Doc. No. 44).

                                                        s/ Harlan I. Prater, IV
                                                          Harlan I. Prater, IV

                                                           s/ Kevin E. Clark
                                                            Kevin E. Clark

                                                           s/ Mitchell D. Greggs
                                                            Mitchell D. Greggs

                                                           Attorneys for Defendant
                                                           Dometic Corporation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
David Michael Andrews, Esq.
Beasley Allen Crow Methvin
  Portis & Miles PC
P. O. Box 4160
Montgomery, AL  36103-4160

Alex L. Holtsford, Jr., Esq.
Steven Anthony Higgins, Esq.
Nix Holtsford Gilliland Higgins &
  Hitson PC
P. O. Box 4128
Montgomery, AL  36103-4128

Gerald C. Swann, Jr., Esq.
Ball Ball Matthews & Novak PA
P. O. Box 2148
Montgomery, AL  36102-2148

Dennis Patrick McKenna, Esq.
J. Ritchie M. Prince, Esq.
Prince, McKean, McKenna &
  Broughton, LLC
P. O. Box 2866
Mobile, AL  36652

R. Austin Huffaker, Jr., Esq.
Robert A. Huffaker, Esq.
Rushton Stakely Johnston & Garrett PC
P. O. Box 270
Montgomery, AL  36101-02

Respectfully submitted,

s/ Harlan I. Prater, IV