IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BRELAND, *et al.*,<br><br>Defendants. | CASE NO. 2:05-cv-1183-MEF |

## **O R D E R**

Upon consideration of the defendant's Notice of Withdrawal of Motion (Doc. #47) filed on September 29, 2006, which the court construes to be a motion for leave to withdraw the Motion for Leave to File Amended Answer (Doc. #44) filed on September 25, 2006, it is hereby

ORDERED that the motion is GRANTED and the Motion for Leave to File Amended Answer (Doc. # 44) filed on September 25, 2006, shall be considered WITHDRAWN.

DONE this 6th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE