IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr.,<br><br>    Plaintiff,<br>v.<br><br>KENNETH BRELAND, *et al.,*<br><br>    Defendants. | CASE NO. 2:05-cv-1183-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Amended Answer (Doc. #48) filed on September 29, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before October 27, 2006 as to why the motion should not be granted.

DONE this 12th day of October, 2006.

                                            /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE