IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BRELAND, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183-MEF |

It is hereby ORDERED that the pretrial conference set for April 26, 2007 is rescheduled for April 19, 2007 in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 1st day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE