IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )))) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1183-MEF |
| ) | |
| KENNETH BRELAND, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This cause is before the Court on Defendant's Motion for Leave to File Amended Answer (Doc. # 48). Upon consideration, it is

ORDERED that the motion is GRANTED.

DONE this the 2nd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE