IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of TERRY BASSETT, SR., | *<br>*<br>*<br>*<br>* |
| | * CASE NO.: 2:05cv1183-MEF |
| Plaintiff, | *<br>* |
| Vs. | *<br>* |
| KENNETH BRELAND; and GEICO CASUALTY COMPANY, | *<br>*<br>* |
| Defendants. | *<br>* |

**JOINT MOTION TO CONTINUE**

COME NOW the parties in the above-referenced matter and file this Joint Motion to Continue, and would show unto this Court a trial date has been set for June 4, 2007. The parties would show unto this Court they are in need of a continuance in the above-styled cause due to the following:

1. The above-styled cause was initially filed on December 13, 2005 as a personal injury/wrongful death case.

2. On February 8, 2006, this Court issued a Uniform Scheduling Order establishing deadlines and setting this case for trial on June 4, 2007.

3. On April 21, 2006, the complaint in this case was amended to include product liability claims under the Alabama Extended Manufacturers Liability Doctrine (AEMLD). However, the trial date and existing deadlines were not extended to allow for extensive discovery necessary to prepare for, and defend against, the product liability claims.

4.  The parties are engaged in discovery but require additional time to properly prepare this case for trial. Consequently, the parties jointly request that the Court continue the current deadlines and trial setting and enter a new proposed Uniform Scheduling Order. (See EX "A" attached heretofore).

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court to grant the Joint Motion to Continue and enter a new Uniform Scheduling Order reflecting a revised trial date and deadlines.

Respectfully submitted, this the 18th day of December, 2007.

/s/ D. Michael Andrews
D. MICHAEL ANDREWS (AND076)
MICHAEL J. CROW (CRO039)


**Of Counsel:**
BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732
(334) 289-2255
(334) 289-2259 (Fax)

                                        /s/ Gerald C. Swann, Jr.   
                                        GERALD C. SWANN, JR.

Mr. Gerald C. Swann, Jr.  
Ball, Ball, Matthews & Novak, P.A.  
2000 Interstate Park Drive, Suite 204  
Post Office Box 2148  
Montgomery, Alabama 36102-2148  
(334) 387-7680  
(334) 387-3222 (Fax)

                                        /s/ S. Anthony Higgins   
                                        S. ANTHONY HIGGINS

Mr. S. Anthony Higgins  
Nix, Holtsford, Gilliland, Higgins & Hitson  
Post Office Box 4128  
Montgomery, Alabama 36103-4128  
(334) 215-8585  
(334) 215-7101 (Fax)

                                        /s/ Dennis McKenna   
                                        DENNIS MCKENNA

Dennis McKenna  
J. Ritchie M. Prince  
Prince, McKean, McKenna & Broughton  
Post Office Box 2866  
Mobile, Alabama 36652  
(251) 433-5441  
(251) 431-0159 (Fax)

                                        /s/ Robert A. Huffaker   
                                        ROBERT A. HUFFAKER

Robert A. Huffaker  
R. Austin Huffaker, Jr.  
Rushton, Stakely, Johnston  
& Garrett, P.A.  
Post Office Box 270  
Montgomery, Alabama 36101  
(334) 206-3100  
(334) 262-6277 (Fax)

/s/ Harlan I. Prater IV
HARLAN I. PRATER, IV

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(334) 581-0799 (Fax)