IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr.,<br><br>  Plaintiff,<br>v.<br><br>KENNETH BRELAND, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:05-cv-1183-MEF<br>)<br>)<br>)<br>) |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on January 4, 2007 at 9:00 A.M. by conference call arranged by counsel for the plaintiff..

DONE this the 22nd day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE