IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BRELAND, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183-MEF |

# **O R D E R**

Upon consideration of the Joint Motion to Continue (Doc. #54) filed on December 18, 2006 and the status conference held on January 4, 2007, it is hereby

ORDERED that the motion is GRANTED. The Uniform Scheduling Order entered on February 8, 2006 (Doc. #18) is VACATED.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE