## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the Estate of TERRY BASSETT, SR., | *<br>*<br>*<br>*<br>* |
| Plaintiffs, | *   CASE NO.:  2:05cv1183-MEF<br>* |
| Vs. | *<br>* |
| KENNETH BRELAND; and GEICO CASUALTY COMPANY, | *<br>*<br>* |
| Defendants. | *<br>* |

### NOTICE OF SERVICE OF DISCOVERY

Plaintiff Rosalyn Bassett gives notice of service of the following discovery upon Defendants:

[X]   Plaintiff's First Request for Production to Hart Manufacturing, Inc.

[X]   Plaintiff's First Interrogatories to Hart Manufacturing, Inc.

[X]   Plaintiff's First Request for Production to Outlaw Conversions, LP

[X]   Plaintiff's First Interrogatories to Outlaw Conversions, LP

[X]   Plaintiff's First Request for Production to Dometic Corporation

[X]   Plaintiff's First Interrogatories to Dometic Conversions, LP

Respectfully submitted,

   /s/ D. Michael Andrews
D. MICHAEL ANDREWS (AND076)
MICHAEL J. CROW (CRO039)

**Of Counsel:**

BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon all counsel of record by depositing a copy of same electronically through www.alacourt.com or in the U.S. Mail, postage prepaid and properly addressed on this the 14th day of February, 2007.


                                             /s/D. Michael Andrews
                                             OF COUNSEL

Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585
(334) 215-7101

Dennis McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652
(251) 433-5441
(251) 431-0159 FAX

Robert A. Huffaker
R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
(334) 206-3100
(334) 262-6277 FAX

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203