**IN THE UNITED STATES DISTRICT COURT OF ALABAMA**
**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROSALYN BASSETT as the administratrix** | ) | |
| **and personal representative of the estate of** | ) | |
| **TERRY BASSETT, SR.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:05-cv-1183F** |
| | ) | |
| **KENNETH BRELAND and** | ) | |
| **GEICO CASUALTY COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO INTERVENE

Comes Now, GEICO Insurance Company and moves the Court to allow GEICO to intervene and for grounds shows unto the Court as follows:

1. GEICO Insurance Company has a subrogation interest of $10,955.59.

2. GEICO has paid the aforementioned $10,955.59 to the plaintiffs in this case.

3. No party will be prejudiced.

4. Judicial economy will result.


/s/ William P. Sawyer
William P. Sawyer - SAW003
Attorney for GEICO Insurance Company


## CERTIFICATE OF SERVICE

I do hereby certify that on February 21, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
P.O. Box 4160
Montgomery, AL 36103-4160


/s/ William P. Sawyer
OF COUNSEL