IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the estate of TERRY BASSETT, SR., | *<br>*<br>*<br>* |
| Plaintiff, | * CASE NO.: 2:05cv1183-MEF<br>*<br>* |
| Vs. | *<br>* |
| KENNETH BRELAND; and GEICO CASUALTY COMPANY, | *<br>*<br>* |
| Defendants. | *<br>* |

**NOTICE OF VIDEOTAPED DEPOSTION DUCES TECUM
OF CORPORATE REPRESENTATIVES OF
HART MANUFACTURING, INC.**

Please take notice that pursuant to Rule 30(b)(5) and (6) of the Federal Rules of Civil Procedure, the Plaintiff will take the videotaped deposition of corporate representative(s), of **Hart Manufacturing, Inc.,** upon oral examination before a Notary Public, or before some other officer authorized by law to administer oaths.  Said deposition(s) shall take place **at a time and date mutually convenient to all parties.** The deposition(s) will continue from day-to-day until completed.  You are invited to attend and cross-examine the witnesses.  Said deposition(s) will be of Hart Manufacturing, Inc.'s corporate representative(s) most knowledgeable regarding:

1.   General personal background information.

2.   General information regarding Hart Manufacturing, Inc. (hereinafter referred to as "Hart").

3. Any and all contracts for any projects between Hart Manufacturing, Inc., Outlaw Conversions, LP and/or Dometic Corporation.

4. Any and all standards and/or codes which this Defendant contends cover trailers equipped with awnings such as the one that forms the basis of this complaint.

5. The incident and trailer with awning which forms the basis for this lawsuit.

6. Testimony and documents evidencing or relative to meetings of this Defendant's safety committee(s).

7. Testimony and documents reflecting this Defendant's membership or participation in any safety organization or group.

8. Testimony and documents evidencing or relative to the general corporate structure of Hart Manufacturing, Inc.

9. Testimony and documents evidencing or relating to other incidents, claims, complaints and/or lawsuits relating to incidents wherein individuals were killed or injured as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

10. Testimony and documents evidencing or relating to any studies, considerations or concerns regarding the potential for injuries as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

11. Testimony and documents relating to any communication to or from any government, safety or other regulatory agency regarding potential for injuries as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

Further note that pursuant to Rule 30(b)(6), said corporation shall designate one of more officers, directors, managing agents or other persons who consent to testify on its behalf and that the persons so designated shall testify to the matters known or reasonably available to said corporations.  Pursuant to Rule 30(b)(5), Plaintiff requests that four (4) complete business days prior to the date and time of taking said depositions that **Hart Manufacturing, Inc.,** produce for inspection and copying, a copy of each note, memorandum, item of correspondence, picture, drawing or other document evidencing or relating to all matters described above.

In addition, the deponent is requested to bring the following to the deposition:

1. A copy of any tangible item showing where you were notified that someone was injured or killed as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

2. A copy of any documents which reflect engineering efforts, studies, testing, finite element analysis, durability testing, safety analysis or other work conducted by or for Hart Manufacturing, Inc., regarding trailers equipped with awnings.

3. A current CV for the deponent.

    /s/ D. Michael Andrews
D. MICHAEL ANDREWS (AND076)
MICHAEL J. CROW (CRO039)

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon all counsel of record by depositing a copy of same electronically through www.alacourt.com or in the U.S. Mail, postage prepaid and properly addressed on this the 28th day of February, 2007.

                                                                /s/D. Michael Andrews  
                                                               OF COUNSEL

Gerald C. Swann, Jr.  
Ball, Ball, Matthews & Novak, P.A.  
2000 Interstate Park Drive, Suite 204  
Post Office Box 2148  
Montgomery, Alabama 36102-2148  
gswann@ball-ball.com  
(334) 387-7680  
(334) 387-3222 (fax)

Mr. S. Anthony Higgins  
Nix, Holtsford, Gilliland, Higgins & Hitson  
Post Office Box 4128  
Montgomery, Alabama 36103-4128  
thiggins@nixholtsford.com  
(334) 215-8585  
(334) 215-7101 (fax)

Dennis McKenna  
J. Ritchie M. Prince  
Prince, McKean, McKenna & Broughton  
Post Office Box 2866  
Mobile, Alabama 36652  
dm@princemckean.com  
rp@princemckean.com  
(251) 433-5441  
(251) 431-0159 (fax)

R. Austin Huffaker, Jr.  
Rushton, Stakely, Johnston  
& Garrett, P.A.  
Post Office Box 270  
Montgomery, Alabama 36101  
rah2@rsjg.com  
(334) 206-3100  
(334) 262-6277 (fax)

Mr. Harlan I. Prater, IV  
Mr. Kevin E. Clark  
Mr. Mitchell D. Greggs  
Lightfoot, Franklin & White, LLC  
The Clark Building  
400 North 20th Street  
Birmingham, Alabama 35203  
hprater@lfwlaw.com  
kclark@lfwlaw.com  
mgreggs@lfwlaw.com  
(205) 581-0700  
(205) 581-0799 (fax)