**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROSALYN BASSETT, as the Administratrix and personal representative of the estate of TERRY BASSETT, SR.,** | * <br> * <br> * <br> * <br> * | **CASE NO.: 2:05cv1183-MEF** |
| **Plaintiff,** | * <br> * | |
| **Vs.** | * <br> * | |
| **KENNETH BRELAND; and GEICO CASUALTY COMPANY,** | * <br> * <br> * | |
| **Defendants.** | * <br> * | |

**NOTICE OF VIDEOTAPED DEPOSTION DUCES TECUM
OF CORPORATE REPRESENTATIVES OF
OUTLAW CONVERSION, LP**

Please take notice that pursuant to Rule 30(b)(5) and (6) of the Federal Rules of Civil Procedure, the Plaintiff will take the videotaped deposition of corporate representative(s), of **Outlaw Conversion, LP** upon oral examination before a Notary Public, or before some other officer authorized by law to administer oaths.   Said deposition(s) shall take place **at a time and date mutually convenient to all parties.** The deposition(s) will continue from day-to-day until completed.  You are invited to attend and cross-examine the witnesses.  Said deposition(s) will be of Outlaw Conversion, LP's corporate representative(s) most knowledgeable regarding:

1.      General personal background information.

2.      General information regarding Outlaw Conversion, LP. (hereinafter referred to as "Outlaw").

3.      Any and all contracts for any projects between Outlaw Conversions, LP, Hart Manufacturing, Inc. and/or Dometic Corporation.

4.      Any and all standards and/or codes which this Defendant contends cover awnings installed on trailers such as the one that forms the basis of this complaint.

5.      The awning and incident which forms the basis for this lawsuit.

6.      Testimony and documents evidencing or relative to meetings of this Defendant's safety committee(s).

7.      Testimony and documents reflecting this Defendant's membership or participation in any safety organization or group.

8.      Testimony and documents evidencing or relative to the general corporate structure of Outlaw Conversion, LP.

9.      Testimony and documents evidencing or relating to other incidents, claims, complaints and/or lawsuits relating to incidents wherein individuals were killed or injured as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

10.      Testimony and documents evidencing or relating to any studies, considerations or concerns regarding the potential for injuries as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

11.      Testimony and documents relating to any communication to or from any government, safety or other regulatory agency regarding potential for injuries as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

12.    Testimony and documents evidencing or relative to installation and operating instructions for A&E Two Step Awnings such as the one that forms the basis for this complaint.

13.    Testimony and documents evidencing or relative to warranty claims regarding awnings installed and/or sold by this Defendant.

Further note that pursuant to Rule 30(b)(6), said corporation shall designate one of more officers, directors, managing agents or other persons who consent to testify on its behalf and that the persons so designated shall testify to the matters known or reasonably available to said corporations.  Pursuant to Rule 30(b)(5), Plaintiff requests that four (4) complete business days prior to the date and time of taking said depositions that **Outlaw Conversion, LP** produce for inspection and copying, a copy of each note, memorandum, item of correspondence, picture, drawing or other document evidencing or relating to all matters described above.

In addition, the deponent is requested to bring the following to the deposition:

1.    A copy of any tangible item showing where you were notified that someone was injured or killed as a result of an awning (such as the subject awning) opening, unrolling or otherwise breaking free from moving vehicles.

2.    A copy of any documents which reflect engineering efforts, studies, testing, finite element analysis, durability testing, safety analysis or other work conducted by or for Outlaw Conversion, LP regarding awnings.

3.    A current CV for the deponent.

                                         /s/ D. Michael Andrews
                                         D. MICHAEL ANDREWS (AND076)
                                         MICHAEL J. CROW (CRO039)

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by depositing a copy of same electronically through www.alacourt.com or in the U.S. Mail, postage prepaid and properly addressed on this the 28th day of February, 2007.


_/s/D. Michael Andrews_____
OF COUNSEL

Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
gswann@ball-ball.com
(334) 387-7680
(334) 387-3222 (fax)

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128
thiggins@nixholtsford.com
(334) 215-8585
(334) 215-7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652
dm@princemckean.com
rp@princemckean.com
(251) 433-5441
(251) 431-0159 (fax)

R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
rah2@rsjg.com
(334) 206-3100
(334) 262-6277 (fax)

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
hprater@lfwlaw.com
kclark@lfwlaw.com
mgreggs@lfwlaw.com
(205) 581-0700
(205) 581-0799 (fax)