IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BRELAND, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) <br> ) 2:05-cv-1183-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that J. Chandler Bailey, with Lightfoot, Franklin & White, LLC, The Clark Building, 400 20th Street North, Birmingham, AL 35203, hereby files an appearance as additional counsel to represent defendant, Dometic Corporation, as its attorney in the above styled matter.

_____
One of the Attorneys for Defendant
Dometic Corporation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow
David Michael Andrews
Beasley Allen Crow Methvin
  Portis & Miles PC
P. O. Box 4160
Montgomery, AL  36103-4160

Alex L. Holtsford, Jr.
Steven Anthony Higgins
Nix Holtsford Gilliland Higgins &
  Hitson PC
P. O. Box 4128
Montgomery, AL  36103-4128

Gerald C. Swann, Jr.
Ball Ball Matthews & Novak PA
P. O. Box 2148
Montgomery, AL  36102-2148

Dennis Patrick McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna &
  Broughton, LLC
P. O. Box 2866
Mobile, AL  36652

R. Austin Huffaker, Jr.
Robert A. Huffaker
Rushton Stakely Johnston & Garrett PC
P. O. Box 270
Montgomery, AL  36101-0270

_____
Of Counsel