IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-1183-MEF |
| KENNETH BRELAND, *et al.,* | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Motion to Intervene (Doc. #61) filed on February 21, 2007, it is hereby ORDERED:

1. That the movant file a brief in support of the Motion to Intervene on or before March 12, 2007.

2. That the plaintiff and defendants file a response to the motion which shall include a brief and any evidentiary materials on or before March 26, 2007

3. That the movant may file a reply brief on or before April 2, 2007.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE