IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., | ) ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | 2:05-cv-1183-MEF |
| v. | ) ) ) | OPPOSED[1] |
| KENNETH BRELAND, et al., | ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, defendant Dometic Corporation ("Dometic") hereby moves for leave to file a Second Amended Answer in this action. A copy of the Second Amended Answer to be filed is attached hereto as Exhibit A. In support of this motion, Dometic states as follows:

1. Pursuant to the Amended Scheduling Order entered in this case, any motions to amend the pleadings shall be filed no later than March 20, 2007. (Doc. 57). Currently, discovery is ongoing; expert witnesses have not been disclosed, and no expert witness depositions have been taken; and this case is not set for trial until March 3, 2008.

2. The Supreme Court recently addressed the appropriateness of punitive damages awards in its opinion in *Philip Morris USA v. Williams*, ___ U.S. ___, 2007 WL 505781 (Feb.

---

[1] Counsel for Dometic attempted to contact counsel for plaintiff by phone on Monday, March 19, 2007 to determine whether he would consent to the entry of the Second Amended Answer, but the parties have not yet discussed the issue. However, plaintiff's counsel would not consent to the filing of Dometic's First Amended Answer, so this motion is being filed as opposed.

20, 2007). Dometic's Second Amended Answer incorporates the protections afforded by this recent opinion, as well as other affirmative defenses.

3.   The proposed Second Amended Answer is necessary to protect Dometic's interests, it is timely pursuant to the Court's Scheduling Order, and granting Dometic leave to file the Second Amended Answer will not prejudice any other party. Accordingly, allowing this amendment will promote the just, speedy and inexpensive determination of this action, and "leave [should] be freely given" for Dometic to file it. *See* Fed.R.Civ.P. 15(a).

WHEREFORE, PREMISES CONSIDERED, Dometic respectfully requests that the Court grant Dometic leave to file the Amended Answer attached as Exhibit A.

s/ Mitchell D. Greggs
One of the Attorneys for Defendant
Dometic Corporation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Kevin E. Clark (CLA072)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      This is to certify that on this 20th day of March, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

John M. Gibbs
GIBBS, SELLERS, VANCE &
BOZEMAN, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732
334.289.2255
334.289.2259 (fax)

Gerald C. Swann, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
334.387.7680
334.387.3222 (fax)

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND,
HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA &
BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652
251.433.5441
251.431.0159 (fax)

Robert A. Huffaker
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
334.206.3100
334.262.6277 (fax)

William P. Sawyer
TURNER, WILSON & SAWYER
Post Office Box 98
Montgomery, Alabama 36101-0098
334.262.2756

                                                  s/ Mitchell D. Greggs
                                      Of Counsel