IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BRELAND, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) <br> ) 2:05-cv-1183-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT DOMETIC CORPORATION'S RESPONSE TO GEICO INSURANCE COMPANY'S MOTION TO INTERVENE**

Defendant Dometic Corporation ("Dometic") responds to the Motion to Intervene filed by GEICO Insurance Company ("GEICO") as follows:

1. In its Motion to Intervene (Doc. 61), GEICO avers that it has a subrogation interest of $10,955.59 that it has paid to the plaintiff in this case.

2. Dometic has no objection to GEICO intervening in this action and becoming a named party for the purpose of protecting its rights to these payments and insuring that it receives proper reimbursement from the plaintiff, should the plaintiff obtain a judgment or settlement of this matter.

3. Though Dometic does not object to GEICO becoming a party to monitor the litigation and protect its above-referenced monetary interests, Dometic does object to the extent that GEICO attempts to intervene for the purposes of substantively participating in discovery or trial against Dometic. Any money that GEICO would be entitled to receive from the Defendants in this matter arises solely out of its payments to the plaintiff, and thus GEICO stands in the

plaintiff's shoes. As the Court is aware, plaintiff has extremely competent representation in this matter. There is no need to complicate and prolong discovery or the trial of this matter by allowing attorneys for GEICO to substantively participate in the preparation or trial of this matter.

WHEREFORE, PREMISES CONSIDERED, Dometic does not object to GEICO intervening in this action to monitor the litigation and protect its interests. Dometic respectfully requests, however, that the Court enter an order allowing the intervention on that limited basis and expressly precluding GEICO from actively participating in the discovery and trial of this case. A proposed order is attached for the Court's convenience.

/s/ Mitchell D. Greggs
One of the Attorneys for Defendant
Dometic Corporation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Kevin E. Clark (CLA072)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

2

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of March, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

John M. Gibbs
GIBBS, SELLERS, VANCE &
BOZEMAN, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732
334.289.2255
334.289.2259 (fax)

Gerald C. Swann, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
334.387.7680
334.387.3222 (fax)

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND,
HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA &
BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652
251.433.5441
251.431.0159 (fax)

Robert A. Huffaker
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
334.206.3100
334.262.6277 (fax)

/s/ [signature]
Of Counsel