IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRELAND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05-cv-1183-MEF |

## ORDER

This matter comes before the Court on a Motion to Intervene filed by GEICO Insurance Company ("GEICO"). (Doc. 61). The Court established a briefing schedule (Doc. 67), and a response was filed by Dometic Corporation. Upon consideration of the motion and associated briefing, the Court finds that the motion is due to be and is hereby **GRANTED, IN PART,** and **DENIED, IN PART,** pursuant to the terms set forth in this Order.

It is hereby **ORDERED, ADJUDGED AND DECREED** that, pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Motion to Intervene is **GRANTED, IN PART,** and GEICO shall be allowed to intervene for the limited purpose of monitoring the litigation to protect its claimed subrogation interests. The Motion to Intervene is **DENIED, IN PART,** to the extent that it seeks leave to substantively participate in discovery or trial, and GEICO is expressly prohibited from doing so.

**DONE AND ORDERED** this _____ day of _____, 2007.

_____
HON. CHIEF JUDGE MARK E. FULLER
UNITED STATES DISTRICT JUDGE