IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR.,<br><br>   Plaintiff,<br><br>vs.<br><br>KENNETH BRELAND, et al.,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case Number:  2:05-CV-1183-MEF<br>§<br>§<br>§<br>§ |

## OUTLAW CONVERSIONS LP'S RESPONSE TO GEICO INSURANCE COMPANY'S MOTION TO INTERVENE

COMES NOW Defendant Outlaw Conversions LP ("Outlaw") and, in response to GEICO Insurance Company's Motion to Intervene (Doc. No. 61), states that it adopts and incorporates the Response filed by Defendant Dometic Corp. (Doc. No. 69).

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR.
One of the Attorneys for
Outlaw Conversions LP

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office  Box 270
Montgomery, AL 36101
(334) 206-3126 Telephone
(334) 481-0815 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Michael Andrews
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36103-4160

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, AL 36103-4128

Dennis McKenna
J. Ritchie M. Prince
PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
Post Office Box 2866
Mobile, AL 36652

Harlan Prater
J. Chandler Bailey
Kevin E. Clark
Mitchell D. Greggs
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

                                                /s/ Austin Huffaker
                                                OF COUNSEL