IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff,        )<br>v.                            )<br>)<br>KENNETH BRELAND, *et al.,*        )<br>)<br>Defendants.        ) | CASE NO. 2:05-cv-1183-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Amended Answer (Doc. #68) filed on March 20, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before April 6, 2007 as to why this motion should not be granted.

DONE this 27th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE