IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BRELAND, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183-MEF |

## **O R D E R**

This cause is before the Court on GEICO Insurance Company's Motion to Intervene (Doc. # 61). In their Responses (Doc. ## 69 & 70) to the Motion, Defendants do not oppose GEICO Insurance Company's intervention on the "limited basis" of "intervening in this action to monitor the litigation and protect its interests." (Doc. # 69.) However, they request that the Court order that GEICO Insurance Company not be allowed to "actively participat[e] in the discovery and trial of this case." (*Id.*) In light of Defendants' request, it is hereby

ORDERED that GEICO Insurance Company shall show cause no later than April 11, 2007 why Defendants' request should not be granted.

DONE this 28th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE