IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT as the administratrix and personal representative of the estate of TERRY BASSETT, SR., <br>    Plaintiff, <br><br> vs. <br><br> KENNETH BRELAND and GEICO CASUALTY COMPANY, <br><br>    Defendants. | ) ) ) ) ) ) ) Case No.: 2:05-cv-1183F ) ) ) ) ) |

## GEICO'S RESPONSE TO DOMETIC'S REPSONSE TO GEICO'S MOTION TO INTERVENE

Comes Now, GEICO Insurance Company and files their response as required by the Court's order dated March 28, 2007 (document 72):

1. GEICO Insurance Company has no intention of delaying Discovery or even participating in Discovery.
2. While GEICO stands in its insured's shoes as to liability and recovery, GEICO's claim is a separate and distinct claim.
3. GEICO, by being a party, can protect its subrogation interest.
4. GEICO would actively participate in this case only to the extent of asking the Jury to award GEICO its subrogation interest if Plaintiff is awarded a judgment.

/s/ William P. Sawyer
William P. Sawyer - SAW003
Attorney for GEICO Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that on April 2, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
P.O. Box 4160
Montgomery, AL 36103-4160

/s/ William P. Sawyer
OF COUNSEL