IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BRELAND, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183-MEF |

## **O R D E R**

This cause is before the Court upon Defendant Dometic Corporation's Motion for Leave to File Amended Answer (Doc. #68) filed on March 20, 2007. It is hereby ORDERED that the Motion is GRANTED.

DONE this the 12th day of April, 2007.

           /s/ Mark E. Fuller
    CHIEF UNITED STATES DISTRICT JUDGE