**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NUMBER: 2:05cv1183-MEF |
| KENNETH BRELAND, et al., | * * | |
| Defendants. | * | |

**MOTION FOR SUMMARY JUDGMENT**
**OF DEFENDANT HART MANUFACTURING, INC.,**
**D/B/A HART TRAILERS**

COMES NOW, Hart Manufacturing, Inc., d/b/a Hart Trailers, one of the Defendants in the above-styled action, and hereby moves this Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a summary judgment in this Defendant's favor in that there is no genuine issue as to any material fact and the Defendant is entitled to judgment as a matter of law.

This motion is based upon the pleadings filed in this matter, the interrogatories and interrogatory responses filed by various parties, the depositions taken in this matter, and the previously filed affidavit of Mary Hart of Hart Manufacturing, Inc. Defendant adopts and incorporates by reference with the filing of this motion, its brief and suggested statement of uncontested facts and conclusions of law previously filed in this matter.

/s/ Dennis McKenna
DENNIS McKENNA (MCKED3744)

/s/ J. Ritchie M. Prince

        J. RITCHIE M. PRINCE (PRINJ1903)
        Attorneys for Hart Manufacturing, Inc.
        Prince, McKean, McKenna & Broughton, L.L.C.
        P.O. Box 2866
        Mobile, AL 36652
        Phone: 251-433-5441
        Fax:   251-431-0159
        E-Mail: dm@princemckean.com
                 rp@princemckean.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 25th day of April, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Michael Andrews, Esq.
Michael J. Crow, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

John M. Gibbs, Esq.
Gibbs, Sellers, Vance & Bozeman, L.L.P.
P. O. Box 1276
Demopolis, AL 36732

Gerald Swann, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
P. O. Box 2148
Montgomery, AL 36102

S. Anthony Higgins, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P. O. Box 4128
Montgomery, AL 36103

Robert A. Huffaker, Esq.
R. Austin Huffaker, Jr., Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101

William P. Sawyer, Esq.
Turner, Wilson & Sawyer
P. O. Box 98
Montgomery, AL 36101

3.

Harlan I. Prater, IV, Esq.
J.Chandler Bailey, Esq.
Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203

            /s/ Dennis McKenna
            DENNIS McKENNA

3.