IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BRELAND, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #77) filed on April 25, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 21, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 14, 2007. The defendant may file a reply brief on or before May 21, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 30th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE