PLAINTIFF EXHIBIT 1

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**FATALITY**

Stamp: 3 0 2005

DPS Accident No.: 5905613

Sheet 1 of 2 Sheet(s)    Microfilm No. _____    Local Case No. _____

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 03/11/2005 | 2:30 PM | F | 53 | | X | S-State | |

On Street, Road or Highway: AL 183
At Intersection of or Between (Node 1): Uniontown City Limits
And (Node 2): Co Rd 68

Street or Road Code: S183 / 93
Node Code: 7480
Feet/Miles: (circled From Node 1 or 2)

Noncollision Event: (blank)
Collision Event: (blank)

Intersection Related: Not Int. Related (N)
Mile Post: 0.0250
Control Access Hwy Loc: 6 N/A
Prime Contr Circms: 29
Prime Contr Unit No: (blank)

First Harmful Event: 08
Event Location: 1
Distance to Fixed Object: NA FT.

Shaded box values: X / 1 / 1 / 3 / 4

## UNIT 1 — DRIVER

Driver Full Name: KENNETH CALEB BRELAND
Street Address: 10210 Country Lane
City and State: Philadelphia, MS
ZIP: 39350
Telephone No.: 601-656-4784

DOB: 05/10/1983    Race: W    Sex: M    DL State: MS    Driver License No.: 426651195
DL Class: R    DL Status: C    List Restrictions: Not Complied With
CDL Status: N    List Endorsements: Not Complied With
Residence Less Than 25 Miles: Yes

Place of Employment: BRELAND BUILDING SUPPLY (PHILADELPHIA MS)
Liability Insurance Co.: PROGRESSIVE
Social Security No.: 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

Driver Condition: 1 - No Defect
Sobriety — Officer's Opinion: Alcohol No, Drugs No; Unk
Type Test Given: 6 - No Test
Test Results: NA

Maneuver: 01
Travel Road Name: AL 183
Road Code: S183
Travel Direction: N
Other Contr Circumstance: 97
Prime Harm Event: 08
Event Loc: 1

### Vehicle
Year: 2001    Make: FORD    Model: NA    Body: NA
VIN: 1FTWW32F11EA31743
License Tag Number: 417-1FQ    State: MS    Year: 2005

Owner's Name: STEVE BRELAND
Street: 10210 Country Lane    City: Philadelphia    State: MS    ZIP: 39350

Type: 3 - Pick Up
Usage: 1 - Personal
Hazardous Cargo: 1 - None
Attachment: (blank)
Contributing Defect: 97 - None
Circle areas Damaged On Diagram: 10 Under Carriage; N/A 95

Speed Limit: 55 MPH    Est. Speed: 55 MPH
Citation Offense Charged: NONE
Damage Severity: 2 - Not Disabled
Vehicle Towed Away?: No
Occupants in Unit: 2
Enter Point of Initial Impact: 95

Vehicle Towed By Whom: N/A    To Where: N/A

## UNIT 2 — DRIVER/PEDESTRIAN

Driver/Pedestrian Full Name: JERRY BASSETT
Street Address: P.O. Box 1015
City and State: Uniontown, AL
Telephone No.: 334-628-5008

DOB: 03/31/2005(?)    Race: B    Sex: M    DL State: AL    Driver License No.: 3832873
DL Class: DM    DL Status: C
CDL Status: N
Residence Less Than 25 Miles: No

Place of Employment: PERRY CO BOARD OF EDUCATION
Liability Insurance Co.: GEICO
Social Security No.: 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

Driver/Ped Condition: 1 - No Defect
Sobriety — Officer's Opinion: Alcohol No, Drugs No; Unk
Type Test Given: 6 - No Test
Test Results: NA

Maneuver/Action: 01
Travel Road Name: AL 183
Road Code: S183
Travel Direction: S
Other Contr Circumstance: 97
Prime Harm Event: 98
Event Loc: (blank)

### Vehicle
Year: 1999    Make: HOND    Model: ODY    Body: (blank)
VIN: 2HKRL1856XH501833
License Tag Number: CH943X    State: AL    Year: 2006

Owner's Name: SAME

Type: 4 - Van
Usage: 1 - Personal
Hazardous Cargo: 1 - None
Attachment: 1 - None
Contributing Defect: 97 - None
Circle areas Damaged On Diagram: 15

Speed Limit: 55 MPH    Est. Speed: 999 MPH
Citation Offense Charged: NONE
Damage Severity: 2 - Not Disabled; 3 - Disabled
Vehicle Towed Away?: Yes
Occupants in Unit: (blank)
Enter Point of Initial Impact: 7

Vehicle Towed By Whom: OLLEGO CITY WRECKER (MARION, AL)
To Where: OLLEGO CITY LOT (MARION, AL)

## CODES

Contributing Circumstances / Driver Maneuvers / Pedestrian Action / Event Loc — (standard code list)

