

**PLAINTIFF'S EXHIBIT 2**

COPY

1

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE MIDDLE DISTRICT OF ALABAMA

3                    NORTHERN DIVISION

4

5  ROSALYN BASSETT, as the
   administratrix and personal
6  representative of the Estate of
   TERRY BASSETT, SR.,
7
         Plaintiff,
8
   Vs.                              CIVIL ACTION NO.
9                                      2:05cv1183F
   KENNETH BRELAND; and GEICO
10 CASUALTY COMPANY,

11       Defendants.

12            * * * * * * * * * * * *

13

14       **DEPOSITION OF MR. DONALD R. SHEPARD**, taken

15 pursuant to stipulation and agreement before Pamela

16 A. Wilbanks, Registered Professional Reporter and

17 Commissioner for the State of Alabama at Large, in

18 the Law Offices of Pitts, Pitts & Williams, AmSouth

19 Bank Building, Suite 201, AmSouth Building, Selma,

20 Alabama, on Monday, March 27, 2006, commencing at

21 approximately 9:05 a.m.

22

23            * * * * * * * * * * * *

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

28

```
 1          the awning had broken off.  But I guess to
 2          answer your question, any in-depth I guess
 3          scientific analysis, no, sir.
 4     Q.   Did you inspect the awning and the parts to an
 5          extent to where you were able to devise a
 6          theory as to what had happened that day?
 7     A.   Yes, sir.
 8     Q.   What was that?
 9     A.   In my opinion, the awning broke off and
10          actually swung around as Mr. Bassett was
11          traveling south.  The awning and the vehicle
12          connected, and the driver's side corner of the
13          vehicle is where the awning struck and
14          actually went through and struck Mr. Bassett.
15     Q.   Were there any marks on the roadway that you
16          related to the accident?
17     A.   I don't recall.  No, sir.  As far as skid
18          marks or anything?
19     Q.   Well, I was thinking either skid marks or
20          marks where maybe the awning may have hit the
21          pavement.  Anything like that?
22     A.   I don't recall.  I know there wasn't any skid
23          marks.  I don't recall any.  I don't recall
```