

1

1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE MIDDLE DISTRICT OF ALABAMA

3     NORTHERN DIVISION

4

5  ROSALYN BASSETT, as the
   administratrix and personal
6  representative of the Estate of
   TERRY BASSETT, SR.,
7
          Plaintiff,
8
   Vs.                                    CIVIL ACTION NO.
9                                          2:05cv1183F
   KENNETH BRELAND; and GEICO
10 CASUALTY COMPANY,

11        Defendants.

12            * * * * * * * * * * * *

13

14        **DEPOSITION OF MR. ALBERT TURNER,** taken

15 pursuant to stipulation and agreement before Pamela

16 A. Wilbanks, Registered Professional Reporter and

17 Commissioner for the State of Alabama at Large, in

18 the Law Offices of Pitts, Pitts & Williams, AmSouth

19 Bank Building, Suite 201, AmSouth Building, Selma,

20 Alabama, on Monday, March 27, 2006, commencing at

21 approximately 12:30 p.m.

22

23            * * * * * * * * * * * *

PLAINTIFF'S
EXHIBIT
tabbies
3

43

1   Q.   Do you remember anything about what that

2        trooper at the barn looked like?

3   A.   I know he was white.  I'm just not sure.  I'm

4        not clear on -- I know it wasn't no -- I

5        didn't stay there long talking with him.  I

6        know that because I think the guy -- I didn't

7        stay long at the barn talking giving no

8        statement, but I think I stayed there long

9        enough for them to get who I was and how they

10       could contact me.  And then I know I said,

11       well, that's -- that's the guy right there;

12       that's the truck and trailer.

13  Q.   Anything else you remember about that day we

14       haven't talked about?

15  A.   No, nothing else important.

16                   MR. HIGGINS:  I think that's all

17                   I've got.  I appreciate you

18                   coming down.

19                   MR. CROW:  Let me ask you just a

20                   couple of follow-up questions.

21                          **EXAMINATION**

22  BY MR. CROW:

23  Q.   When you were traveling south on 183 and you

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

44

1     said you recognized the van in front of you

2     about 100 to 200 yards ahead of you, do you

3     recall seeing a vehicle in front of that van

4     or behind that truck and trailer down 183?

5  A.  Huh-uh (negative response).  No.

6  Q.  The area where that truck and trailer pulled

7     off of that barn, do you know who lives there

8     or whose barn that was?

9  A.  I know -- They called it Buster Sealy's

10    (phonetic) barn.  I'm guessing it's Buster

11    Sealy's.  The senator (phonetic) Buster Sealy.

12    That's what they call that barn.

13  Q.  You mentioned Phillip White.  Is that the

14    funeral home director?

15  A.  Yeah.  And he's the mayor, and he was a friend

16    of Reverend Bassett.

17  Q.  What's the distance or how far is it from

18    where that Oak Grove Church is to where this

19    incident occurred if you had to give yards or

20    miles?

21  A.  It ain't no miles.  Yards.  I'd maybe say

22    maybe two or three hundred yards, two or three

23    football fields.