```
                                                              1

 1       IN THE UNITED STATES DISTRICT COURT

 2        FOR THE MIDDLE DISTRICT OF ALABAMA

 3                 NORTHERN DIVISION

 4

 5

 6   ROSALYN BASSETT, as the

 7   Administratrix and Personal

 8   Representative of the Estate

 9   of TERRY BASSETT, SR.,

10

11        Plaintiffs,

12

13   v.                          CASE NO:

14                               2:05cv1183-MEF

15   KENNETH BRELAND and

16   GEICO CASUALTY COMPANY;

17

18        Defendants.

19

20

21

22           DEPOSITION OF:

23

24           CALEB BRELAND            ORIGINAL

25
```

PLAINTIFF'S EXHIBIT 4

Esquire Deposition Services (205) 458-1360

9

1    A. 22.

2    Q. And as I understand it, was your

3 brother in this pickup truck with you the

4 day that this incident occurred?

5    A. Yes, sir.

6    Q. What's his name?

7    A. Jacob.

8    Q. Jacob.

9       VIDEOGRAPHER: Sir, I need to go off

10 the record. We are not getting sound on the

11 witness.

12      MR. CROW: Okay.

13      VIDEOGRAPHER: We are off the record

14 at nine o'clock.

15

16              (Break taken.)

17

18      VIDEOGRAPHER: We are on the record at

19 9:06.

20

21   (Court Reporter read back testimony.)

22

23   Q. (By Mr. Crow) This incident occurred

24 about 2:30 in the afternoon on March the

25 11th, 2005. Where had you and your brother

```
                                                              10
 1   left from before you -- before this incident
 2   occurred?
 3        A. Our house.
 4        Q. Okay.  Over in Philadelphia?
 5        A. Yeah.
 6        Q. And where were you going?
 7        A. To Phil Robison's house.
 8        Q. Phil Robison?
 9        A. I think it's Robison.
10        Q. Do you know how to spell it?
11        A. R-O-B-I-S-O-N, I believe.
12        Q. Okay.  And what was the purpose of the
13   trip to go to Mr. Robison's house?
14        A. We were going to the rodeo at
15   Montgomery the next day.
16        Q. Okay.  From the time that you left
17   your house in Philadelphia until the time
18   that the incident occurred over near Union
19   Town, had you and your brother stopped
20   anywhere along the way?
21        A. No, sir.
22        Q. The horse trailer that you were
23   pulling with the truck, who hooked that
24   trailer up to the pickup truck?
25        A. I did.
```

11

1    Q. You did. And was the horse trailer at
2  your -- I'm going to call it your parent's
3  house, where you live.
4    A. Yes, sir.
5    Q. Is that where you picked it up?
6    A. Yes, sir.
7    Q. Does Phil Robison -- where does he
8  live?
9    A. I'm not sure what road number it is,
10 but on that road that the incident happened.
11   Q. On Highway 183?
12   A. Yes.
13   Q. He lives on that road?
14   A. Yes, sir.
15   Q. Just north of Union Town?
16   A. Yes, sir.
17   Q. And how do you know Mr. Robison?
18   A. Just from roping and going to rodeos
19 and stuff.
20   Q. Did you have some horses in your
21 trailer that morning or that afternoon?
22   A. Yes, sir.
23   Q. How many horses were in the trailer?
24   A. Two.
25   Q. Let's get a little background

22

1    attached to the standard mirror to assist
2    you in looking either down the passenger's
3    side or the driver's side of the truck and
4    trailer?
5        A. No, sir.
6        Q. Do you know what I'm talking about?
7    Those little --
8        A. Yes, sir. You can get them little
9    add-on things.
10       Q. Yeah. Did you have those on?
11       A. No, sir.
12       Q. Do you recall about what time you and
13   your brother left Philadelphia, Mississippi,
14   that afternoon or morning going to Mr.
15   Robison's house?
16       A. Around noon.
17       Q. Okay.
18       A. A little after.
19       Q. All right. And tell me what route you
20   and your brother would have taken from
21   Philadelphia, Mississippi, to get to Mr.
22   Robison's house.
23       A. Took Highway 16 East to Dekalb and
24   then to Scooba and then I think it's Highway
25   17, take a right on Highway 17. I'm not

33

1    A. No, sir.

2    Q. Okay. Let me see that, please. Thank

3 you. Tell me a little bit -- well, tell me

4 what you recall happening on the day the

5 incident occurred. Let's just say from the

6 time that you got to Union Town and made a

7 left-hand turn going north on Highway 183.

8    A. Just a regular sunny day, the wind was

9 blowing extremely hard. And I had slowed

10 down because the wind -- it was enough to

11 move the truck and trailer, you know, kind

12 of blowing it and just kind of rocking it

13 some.

