IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, As the Administratrix and Personal Representative of the Estate of TERRY BASSETT, SR., <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH BRELAND, et al., <br><br> Defendants. | § § § § § § § § § § § § § Case Number: 2:05-CV-1183-MEF |

## INITIAL DISCLOSURES OF DEFENDANT OUTLAW CONVERSIONS LP

Defendant, Outlaw Conversions LP ("Outlaw"), hereby makes its initial disclosures required by Rule 26(a) of the Fed. R. Civ. P.:

### Initial Disclosures

A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response:** The following persons are likely to have discoverable information that may be used to support Outlaw's claims and defenses:



PLAINTIFF'S EXHIBIT 6

| **Name** | **Subject Matter** |
|---|---|
| Russ Walker<br>Outlaw Conversions LP<br>c/o R. Austin Huffaker, Jr.<br>184 Commerce Street<br>Montgomery, AL 36104 | Assembly of the trailer for DCL Trailers LLC. |
| Kenneth Breland<br>Defendant<br>c/o S. Anthony Higgins<br>P.O. Box 4128<br>Montgomery, AL 36103 | Owner of the trailer. |
| Jacob Breland<br>c/o S. Anthony Higgins<br>P.O. Box 4128<br>Montgomery, AL 36103 | Owner of the trailer. |
| George Pullom<br>Perry County Coroner<br>Rt. 1, Box 51<br>Uniontown, AL 36786 | Photographed and investigated matter. |
| Albert Turner, Jr.<br>106 Davis Street<br>Marion, AL | Witness to incident. |
| Albert Holmes<br>27 Cedar Hill Estates<br>Uniontown, AL | Information concerning accident. |
| Representative of Hart Mfg., Inc.<br>Defendant<br>c/o Dennis P. McKenna<br>P.O. Box 2866<br>Mobile, AL 36652 | Manufactured the trailer. |
| Representative of Dometic Corp.<br>Defendant<br>c/o Brian T. Mosholder<br>4121 Carmichael Road<br>303 Sterling Centre<br>Montgomery, AL 36101 | Manufactured the awning and provided instructions for the installation of the awning. |

| | |
|---|---|
| Donald J. Nowell<br>12960 Road 397<br>Philadelphia, MS | Prior owner of the trailer. |
| DCL Trailers LLC<br>12130 Pecan Avenue<br>Philadelphia, MS 39350-5232 | Prior owner of the trailer and ordered the conversions to the trailer. |
| Lorrie Stokes<br>12130 Pecan Avenue<br>Philadelphia, MS 39350-5232 | Member of DCL Trailers LLC and ordered the conversions to the trailer. |
| H. Duane Stokes<br>12130 Pecan Avenue<br>Philadelphia, MS 39350-5232 | Member of DCL Trailers LLC and ordered the conversions to the trailer. |

B.   A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response:**   See attached.

C.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:**   Not applicable at this time.

D.   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments

3

made to satisfy the judgment.

**Response:** A copy of the policy is available for review at the undersigned counsel's office.

Respectfully submitted this the 6 day of July, 2006.

_____
ROBERT A. HUFFAKER (HUF003)
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorneys for Outlaw Conversions LP

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 262-6277 Facsimile

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following individuals by placing a copy of same in the United States mail, postage prepaid, this the _6_ day of July, 2006.

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36103-4160

Gerald Swann, Jr.
BALL, BALL, MATTEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, AL 36103-4128

Dennis McKenna
J. Ritchie M. Prince
PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
Post Office Box 2866
Mobile, AL 36652

Brian Mosholder
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

_____
OF COUNSEL