IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROSALYN BASSETT, as the Administratrix and personal representative of the Estate of TERRY BASSETT, SR.,

Plaintiff,

Vs.

KENNETH BRELAND; and GEICO CASUALTY COMPANY,

Defendants.

CASE NO.: 2:05cv1183-MEF

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO
HART MANUFACTURING, INC.

Pursuant to Rule 34, Federal Rules of Civil Procedure, Plaintiff requests that Defendant Hart Manufacturing, Inc., produce the following documents and things for copying and inspection:

1. Please produce a copy of any and all letters, memos, or any other notification wherein this defendant was notified of the incident which forms the basis for this lawsuit.

2. Please produce a complete and legible copy of any and all documents which reflect the date and place of manufacture and sale of the subject trailer and awning which form the basis of this lawsuit.



3. Please produce a complete and legible copy of any and all incident reports, writings, e-mail, computer files, articles, risk management reports and/or any other documents and things wherein this Defendant was notified that an awning unintentionally opened, unrolled or otherwise broke free from a trailer sold by this Defendant.

4. Please produce a complete and legible copy of any and all complaints, lawsuits, settlement agreements, files, reports, lists, risk management reports, presentations, or insurance claims data which reflect any allegations of injury caused by awnings unintentionally opening, unrolling or otherwise breaking free from any trailers sold by this Defendant.

5. Please produce a complete and legible copy of any and all warnings, brochures, labels, or any other documents that accompanied the subject trailer and awning at the time they left the hands of this Defendant.

6. Please produce a complete and legible copy of any and all documents received by this Defendant relative to the subject trailer and awning from any source.

7. Please produce a complete and legible copy of any and all documents and/or things which reflect any recall or attempt to recall or notify users of any safety related issues relative to the use of awnings and trailers sold and/or distributed by this Defendant.

8. Please produce any and all documents including, but not limited to reports, meeting minutes, memoranda and studies, prepared by or sent to any claims representative of this Defendant that pertain to or otherwise refer to and/or discussed the possibility of injuries caused by awnings attached to trailers.

9. Please produce a complete and legible copy of any and all instructions and warnings provided by this Defendant for the prevention of injury caused by awnings attached to trailers.

10. Please produce a complete and legible copy of the current curriculum vitae of any expert this Defendant has consulted with or expects to testify at trial of this matter.

11. Please produce a complete and legible copy of any and all standards, regulations, requirements or internal criteria which this Defendant contends apply to the subject trailer and awning.

12. Please produce a complete and legible copy of any and all documents which reflect the relationship between this Defendant and any other defendant named in this lawsuit.

13. Please produce a complete and legible copy of any and all instructions provided for intended users of this Defendant's awnings and trailers.

14. Please produce a complete and legible copy of any insurance policy that may arguably provide coverage for the incident which forms the basis for this lawsuit.

15. Please produce an exemplar owner's manual for the subject horse trailer.

16. Please produce the document retention policies and procedures for this Defendant.

17. Please produce any and all materials received and/or distributed by this Defendant that relate in any way whatsoever to the subject horse trailer and awning.

18. Please produce any and all photographs, motion pictures, videotapes, surveys, charts, plats, drawings and diagrams that were made of any persons, places or things, by or on behalf of this Defendant or any other person or company in connection with this litigation.

19. Please produce any and all documents this Defendant relies upon to support any affirmative defenses set out in Defendant's Answer to the Complaint and Amendment.

20. Please produce each and every document, exhibit and demonstrative evidence of whatever nature that this Defendant or its representatives intend to offer at the trial of this matter.

21. Please produce any and all documents identified in this Defendant's responses to Plaintiff's interrogatories.

22. Please produce any and all documents, records or memoranda reflecting communications between this Defendant and Defendant Outlaw and/or Defendant Dometic, including their predecessors and successors, related to any and all problems, failures, recalls, retrofits, testing, alternative designs, and/or warnings concerning the addition of awnings to horse trailers.

23. Please produce any and all agreements or contracts between this Defendant and Defendant Outlaw and/or Defendant Dometic referencing, concerning and/or pertaining to the addition of awnings.

24. Please produce a complete and legible copy of any statements taken from any witness or party in this lawsuit.

25. Please produce a complete and legible copy of any reports, memoranda, recommendations, or other materials generated as a result of the incident that forms the basis of this lawsuit.

26. Please produce a privilege log setting forth any documents withheld by this Defendant pursuant to any claimed privilege.

D. MICHAEL ANDREWS (AND076)
MICHAEL J. CROW (CRO039)
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 FAX

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732
(334) 289-2255
(334) 289-2259 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 14th day of February, 2007.

OF COUNSEL

**Attorney for Geico Casualty Company**
Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222

**Attorney for Kenneth Breland**
Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585
(334) 215-7101

**Attorney for Hart Manufacturing, Inc.**
Dennis McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652
(251) 433-5441
(251) 431-0159 FAX

**Attorneys for Dometic Corporation**
Brian Mosholder
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106
(334) 213-5600
(334) 213-5650 FAX

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

**Attorneys for Outlaw Conversions**
Robert A. Huffaker
R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
(334) 206-3100
(334) 262-6277 FAX