Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROSALYN BASSETT, as the )
Administratrix and personal )
representative of the estate )
of TERRY BASSETT, SR., )
)
     Plaintiff, )
)
VS. ) CASE NO. 2:05cv1183-MEF
)
KENNETH BRELAND; and GEICO )
CASUALTY COMPANY, )
)
     Defendants. )

VIDEO DEPOSITION OF KAREN K. HART

TAKEN ON BEHALF OF THE PLAINTIFF

IN CHICKASHA, OKLAHOMA

ON APRIL 18, 2007

REPORTED BY: ROSIE STANDRIDGE, CSR

**PLAINTIFF'S EXHIBIT 12**

Page 15

1  as the physical location of the prospective dealer.
2  What, if anything, was done to check out the dealer
3  location for DCL Trailers?
4       A.   I don't know.
5       Q.   Is that something that you've looked at
6  to -- to be prepared for today?
7       A.   No.
8       Q.   All right.  You knew that DCL was the dealer
9  in this case, right?
10      A.   Yes.
11      Q.   All right.  What, if any, documents have you
12 looked at to get ready for today's deposition?
13      A.   I have looked at the invoice.  And that's
14 basically the -- the dealer file which had a copy of
15 the -- the e-mail where he contacted us and a copy of
16 a letter that he wrote to us, the work order.
17      Q.   The work order for the subject trailer?
18      A.   For the subject trailer.
19      Q.   Okay.  Were there other work orders there
20 also?
21      A.   No.
22      Q.   Was that the only trailer they ordered from
23 you?
24      A.   That was the only one I looked at.
25      Q.   What other documents are in the dealer

e73dcb9d-cf8d-4b29-a34c-8382315e3196

1  folder?

2     A.   I don't recall.

3     Q.   You don't have that folder with you today,
4  do you?

5     A.   No.

6     Q.   What other documents are there back at Hart
7  Trailers that would deal in any way with DCL Trailers
8  or the subject trailer that we're here about?

9     A.   Repeat that, please.

10    Q.   What other documents other than this dealer
11 folder that we know about now are there back at Hart
12 Trailers that would deal in any way with DCL Trailers
13 or the trailer we're here about?

14    A.   There would be other invoices for other
15 trailers he purchased.

16    Q.   And when you say "he," who are you referring
17 to?

18    A.   Dr. Stokes.

19    Q.   And Dr. Stokes, just for the record, what is
20 his relationship with DCL?

21    A.   I assume he is the owner, he and his wife.

22    Q.   Do you know what facility DCL Trailers has
23 to sell Hart trailers?

24    A.   No.

25    Q.   Do you know if anybody ever went out and

Page 17

1    took a look at their operation to see if they were
2    equipped to sell trailers?
3        A.    I don't recall.
4        Q.    Is there any sort of background check to
5    make sure the person selling a Hart trailer is -- is
6    in any way qualified to sell that trailer?
7        A.    No.
8        Q.    When a DCL -- strike that.
9              When a Hart dealer sells a Hart trailer,
10   what are the duties or responsibilities, I guess, of
11   the dealer and Hart after the sale?  For example, if
12   someone who purchases a trailer has some issue with
13   it, a bearing on the wheel, a latch on the gate, for
14   example, needs repair or replacement, what happens?
15       A.    They would contact Hart Manufacturing.
16       Q.    They contact Hart direct?
17       A.    Yes.
18       Q.    They don't go through the dealer?
19       A.    Sometimes they do.  Sometimes they -- they
20   don't.  They come direct.
21       Q.    All right.  Is there paperwork with the
22   trailer that says to the ultimate purchaser, if you
23   have a problem with this, contact Hart direct?
24             MR. MCKENNA:  You mean actually kept in the
25   trailer?  I mean, there's a warranty that's delivered

