IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BRELAND, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)  2:05-cv-1183-MEF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COME NOW Harlan I. Prater, IV, Kevin E. Clark, J. Chandler Bailey, and Mitchell D. Greggs of the firm Lightfoot, Franklin & White, L.L.C., and hereby give notice of their appearance as additional counsel of record for Defendant Outlaw Conversions LP. Please serve all future correspondence and pleadings accordingly.

_____
One of the Attorneys for Defendant
Outlaw Conversions LP

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

John M. Gibbs
GIBBS, SELLERS, VANCE &
BOZEMAN, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732
334.289.2255
334.289.2259 (fax)

Gerald C. Swann, Jr.
BALL, BALL, MATTHEWS & NOVAK,
P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
334.387.7680
334.387.3222 (fax)

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND,
HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA &
BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652-2866
251.433.5441
251.431.0159 (fax)

Robert A. Huffaker
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
334.206.3100
334.262.6277 (fax)

William P. Sawyer
TURNER, WILSON & SAWYER
Post Office Box 98
Montgomery, Alabama 36101-0098
334.262.2756

Respectfully submitted,

*/s/ Mitchell D. Greggs*
Mitchell D. Greggs