IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of Terry Bassett, Sr., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BRELAND, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br><br> 2:05-CV-1183-MEF |

## JOINT MOTION FOR LIMITED EXTENSION OF CERTAIN INTERMEDIATE DEADLINES

The parties, by and through their respective counsel, respectfully request that the Court extend for sixty (60) days the times by which the parties are to (a) disclose expert witnesses and provide expert reports, and (b) file dispositive motions. In support of this joint motion, the parties show the Court the following:

1. This case is set for trial during the term commencing on March 3, 2008, with a pretrial conference set on January 31, 2008.

2. The parties have scheduled a mediation of this case before Mediator Rodney A. Max on July 26, 2007, well before the face-to-face settlement conference that the Court has required be held on or before September 28, 2007.

3. Part of the parties' motivation for mediating the case at this earlier stage is to attempt to avoid the costs and expenses associated with expert discovery and the preparation of dispositive motions. Pursuant to the Court's current scheduling order, the plaintiff is required to

disclose experts and produce expert reports on June 17, 2007, and the defendants are required to disclose experts and produce expert reports on August 17, 2007. Dispositive motions, meanwhile, are required to be filed on or before September 7, 2007.

4. To facilitate the mediation, the parties request that the plaintiff's expert disclosure deadline be extended to August 16, 2007, the defendants' expert disclosure deadline be extended to October 26, 2007, and the dispositive motion deadline be extended to November 6, 2007.

5. Extending ONLY these three deadlines for sixty (60) days will promote settlement. See, e.g., Murchison v. Grand Cypress Hotel Corporation, 13 F.3d 1483, 1486 (11th Cir. 1994) ("We favor and encourage settlements in order to conserve judicial resources."). This limited extension will allow the parties to focus on preparing for mediation and avoid significant expert- and dispositive motion-related costs and expenses, while at the same time allowing the Court sufficient time to consider any dispositive motions that may be filed in the event the mediation is not successful.

6. This limited extension will not affect any other deadline in the Court's current scheduling order, and the parties do not request that any other deadlines be modified.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly request that the Court extend for sixty (60) days the times by which the parties are to (a) disclose expert witnesses and produce expert reports, and (b) file dispositive motions.

*/s/*
_____
One of the Attorneys for Defendant
Dometic Corporation and Outlaw Conversions LP

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

Mike Andrews / w/ permission by JCB
_____
One of the Attorneys for the
Plaintiff, Rosalyn Bassett, et al.

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

Tony Higgins / w/ permission by JCB
_____
One of the Attorneys for Defendant
Kenneth Breland

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

/s/ Dennis McKenna w/ permission by JCB
One of the Attorneys for Defendant
Hart Manufacturing Company

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA & BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652-2866
251.433.5441
251.431.0159 (fax)