IN THE UNITED STATES DISTRICT COUNTY
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROSALYN BASSETT, as administratrix )
and personal representative of the )
ESTATE OF TERRY BASSETT, SR. )
)
Plaintiff, )
)
v. )   CASE NO.: 2:05-cv-1183-MEF
)
KENNETH BRELAND, et al, )
)
Defendants. )

RECEIVED
2007 AUG 10 A 10: 00
 P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**MEDIATOR'S REPORT TO THE COURT**

Please be advised the above-styled case was successfully mediated on August 2, 2007. The attorneys of record will be forwarding you the appropriate dismissal documents within the next several days.

Please note that the attorneys have done an outstanding job in achieving resolution of this case while representing the best interests of their clients.

I appreciate the opportunity to have been of assistance to the parties, their counsel, and the Court.

Respectfully submitted,

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
2000A SouthBridge Parkway, Suite 400
Birmingham, AL 35209
205/933-9033
205/871-2808 [F]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 2nd day of August, 2007, to the following:

D. Michael Andrews, Esquire
Michael J. Crow
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4106

S. Anthony Higgins, Esquire
**NIX, HOLTSFORD, GILLILAND HIGGINS & HITSON**
POST Office Box 4128
Montgomery, Alabama 36103-4128

Dennis McKenna, Esquire
J. Ritchie M. Prince, Esquire
**PRINCE, McKEAN, McKENNA & BROUGHTON**
Post Office Box 2866
Mobile, Alabama 36652-2866

Harlan I. Prater, IV, Esquire
Kevin E. Clark, Esquire
J. Chandler Bailey, Esquire
Mitchell D. Greggs, Esquire
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama 35203-3200

_____
RODNEY A. MAX