IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the estate of TERRY BASSETT, SR., <br><br> Plaintiff, <br><br> Vs. <br><br> KENNETH BRELAND; and GEICO CASUALTY COMPANY, <br><br> Defendants. | * <br> * <br> * <br> * <br> *    CASE NO.: 2:05cv1183-MEF <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## NOTIFICATION OF SETTLEMENT, MOTION FOR PRO AMI HEARING AND MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

Plaintiff Rosalyn Bassett is the Administratrix and personal representative of the Estate of Terry Bassett, Sr., by and through her attorney of record, hereby moves this Court that, subject to court approval, the parties have reached a settlement of this case for a confidential amount and request this case be removed from the Court's trial calendar. Plaintiff is working to secure appropriate financial management for funds to be received on behalf of the Estate of Terry Bassett, Sr. and request this Court to appoint a Guardian Ad Litem for review and approval of this proposed settlement for the Plaintiffs' minor son, Tenathius Pierce Bassett. Plaintiff further requests this Court set a pro ami hearing. The parties have agreed that the amount of the settlement will be kept confidential. Therefore, the parties further request that this Court seal any portion of the hearing and findings made prior to and after the hearing that reference the amount of the settlement.

WHEREFORE, Plaintiff requests that the Court appoint a Guardian Ad Litem and to hold a pro ami hearing to approve the settlement.

                                                                           s/ D. Michael Andrews
                                                                           D. MICHAEL ANDREWS (AND076)
                                                                           Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this **20th** day of **August**, **2007**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below.

               s/ D. Michael Andrews
               OF COUNSEL

Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
gswann@ball-ball.com
(334) 387-7680
(334) 387-3222 (fax)

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128
thiggins@nixholtsford.com
(334) 215-8585
(334) 215-7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652
dm@princemckean.com
rp@princemckean.com
(251) 433-5441
(251) 431-0159 (fax)

R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
rah2@rsjg.com
(334) 206-3100
(334) 262-6277 (fax)

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
hprater@lfwlaw.com
kclark@lfwlaw.com
mgreggs@lfwlaw.com
(205) 581-0700
(205) 581-0799 (fax)

Mr. William P. Sawyer
Turner, Wilson & Sawyer
Post Office Box 98
Montgomery, Alabama 36101-0098
wpslaw@bellsouth.net
(334) 262-2756
(334) 262-2759 (fax)