**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

**ROSALYN BASSETT, as the**     *
**Administratrix and personal**   *
**representative of the estate of TERRY**   *
**BASSETT, SR.,**                  *
                                    *    **CASE NO.:  2:05cv1183-MEF**
    **Plaintiff,**                *
                                    *
**Vs.**                            *
                                    *
**KENNETH BRELAND; and GEICO**    *
**CASUALTY COMPANY,**             *
                                    *
    **Defendants.**              *

## ORDER

The Court, having considered the Motion for Appointment of a Guardian Ad Litem

and for scheduling of a pro ami hearing filed by Plaintiff, hereby appoints

_____ as Guardian Ad Litem to represent the interest of Tenathius

Pierce Bassett.  The pro ami hearing is hereby scheduled on the _____ day of

_____, 2007 at _____.

DONE this the _____ day of _____, 2007.


                             _____
                             MARK E. FULLER
                             US District Court Judge


Cc:   D. Michael Andrews
      Michael J. Crow
      Beasley, Allen, Crow, Methvin,
        Portis & Miles, P.C.
      Post Office Box 4160
      Montgomery, Alabama 36103-4160
      mike.andrews@beasleyallen.com
      mike.crow@beasleyallen.com

Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
gswann@ball-ball.com

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128
thiggins@nixholtsford.com

Dennis McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652
dm@princemckean.com
rp@princemckean.com

R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
rah2@rsjg.com

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
hprater@lfwlaw.com
kclark@lfwlaw.com
mgreggs@lfwlaw.com

Mr. William P. Sawyer
Turner, Wilson & Sawyer
Post Office Box 98
Montgomery, Alabama 36101-0098
wpslaw@bellsouth.net