**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRELAND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05-CV-1183-MEF |

**JOINT MOTION TO CONTINUE**

The parties, by and through their respective counsel, respectfully request that the Court extend for thirty (30) days the time by which the parties are to submit a joint stipulation of dismissal of this matter. In support of this joint motion, the parties show the Court the following:

1. The parties have reached a settlement of this matter for a confidential amount.

2. The plaintiff wishes to structure a part of the settlement amount, but has not yet determined the portion of the amount that she wishes to structure.

3. The appropriate Releases and Settlement Agreements cannot be completed and executed until it is determined which portion of the settlement amount will be structured.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly request that the Court extend for thirty (30) days the time by which the parties are to file a joint stipulation of dismissal of this matter.

          /s/ Mitchell D. Greggs
One of the Attorneys for Defendant
Dometic Corporation and Outlaw Conversions LP

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

          /s/ D. Michael Andrews
One of the Attorneys for the
Plaintiff, Rosalyn Bassett, et al.

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

          /s/ S. Anthony Higgins
One of the Attorneys for Defendant
Kenneth Breland

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

/s/ Dennis McKenna
One of the Attorneys for Defendant
Hart Manufacturing Company

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA & BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652-2866
251.433.5441
251.431.0159 (fax)