IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BRELAND, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183-MEF |

# **O R D E R**

Upon consideration of the parties' Joint Motion to Continue (Doc. #87) filed on September 6, 2007, it is hereby

ORDERED that the motion is GRANTED to and including October 5, 2007.

DONE this the 7th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE