IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and Personal Representative of the Estate of Terry Bassett, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH BRELAND, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>2:05-CV-1183-MEF |

**JOINT MOTION FOR EXTENSION OF DEADLINE**

The parties, by and through their respective counsel, respectfully request that the Court extend for seven (7) days, until Friday, October 12, 2007, the time by which the parties are to submit a joint stipulation of dismissal of this matter. In support of this joint motion, the parties show the Court the following:

1.    The parties have reached a settlement of this matter for a confidential amount.

2.    The parties have finalized and executed an agreed upon settlement agreement and release.

3.    Counsel for Dometic Corporation and Outlaw Conversions LP is experiencing an unexpected difficulty that has delayed its ability to transfer the funds to Plaintiff's counsel.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly request that the Court extend for seven (7) days, until Friday, October 12, 2007, the time by which the parties are to file a joint stipulation of dismissal of this matter.

                                                s/ Mitchell D. Greggs
                                        One of the Attorneys for Defendant
                                 Dometic Corporation and Outlaw Conversions LP

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

                                                s/ D. Michael Andrews
                                        One of the Attorneys for the
                                        Plaintiff, Rosalyn Bassett, et al.

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

                                                s/ S. Anthony Higgins
                                        One of the Attorneys for Defendant
                                        Kenneth Breland

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

                                       _____s/ Dennis McKenna_____
                                       One of the Attorneys for Defendant
                                       Hart Manufacturing Company

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA & BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652-2866
251.433.5441
251.431.0159 (fax)