IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRELAND, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1183 MEF |

## **O R D E R**

Upon consideration of the parties' Joint Motion for Extension of Deadline (Doc # 89), filed on October 5, 2007, it is hereby

ORDERED that the motion is GRANTED to and including October 12, 2007.

DONE this 10th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE