IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the estate of TERRY BASSETT, SR., <br><br>　　Plaintiff, <br><br>Vs. <br><br>KENNETH BRELAND; and GEICO CASUALTY COMPANY, <br><br>　　Defendants. | *<br>*<br>*<br>*<br>*   CASE NO.:  2:05cv1183-MEF<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### MOTION TO WITHDRAW PLAINTIFF'S
### MOTION FOR PRO AMI HEARING AND MOTION FOR
### APPOINTMENT OF A GUARDIAN AD LITEM

COMES NOW, the Plaintiff by and through her attorney of record, D. Michael Andrews, and would show unto this Court the following:

1. On or about August 20, 2007 Plaintiff filed a Notification of Settlement, Motion for Pro Ami Hearing and Motion for Appointment of a Guardian Ad Litem.

2. The minor, Tenathius Bassett, was not a party to this lawsuit. Plaintiff Rosalyn Bassett filed this lawsuit as the Administratrix and Personal Representative of the estate of her deceased husband, Terry Bassett. Settlement funds attributed to Tenathius Bassett have been placed into structured trust on his behalf (Exhibit A), and are referenced in the stipulated motion for dismissal agreed to by all parties.

WHEREFORE, Plaintiff respectfully withdraws her Motion for Guardian Ad Litem Appointment as *moot.*

<u>s/ D. Michael Andrews</u>
D. MICHAEL ANDREWS (AND076)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 = office
(334) 954-7555 = fax

Mr. John M. Gibbs
Gibbs, Sellers, Vance & Bozeman, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this **10th** day of **October**, **2007**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below.

                                            s/ D. Michael Andrews
                                            OF COUNSEL

Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
gswann@ball-ball.com
(334) 387-7680
(334) 387-3222 (fax)

Mr. S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103-4128
thiggins@nixholtsford.com
(334) 215-8585
(334) 215-7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652
dm@princemckean.com
rp@princemckean.com
(251) 433-5441
(251) 431-0159 (fax)

R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
rah2@rsjg.com
(334) 206-3100
(334) 262-6277 (fax)

Mr. Harlan I. Prater, IV
Mr. Kevin E. Clark
Mr. Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
hprater@lfwlaw.com
kclark@lfwlaw.com
mgreggs@lfwlaw.com
(205) 581-0700
(205) 581-0799 (fax)

Mr. William P. Sawyer
Turner, Wilson & Sawyer
Post Office Box 98
Montgomery, Alabama 36101-0098
wpslaw@bellsouth.net
(334) 262-2756
(334) 262-2759 (fax)