# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., ) ) ) ) Plaintiff, ) ) v. ) ) KENNETH BRELAND, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:05-cv-1183-MEF |

## ORDER

This Court has received a Motion to Withdraw Plaintiff's Motion for Pro Ami Hearing and Motion for Appointment of Guardian Ad Litem filed by the Plaintiff, Rosalyn Bassett. The Court finds that the Motion is well taken and hereby Plaintiff's Motion is hereby granted.

DONE this _____ day of _____, 2007.

_____
HON. MARK E. FULLER
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record