**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRELAND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05-cv-1183-MEF |

**JOINT STIPULATION OF DISMISSAL**

Come now Plaintiff, Rosalyn Bassett, and Defendants, Dometic Corporation, Outlaw Conversions, LP, Kenneth Breland, and Hart Manufacturing Company, by and through their respective counsel, and hereby stipulate a settlement has been reached as denoted in Exhibit A attached hereto to the dismissal **WITH PREJUDICE** of any and all claims or causes of action asserted against Defendants by Plaintiff in the above-styled matter, with costs taxed as paid. A proposed Order for entry by the Court is attached.



/s/ D. Michael Andrews
Attorney for Plaintiff

OF COUNSEL:
Michael J. Crow
David Michael Andrews
Beasley Allen Crow Methvin
 Portis & Miles PC
P. O. Box 4160
Montgomery, AL  36103-4160

 /s/ Mitchell D. Greggs
One of the Attorneys for Defendants
Dometic Corporation and Outlaw Conversions, LP

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

 /s/ S. Anthony Higgins
One of the Attorneys for Defendant
Kenneth Breland

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

 /s/ Dennis McKenna
One of the Attorneys for Defendant
Hart Manufacturing Company

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA & BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652-2866
251.433.5441
251.431.0159 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20<u>th</u> day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael J. Crow<br>David Michael Andrews<br>Beasley Allen Crow Methvin<br>  Portis & Miles PC<br>P. O. Box 4160<br>Montgomery, AL  36103-4160<br><br>Alex L. Holtsford, Jr.<br>Steven Anthony Higgins<br>Nix Holtsford Gilliland Higgins &<br>  Hitson PC<br>P. O. Box 4128<br>Montgomery, AL  36103-4128 | Gerald C. Swann, Jr.<br>Ball Ball Matthews & Novak PA<br>P. O. Box 2148<br>Montgomery, AL  36102-2148<br><br>Dennis Patrick McKenna<br>J. Ritchie M. Prince<br>Prince, McKean, McKenna &<br>  Broughton, LLC<br>P. O. Box 2866<br>Mobile, AL  36652<br><br>R. Austin Huffaker, Jr.<br>Robert A. Huffaker<br>Rushton Stakely Johnston & Garrett PC<br>P. O. Box 270<br>Montgomery, AL  36101-0270 |

                                                              /s/ D. Michael Andrews
                                                                    Of Counsel