Exhibit A

      The parties have settled the aforementioned matter utilizing cash and structured settlement annuities in a fair and equitable manor under Alabama law, which requires no further approval from an estate or individual distributee of the estate perspective.

| Distributee Name | Dates of Birth |
| --- | --- |
| Rosalyn Bassett | 12/31/1958 |
| Terry Bassett, Jr. | 10/09/1983 |
| Tenathius Bassett | 08/15/1991 |