## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRELAND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05-cv-1183-MEF |

### ORDER OF DISMISSAL

This Court has received a Joint Stipulation of Dismissal filed by the Plaintiff, Rosalyn Bassett, and Defendants, Dometic Corporation, Outlaw Conversions, LP, Kenneth Breland, and Hart Manufacturing Company. The Court finds that the Stipulation is well taken and hereby orders that all claims against Defendants Dometic Corporation, Outlaw Conversions, LP, Kenneth Breland, and Hart Manufacturing Company are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE this _____ day of _____, 2007.

_____
HON. MARK E. FULLER
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record