IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BRELAND, et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 2:05-cv-1183-MEF <br><br> **UNOPPOSED** |

**CONSENT MOTION FOR ORDER PLACING UNDER SEAL EXHIBIT A OF PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR PRO AMI HEARING AND MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Defendant Dometic Corporation ("Dometic"), with Plaintiff's consent, hereby requests that the Court seal Exhibit A to Plaintiff's Motion to Withdraw Plaintiff's Motion for Pro Ami Hearing and Motion for Appointment of a Guardian Ad Litem (doc. 91) ("Exhibit A") and remove Exhibit A from the publicly-accessible online docket. In support of this Motion, Dometic shows as follows:

1. On October 10, 2007, Plaintiff filed Exhibit A as an attachment to her Motion to Withdraw her Motion for Pro Ami Hearing and Motion for Appointment of a Guardian Ad Litem (doc. 91).

2. Exhibit A of doc. 91 contains information concerning structured settlement funds attributed to Tenathius Bassett, and the amount of money involved in purchasing and establishing those structured payments.

3. As part of the settlement of this matter, Dometic, Outlaw Conversions, and Plaintiff agreed to and executed a confidentiality provision, prohibiting the release of, among other things, the amount of this settlement.

4. In order to preserve the protections of that confidentiality agreement and to maintain as confidential the amount of this settlement, it is necessary to place Exhibit A under seal, and to remove Exhibit A from the publicly-accessible online docket.

5. Plaintiff's counsel has advised Defense counsel that he consents to the requested relief.

Accordingly, Defendants respectfully request that the Court enter an Order placing Exhibit A under seal, and remove Exhibit A from the publicly-accessible online docket. A proposed Order is attached for the Court's convenience.

_____
One of the Attorneys for Defendant
Dometic Corporation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of October, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

D. Michael Andrews
Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4106
334.269.2343
334.954.7555 (fax)

John M. Gibbs
GIBBS, SELLERS, VANCE &
BOZEMAN, L.L.P.
Post Office Box 1276
Demopolis, Alabama 36732
334.289.2255
334.289.2259 (fax)

Gerald C. Swann, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
334.387.7680
334.387.3222 (fax)

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND,
HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA &
BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652
251.433.5441
251.431.0159 (fax)

Robert A. Huffaker
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
334.206.3100
334.262.6277 (fax)

William P. Sawyer
TURNER, WILSON & SAWYER
Post Office Box 98
Montgomery, Alabama 36101-0098
334.262.2756

_____
Of Counsel