IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BRELAND, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br><br>2:05-cv-1183-MEF |

## ORDER

This matter having come before the Court on Defendant's Consent Motion for Order Placing Under Seal Exhibit A of Plaintiff's Motion to Withdraw Plaintiff's Motion for Pro Ami Hearing and Motion for Appointment of a Guardian Ad Litem (doc. 91) ("Exhibit A"), and the Court having found that the Motion is well taken, it is hereby ORDERED, ADJUDGED, and DECREED that Exhibit A shall be placed under seal. The Clerk of Court is directed to remove Exhibit A from the publicly-accessible online docket of this case.

DONE this _____ day of _____, 2007.

_____
HON. MARK E. FULLER
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record