IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )     CASE NO. 2:05-cv-1183-MEF ) |
| KENNETH BRELAND, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion for Pro Ami Hearing and Motion for Appointment of a Guardian Ad Litem (Doc # 86), Plaintiff's Motion to Withdraw Plaintiff's Motions for Pro Ami Hearing and Appointment of a Guardian Ad Litem (Doc # 91), and Defendant's Consent Motion to Seal Exhibit A of Plaintiff's Motion to Withdraw (Doc # 93). This Court has carefully considered the arguments and representations made in said motions. For the reasons set forth above, it is hereby ORDERED that:

(1) Defendant's Consent Motion to Seal (Doc # 93) is GRANTED. The attachment to Plaintiff's Motion to Withdraw (Doc # 91) entitled "Exhibit Structure for Tenathius Bassett" shall be filed UNDER SEAL.

(2) Plaintiff's Motion to Withdraw (Doc #91) is GRANTED.

(3) Plaintiff's Motion for Pro Ami Hearing and Motion for Appointment of a Guardian Ad Litem (Doc # 86) are DENIED as moot.

DONE this 11th day of October, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE