**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ROSALYN BASSETT, as the Administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRELAND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05-cv-1183-MEF |

**AMENDED JOINT STIPULATION OF DISMISSAL**

Come now Plaintiff, Rosalyn Bassett, and Defendants, Dometic Corporation, Outlaw Conversions, LP, Kenneth Breland, and Hart Manufacturing Company, by and through their respective counsel, and hereby stipulate a settlement has been reached as denoted in Exhibit A attached hereto to the dismissal **WITH PREJUDICE** of any and all claims or causes of action asserted against Defendants by Plaintiff in the above-styled matter, with costs taxed as paid. A proposed Order for entry by the Court is attached. Furthermore, it is certified that all parties have agreed to their signatures being signed electronically by Plaintiffs.



/s/ D. Michael Andrews
Attorney for Plaintiff

OF COUNSEL:
Michael J. Crow
David Michael Andrews
Beasley Allen Crow Methvin
 Portis & Miles PC
P. O. Box 4160
Montgomery, AL  36103-4160

Case 2:05-cv-01183-MEF-SRW     Document 96     Filed 10/26/2007     Page 2 of 6

        /s/ Mitchell D. Greggs
One of the Attorneys for Defendants
Dometic Corporation and Outlaw Conversions, LP

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
Kevin E. Clark (CLA072)
J. Chandler Bailey (BAI043)
Mitchell D. Greggs (GRE112)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

        /s/ S. Anthony Higgins
One of the Attorneys for Defendant
Kenneth Breland

S. Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
Post Office Box 4128
Montgomery, Alabama 36103-4128
334.215.8585
334.215.7101 (fax)

        /s/ Dennis McKenna
One of the Attorneys for Defendant
Hart Manufacturing Company

Dennis McKenna
J. Ritchie M. Prince
PRINCE, MCKEAN, MCKENNA & BROUGHTON
Post Office Box 2866
Mobile, Alabama 36652-2866
251.433.5441
251.431.0159 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this <u>26th</u> day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow
David Michael Andrews
Beasley Allen Crow Methvin
  Portis & Miles PC
P. O. Box 4160
Montgomery, AL  36103-4160

Alex L. Holtsford, Jr.
Steven Anthony Higgins
Nix Holtsford Gilliland Higgins &
  Hitson PC
P. O. Box 4128
Montgomery, AL  36103-4128

Gerald C. Swann, Jr.
Ball Ball Matthews & Novak PA
P. O. Box 2148
Montgomery, AL  36102-2148

Dennis Patrick McKenna
J. Ritchie M. Prince
Prince, McKean, McKenna &
  Broughton, LLC
P. O. Box 2866
Mobile, AL  36652

R. Austin Huffaker, Jr.
Robert A. Huffaker
Rushton Stakely Johnston & Garrett PC
P. O. Box 270
Montgomery, AL  36101-0270

                        /s/ D. Michael Andrews
                                Of Counsel

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br><br>Plaintiff, )<br><br>v. )<br><br>KENNETH BRELAND, et al., )<br><br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05-cv-1183-MEF |

## ORDER OF DISMISSAL

This Court has received a Joint Stipulation of Dismissal filed by the Plaintiff, Rosalyn Bassett, and Defendants, Dometic Corporation, Outlaw Conversions, LP, Kenneth Breland, and Hart Manufacturing Company.  The Court finds that the Stipulation is well taken and hereby orders that all claims against Defendants Dometic Corporation, Outlaw Conversions, LP, Kenneth Breland, and Hart Manufacturing Company are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE this _____ day of _____, 2007.

_____
HON. MARK E. FULLER
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record

5

<u>Exhibit A</u>

The parties have settled the aforementioned matter utilizing cash and structured settlement annuities in a fair and equitable manor under Alabama law, which requires no further approval from an estate or individual distributee of the estate perspective.

| <u>Distributee Name</u> | <u>Dates of Birth</u> |
|---|---|
| Rosalyn Bassett | 12/31/1958 |
| Terry Bassett, Jr. | 10/09/1983 |
| Tenathius Bassett | 08/15/1991 |