**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROSALYN BASSETT, as the** ) <br> **Administratrix and Personal** ) <br> **Representative of the Estate of** ) <br> **TERRY BASSETT, SR.** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **KENNETH BRELAND and** ) <br> **GEICO CASUALTY COMPANY** ) <br> ) <br>     **Defendants.** ) | **Case No.: 2:05cv1183-WKW** |

### NOTICE OF CONSENT

**COMES NOW**, the Defendant, Geico Casualty Company, and joins with the plaintiff in requesting this Court to dismiss the above-styled action with prejudice.

    /s/ Gerald C. Swann, Jr.
**GERALD C. SWANN, JR.**
Attorney for Geico Casualty Company

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
334/387-7680

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Michael J. Crow
Beasley, Allen, Crow, Methvin
   Portis & Miles
P O Box 4160
Montgomery, AL 36103


                                        /s/ Gerald C. Swann, Jr.