IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN BASSETT, as the administratrix and personal representative of the estate of Terry Bassett, Sr., )<br>)<br>)<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>KENNETH BRELAND, *et al.,*   )<br>)<br>Defendants.   ) | CASE NO. 2:05-cv-1183-MEF |

# **FINAL JUDGMENT**

Pursuant to the Amended Joint Stipulation of Dismissal (Doc. #96) filed on October 26, 2007 and the Notice of Consent filed by defendant Geico Casualty Company (Doc. #97) filed on November 8, 2007, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 13th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE