IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ROSALYN BASSETT as the administratrix and personal representative of the estate of TERRY BASSETT, SR.,**  Plaintiff, | ) ) ) ) ) |
| vs. | ) Case No.: 2:05-cv-1183F ) |
| **KENNETH BRELAND and GEICO CASUALTY COMPANY,**  Defendants. | ) ) ) ) |

## NOTICE OF CONSENT

Comes Now, the plaintiff GEICO Casualty Company and joins with all parties in requesting that this case be dismissed with prejudice.

/s/ William P. Sawyer
William P. Sawyer - SAW003
Attorney for GEICO Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that on November 14, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
P.O. Box 4160
Montgomery, AL 36103-4160

/s/ William P. Sawyer
OF COUNSEL