## SEATING

Unit 1: 1, 24, 24, 10, 4, 5, 6, 11, 7, 8, 9
Unit 2: 2, 24, 10, 4, 5, 6, 11, 7, 8, 9

Other Involved Unit (Circle One):
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance / Codes Not Applicable

## CODES — SAFETY EQUIPMENT
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Fastened
12 - Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Neither Used
23 - Shoulders Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Terry Bassett | P.O. Box 1015 Uniontown, AL | 2 | 1 | K | 45 | M | N | N |

Taken To: Julia White Funeral Home, Uniontown, AL
Taken By: Phillip White

Name: N/A
Taken To: N/A
Taken By: N/A

### CODES
Injury Type: K - Killed, A - Visible or Carried from Scene, B - Bruise/Abrasion/Swelling, C - Not Visible—Has Pain/Faint
Ejected: N - Not, F - Fully, P - Partially, T - Trapped, U - Unknown, A - Not Applicable
First Aid By: A - Ambulance Attended, D - Doctor, M - Paramedic, O - Other, P - Police, U - Unknown, N - None

## NARRATIVE AND DIAGRAM

— SEE SHEET 2 OF 2

**Officer's Opinion of What Happened:** UNIT 1 WAS TRAVELING NORTH ON AL-183 WHEN A METAL AWNING BROKE OFF A HORSE TRAILER BEING PULLED BY UNIT 1. THE METAL STRUCK UNIT TWO WHICH WAS TRAVELING SOUTH ON AL-183. THE DRIVER OF UNIT 2 WAS ALSO STRUCK BY THE METAL PIECE. UNIT 2 LEFT THE ROADWAY AND CAME TO A FINAL REST AFTER STRIKING A FENCE. THE DRIVER OF UNIT 2 WAS IDENTIFIED BY CLIFFORD COLEMAN, PERRY CO CORONER GEORGE PULLOM. CONT →

## ROADWAY ENVIRONMENT

Unit 1: 1  Unit 2: 2

Contributing Road Defects: (0)(0) None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other
Surface Construction: (1)(1) Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other
Condition: (2)(2) Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other
Accident In Or Related To Road Construction Zone?: Yes / (No), Yes / (No)
Material In Roadway (Contributing): (0)(0) None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other
Material Source: (1)(1) Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown
Character: (1)(1) Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: (97)(97) Not Obscured; 1 - Buildings; 2 - Signboard; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R. Cross Bucks/Pave. Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; (97)(97) None; 98 - Other
Traffic Control Functioning: Yes/No, Yes/No — (N/A)(N/A)
DOT Railroad Crossing No.: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; (3)(3) Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 98 - Other Barrier

Trafficway Lanes: 1 - One Lane; (2)(2) Two Lanes; 3 - Three Lanes; 4 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More

One-Way Street: Yes / (No), Yes / (No)

Light: (1) Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; 5 - Darkness—Road Lit
Weather: (1) Clear; 2 - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other
Locale: (1) Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other
Non-Vehicular Property Damage: 1 - None Visible; (3) Moderate; 2 - Light; 4 - Severe

Property Damage Description: FENCE
Owner: UNKNOWN
Address: UNKNOWN

## INVESTIGATION

Time Police Notified: 2:43 PM
Time Police Arrived: 3:21 PM
Time EMS Arrived: 2:50 PM
Name of Photographer: NONE

Witness Full Name: N/A
Witness Full Name: N/A

Name of Investigation Officer: TPR Donald R. Shepard
Officer ID: 1080
Agency ORI: AL AST 2700
Supervisor Reviewed: (initials) 03/26/2005

Name of Other Investigation Officers at Scene: N/A

Signature of Investigating Officer: (signed)
Date: 03-15-2005

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. 55006513

SHEET 2 OF 2 SHEET(S)

AST No. 34 Rev. 4/86

**SUPPLEMENTAL SHEET**

### ADDITIONAL ACCIDENT VICTIMS

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|------|---------|----------|----------|----------|-----------|-------------|-----|-----|----------|--------------|
| 3 | N/A | | N/A | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

PRONOUNCED THE DRIVER OF UNIT 2 DECEASED AT 3:15 PM. THE VICTIMS WIFE ROSELYN BASSETT WAS NOTIFIED BY THE UNIONTOWN POLICE DEPT.

ADDITIONAL NARRATIVE SPACE

Hand-drawn accident diagram:

- 22FT (road width)
- POINT OF IMPACT
- HORSE TRAILOR
- METAL AWNING FROM TRAILOR
- N (north arrow)
- FENCE
- TREES
- AL-183
- FINAL REST POSITION

Form fields:
- Diagram Not to Scale; Diagram Scale 1 inch = (20 feet) / (10 feet)
- Location: PERRY COUNTY
- Time: 2:30 PM MT
- Signature of Reporting Officer(s): TPR DONALD R. SHEPPARD
- Officer ID: 1093
- Reporting Police Agency ORI: ALAST 2700
- Date: Month 03, Day 11, Year 2005