14   Q. Right. Had you noticed -- had you

15 slowed your trailer or your driving down on

16 the truck and trailer prior to that time

17 because of the wind?

18   A. Yes, sir.

19   Q. And when you say windy, do you recall

20 what the weather conditions were like that

21 day? What kind of winds, five or ten,

22 fifteen?

23   A. Probably -- I mean, I really couldn't

24 -- I really don't know.

25   Q. Okay. Had you had any problems

34

1  keeping your truck and your trailer on the
2  highway prior to the time that the incident
3  occurred?
4     A. No, sir. It just kind of wasn't
5  necessarily having trouble keeping it on the
6  highway. It was just kind of rocking the
7  truck a little bit with the trailer more
8  than anything.
9     Q. All right. As I understand it, you
10 slowed your speed down?
11    A. Yes, sir.
12    Q. To try to keep your truck and trailer
13 under control?
14    A. Yes, sir. I mean, I wasn't in any
15 hurry. And it was about two miles from
16 where I was going, so.
17    Q. Okay. And were you keeping a lookout
18 to the rear of your truck and your trailer
19 by using your outside mirrors?
20    A. Yes, sir.
21    Q. And when was the first time that you
22 realized something had gone wrong with the
23 trailer?
24    A. When the wind was blowing and I turned
25 and looked in my rearview mirror and I saw

35

1  it come off. The awning come off, the front
2  part come off.
3     Q. Okay. And from the time that you saw
4  that awning come off until the time that the
5  awning made contact with Mr. Bassett's
6  vehicle, how much time had elapsed?
7     A. I'm not sure how much time, but it was
8  pretty quick.
9     Q. Okay. Tell me what you did at the
10 time that you saw that the awning had come
11 off the trailer. What did you do?
12    A. I turned back around and hit my
13 brakes, put on my brakes, you know. And
14 that's when I saw Mr. Bassett.
15    Q. Okay. Did you -- when you put your
16 brakes on, did you try to pull your truck
17 and your trailer off to the side of the
18 road?
19    A. I tried to get over as much as I
20 could.
21    Q. Okay. When was the first time that
22 you saw Mr. Bassett's van prior to the time
23 it made contact with the awning?
24    A. When he was probably about at my front
25 bumper.

36

1   Q. Okay. Had you seen any other vehicles
2   go by your truck and trailer prior to the
3   time Mr. Bassett's van was approaching?
4   A. What do you mean?
5   Q. Well, that wasn't a very good
6   question. Let's say within five or ten
7   seconds prior to the time the awning made
8   contact with Mr. Bassett's van, did you
9   notice any other vehicles in front of Mr.
10  Bassett's van?
11  A. No, sir.
12  Q. Did you notice any vehicles behind Mr.
13  Bassett's van prior to the time the awning
14  made contact with his van?
15  A. No, sir.
16  Q. In the five weeks that you owned the
17  trailer, was that the first time that you
18  noticed anything was wrong with the awning?
19  A. Yes, sir.
20  Q. And as I understand it, neither you
21  nor anyone in your family or anyone else had
22  unfurled and extended the awning out when
23  you bought it?
24  A. No, it had not been undone.
25  Q. And do you know whether or not either

37

1  you or your brother or anyone in your family
2  or anyone that you know of had ever checked
3  the awning to make sure that the latches and
4  locks were properly secured?
5     A. I'm not sure if anyone else had or
6  not.
7     Q. But you know you had not?
8     A. I know I had not. I was just telling
9  you, the awning was up there.
10    Q. Okay. What about your brother?
11    A. I'm not sure if he had or not.
12    Q. When you said you noticed in the
13 mirror that the awning had come off the
14 trailer, are you talking about the part of
15 the awning that's closest to the truck had
16 come from -- detached from the trailer and
17 was hanging out?
18    A. Yes, sir.
19    Q. How far from the trailer was the
20 awning extending out when you first saw it?
21    A. I'm not sure. It was enough to be
22 hanging over in the other lane.
23    Q. Okay. Was the awning, when you saw it
24 at all times that you saw it prior to the
25 time it made contact with Mr. Bassett's van,