e73dcb9d-cf8d-4b29-a34c-8382315e3196

1   that we could go back and look at?
2      A.   They would have submitted a claim, which
3   would include a copy of the advertising, a copy of the
4   billing for the advertising, and a copy of their
5   check.
6      Q.   Where would that be found today, though, in
7   Hart's records?
8      A.   I don't believe it has been maintained.
9      Q.   Those documents are just discarded?
10     A.   Yes.
11     Q.   Are there any restrictions contained in the
12  Hart dealer agreement that prevent a dealer from
13  modifying a Hart trailer?
14     A.   I don't recall.
15     Q.   I'll give it back to you and let you take a
16  look.
17     A.   I don't see anything concerning that.
18     Q.   All right.  Well, are you aware of instances
19  in the past where Hart dealers have -- have modified
20  or have hired someone to make modifications to a
21  trailer before it's sold?
22     A.   They have living quarters installed in our
23  trailers.
24     Q.   All right.  Now, the trailer is manufactured
25  in such a way that the living quarters can be

Page 30

1  installed in there or does somebody have to go back
2  and -- and cut parts of the trailer to make that fit?
3       A.   The conversion companies will tell us
4  certain things they need.  For example, the placement
5  of windows, we will place the windows where they tell
6  us to.  Holding tanks, they'll tell us where the
7  holding tanks are going to be.
8       Q.   Holding tanks being water tanks?
9       A.   Wastewater tanks.
10      Q.   Okay.  What else?
11      A.   This is not my area of expertise.  I've
12 given you a coup -- two examples that I know of.
13      Q.   Who would I need to talk to at Hart that
14 could go through the list of changes that Hart makes
15 to its trailers to accommodate conversion companies?
16      A.   It would be our sales manager.
17      Q.   Who is that?
18      A.   Randy Stamper.
19      Q.   I'm sorry?
20      A.   Randy Stamper.
21      Q.   Stamper?
22      A.   Uh-huh.
23      Q.   All right. Who are some of the conversion
24 companies that Hart deals with?
25      A.   Again, I am not involved in this.  I know we

e73dcb9d-cf8d-4b29-a34c-8382315e3196

1   Q.   All right.  Did you see stages of -- various
2 stages of conversions going on to Hart trailers?
3   A.   Yes.
4   Q.   In other words, they had trailers there they
5 were working on?
6   A.   Yes.
7   Q.   All right.  Did you see them installing
8 awnings on the trailers?
9   A.   I don't recall seeing that.
10  Q.   Could have; you just don't remember it?
11  A.   I don't remember seeing that.
12  Q.   All right.  What do you remember seeing them
13 do to Hart trailers?
14  A.   My husband and John were looking at the
15 trailers and I was standing back watching them.  I was
16 not actually looking at the trailers.
17  Q.   So you just don't know that much about the
18 trailers to know what they were doing?
19  A.   No.
20  Q.   All right.  So do you think I should
21 probably talk to somebody else at Hart who knows more
22 about the trailers?
23       MR. MCKENNA:  To determine what they were
24 looking at when they went to Outlaw?
25  Q.   (BY MR. ANDREWS)  Well, if you don't know

e73dcb9d-cf8d-4b29-a34c-8382315e3196

1  enough about the trailers to know what they were doing
2  to them, I'm wondering if there's somebody else maybe
3  I should direct my questions to.
4         When you were there at Outlaw and you were
5  watching on this tour --
6     A.   Uh-huh.
7     Q.   -- you don't remember anything about what --
8  what was being done to the trailers?
9     A.   Not specifically, no.
10    Q.   All right.  You don't remember if they were
11 putting living quarters in them?
12    A.   Yes.  They -- they were installing living
13 quarters.
14    Q.   All right.  You don't remember if they were
15 installing the holding tanks?
16    A.   No.
17    Q.   You don't remember if they were installing
18 awnings?
19    A.   No.
20    Q.   Did you see awnings there at Outlaw?
21    A.   I don't remember seeing awnings.
22    Q.   Okay.  Is that the only time you've been to
23 Outlaw?
24    A.   It's the only time I remember.
25    Q.   Fair enough.  Now, do you know who Dometic