38

1  was it constantly staying extended out from
2  the trailer or was it moving back and forth
3  banging against the trailer, I guess would
4  be the way to put it?
5      A. I'm not sure. As soon as I saw it, it
6  came out and I turned around, and Mr.
7  Bassett was right there.
8      Q. When the awning made contact with Mr.
9  Bassett's van, did the awning come
10 completely disengaged from the trailer?
11     A. The cylinder part did.
12     Q. The cylinder part, that's the roll --
13 the part that's rolled up in the awning?
14     A. It's got the tarp, yes, sir, the tarp.
15     Q. That part became disengaged, but the
16 extension arms still --
17     A. Yes, sir. They were still on there.
18     Q. When you noticed that the awning had
19 become detached from the trailer, was it
20 just the cylinder that was -- had become
21 detached, or was it still attached to one of
22 the arms?
23     A. It was still attached to the arm at
24 the front cylinder and the front arm.
25     Q. We are looking at page 2 of Exhibit 2,

```
                                                              39
 1    which has a Bates stamp on there, Breland
 2    0002.  And down in the bottom left-hand
 3    corner, it shows the diagram of the awning
 4    that's extended.  Just so I understand, was
 5    the awning -- had it become unfurled and was
 6    hanging out like this?
 7        A.  Yes, sir.  You know, this is -- on the
 8    diagram, yeah, that's the back.
 9        Q.  The front --
10        A.  This part was the front, yeah.  It
11    came out and the back was still --
12        Q.  Still attached?
13        A.  -- still attached.  All of -- you
14    know, all of this, it kind of -- I guess it
15    looked like it would if it was locked, the
16    back did.  And the front was out like this.
17        Q.  All right.  And up on the top -- it
18    says -- of this diagram, Bates stamp number
19    two, it shows the awning completely extended
20    out.  Now, the part that became detached,
21    was it unfurled, or just was it still
22    wrapped under the spool and the spool was
23    hanging out?
24        A.  Yeah, the spool, it came away from the
25    trailer itself.  You know, it didn't roll
```

40

1   out like it is showing right here.

2       Q. Okay. All right.

3       A. No. It was all still rolled up.

4       Q. All right. So the awning was still

5   wrapped around the spindle, and it became

6   detached from the trailer and was actually

7   hanging out from the trailer?

8       A. Yes, sir.

9       Q. All right. And did not unfurl or

10  extend out like this diagram?

11      A. No, sir.

12      Q. All right. And as I understand it,

13  when it made contact with Mr. Bassett's

14  vehicle, the awning on the spool got --

15  became disengaged from the awning mechanism

16  of the unit itself?

17      A. Yes, sir.

18      Q. And it was I think laying on the

19  ground somewhere?

20      A. Yes, sir.

21      Q. Now, once you realized that the awning

22  had made contact with Mr. Bassett's vehicle,

23  as I understand it, you were already slowing

24  your truck and trailer down at that point?

25      A. Yes, sir.

41

1     Q. Do you have an estimate or an opinion
2  about how fast your truck and trailer were
3  traveling at the time that the awning made
4  contact with Mr. Bassett's van?
5     A. It was under the speed limit.
6     Q. Okay. Do you know what the speed
7  limit was on Highway 183 that day?
8     A. I'm not sure.
9     Q. Had you ever traveled that road
10 before?
11    A. Yes, sir.
12    Q. You'd been to Mr. Robison's house
13 several times --
14    A. Yes.
15    Q. -- before this day?
16    A. Yes, sir.
17    Q. Prior to the time that the awning made
18 contact with Mr. Bassett's van, had your
19 brother said anything to you about he
20 noticed that the awning was hanging off the
21 trailer?
22    A. No, sir.
23    Q. Had any cars either approaching you
24 from the front or any cars that maybe had
25 passed you prior to the time the incident

42

1  occurred, did they ever flash their lights
2  at you or blow the horn at you to indicate
3  there might be something wrong with the
4  trailer?
5      A. No, sir.
6      Q. Once you got your truck and trailer
7  stopped, tell me what you did then.
8      A. My buddy's truck was there, and he was
9  in his truck.
10     Q. Your buddy?
11     A. Phil. The awning was hanging off, and
12 there is no shoulder right there.
13     Q. Right.
14     A. So I just pulled right up on top of
15 the other hill, the next hill over. And I
16 thought it hit -- and I knew we hit him.
17 And I said, "We've got to go back down
18 there. You know, we had a wreck." And I
19 had my insurance information, you know, and
20 all of that. We went back down there and
21 saw the van.
22     Q. Okay. So as I understand it, when you
23 knew the awning made contact with Mr.
24 Bassett's van, are you telling me there was
25 nowhere to pull off on the shoulder of the

43

1  road?

2     A. Yes, sir.

3     Q. Okay. So you kept driving down the

4  highway until you got to a place where you

5  could pull off the road?

6     A. Yes, sir.

7     Q. Was that at Mr. Robison's house?

8     A. It was at their barn.

9     Q. At their barn. Okay. And did you

10 pull your truck and trailer off the highway

11 into his barn or the area around the barn?

12    A. Yes, sir.

13    Q. Okay. And as I understand it, you got

14 your insurance information out of --

15    A. Yes, sir.

16    Q. -- the glove box, I assume?

17    A. Yes, sir.

18    Q. Did you get into another truck and go

19 back down the highway?

20    A. Yes, sir.

21    Q. Whose truck did you get in?

22    A. Phil's.

23    Q. Okay. What kind of truck was he

24 driving?

25    A. Ford F250.