1  what you were just saying, when the dealer signs up to
2  be a dealer, they have an option of choosing who they
3  want to be their up-fitter?
4      A.   Yes.
5      Q.   All right.  So when DCL became a dealer for
6  Hart, did it write in somewhere, I want to use Outlaw?
7  Or was there a checklist?  Or how does that work?
8      A.   I don't know.
9      Q.   Well, how do they go about choosing?  You
10 said they choose the up-fitter.  How do they choose?
11     A.   I don't know that process.
12     Q.   Who would?
13     A.   Our sales manager.
14     Q.   Mr. Stamper?
15     A.   Yes.
16     Q.   All right.  How do you know as we sit here
17 today that DCL chose Outlaw to be their up-fitter?
18     A.   Because this trailer was -- conversion was
19 installed by Outlaw, is what I have been told.
20     Q.   All right.  So just the fact that the
21 trailer was converted by Outlaw tells you that Outlaw
22 was DCL's chosen conversion company?
23     A.   Yes.
24     Q.   And that's something that would have been
25 chosen when DCL became a Hart dealer?

e73dcb9d-cf8d-4b29-a34c-8382315e3196

1   A.   I don't have knowledge of that. I don't
2   know that.
3   Q.   All right.
4   A.   I don't know when that decision was made.
5   Q.   All right. Well, earlier you were telling
6   us that when a dealer signs up and is approved to be a
7   dealer for Hart, they choose their conversion company
8   that they want to use.
9   A.   Yes.
10  Q.   All right. What is the basis of your
11  knowledge for that -- making that statement?
12  A.   I am -- no -- I -- some -- I might be told
13  by the sales manager that this new dealer is going to
14  use this conversion company. He would tell me that.
15  Q.   You've been told that in the past?
16  A.   I have been told that about some dealers.
17  Q.   Various dealers?
18  A.   Various dealers.
19  Q.   Okay. You don't remember about DCL, though?
20  A.   No.
21  Q.   In the paperwork that's been produced and
22  attached today, is there a place in there for the
23  dealer to choose the conversion company? I didn't see
24  one. I'm just --
25       MR. MCKENNA: No, there isn't one.

Page 54

1  Q. I think a lot of my questions might be
2  better directed to someone else. Let me just ask you
3  this: Are Hart trailers sometimes manufactured with
4  the stall doors on the right-hand side as opposed to
5  the left-hand side?
6  A. I don't know.
7  Q. You don't know that?
8  A. No.
9  Q. Have you ever seen Hart trailers with the
10 doors on the driver's side and then maybe the doors
11 might be on the passenger side on another one?
12 A. I don't know. If I have seen the doors, I'm
13 not -- I don't remember where the doors are.
14 Q. So you -- you can't tell me which side Hart
15 puts the doors as a sort of a standard configuration?
16 A. No.
17 Q. All right. Looking at Exhibit 6, do you
18 recognize what that document is?
19 A. Yes.
20 Q. What is that?
21 A. It's a drawing of a trailer. It's a drawing
22 of the trailer in question.
23 Q. In this case?
24 A. Yes.
25 Q. All right. And have you seen drawings like

```
1    that before?
2         A.    Yes.
3         Q.    In what context would you have seen drawings
4    like that?
5         A.    They're attached to the work order.
6         Q.    All right.  Do you see the work orders when
7    they come in?
8         A.    No.
9         Q.    In what context would you look at work
10   orders?
11        A.    I don't look at work orders.
12        Q.    So the only ones you've seen are just
13   because of this case?
14        A.    Yes.
15        Q.    Do you see the doors that I'm talking about
16   in that drawing?
17        A.    I assume you mean these two (indicating).
18        Q.    Are there also stall doors on the right-hand
19   side?
20        A.    On the right-hand side, looking which way?
21              MR. HUFFAKER:  Mike, could you just give
22   us --
23              MR. MCKENNA:  Passenger side.
24              MR. HUFFAKER:  -- the driver's side or
25   passenger side?
```